EXHIBIT B
Medical Records
for
Imad Dawara

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: | 11/29/2022 11:51 | Provider: Sood, Ravi (MAT) MD | | Unit: W03 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1     Provider: Sood, Ravi (MAT) MD

Chief Complaint: Kidney Disease

Subjective: The patient is 43 years old male. He returns to the clinic for follow up on his Urologist consultation.

He had Urologist consultation on 11/17/2022- it is reviewed; he continues to have pain right flank; urine culture as of 08/03/2022 is negative; no urinary complaints

Chronic intermittent dizziness since early November 2022; he describes dizziness as spinning of surrounding; no particular activity triggers it; even at rest he gets dizziness; it lasts for few minutes to subside by itself; he has right chest pain since 10/2022; it is sharp, stabbing pressure; it is associated with shortness of breath; it lasts for 30 secs to a minute; no apparent triggers for it; he walks 4- 5 miles/day two times a week; he denies chest pain while walking

Medications: one week ago, he discontinued his medications including Remeron of his own

Pain: Not Applicable

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/29/2022 | 11:59 FTD | 98.2 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/29/2022 | 11:59 FTD | 85 | Radial | Regular | Sood, Ravi (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/29/2022 | 11:59 FTD | 16 | Sood, Ravi (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/29/2022 | 11:59 FTD | 114/76 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/29/2022 | 11:59 FTD | 100 | Room Air | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/29/2022 | 11:59 FTD | 209.0 | 94.8 | | Sood, Ravi (MAT) MD |

## Exam Comments

| | | | Reg #: 69939-066 |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 11/29/2022 11:51 | Provider: Sood, Ravi (MAT) MD | | Unit: W03 |

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 29.1

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields: Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Ears: Tympanic Membrane: Normal: Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General: Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

Musculoskeletal:

Gait normal

Presented to the clinic walking in no distress using no mechanical support such as cane

ROM full, Neurovascular functions intact in extremities

**ASSESSMENT:**

Body mass index (BMI) 29.0-29.9, adult, Z6829 - Current

Chest pain, unspecified, R079 - Current

Dizziness and giddiness, R42 - Current

HCV Negative, Z1159-HCV - Current

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 11/29/2022 11:51 | Provider: | Sood, Ravi (MAT) MD | | Unit: | W03 |

Hyperlipidemia, unspecified, E785 - Current

Hypothyroidism, E039 - Current

Mental disorder, not otherwise specified, F99 - Current

Negative Test: HIV, Human immunodeficiency virus, Z717 - Current

Unspecified abdominal pain, R109 - Current

Unspecified glaucoma, H409 - Current

Vitamin D deficiency, E559 - Current

Opioid Use Disorder: Severe, F11.20*b - Current

Unspecified Anxiety Disorder, F41.9 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 11/29/2022 11:51 |

    **Prescriber Order:**   325 mg  Orally  -  three times a day PRN x 180 day(s)

    Indication:  Calculus of kidney, Chest pain, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 567568-FTD | Ibuprofen 800 MG Tab | 11/29/2022 11:51 |

    **Prescriber Order:**   Take one tablet (800 MG) by mouth three times daily *Please purchase from commissary when these are gone if needed* PRN x 180 day(s)

    Indication:  Chest pain, unspecified, Unspecified abdominal pain, Calculus of kidney

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 567567-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | 11/29/2022 11:51 |

    **Prescriber Order:**   Take three capsules (90 MG) by mouth each evening for pain

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason: *Patient Refused*

    Indication:

| 573348-FTD | Meclizine HCl 25 MG Tab | 11/29/2022 11:51 |
|---|---|---|

    **Prescriber Order:**   Take one tablet (25 MG) by mouth three times daily

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason: *Patient Refused*

    Indication:

| 567569-FTD | Mirtazapine 15 MG Tab | 11/29/2022 11:51 |
|---|---|---|

    **Prescriber Order:**   Take one tablet (15 MG) by mouth each evening *consent form on file *

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason: *Patient Refused*

    Indication:

| 567131-FTD | Tamsulosin HCl 0.4 MG Cap | 11/29/2022 11:51 |
|---|---|---|

    **Prescriber Order:**   Take one capsule (0.4 MG) by mouth each day

    Discontinue Type:   *When Pharmacy Processes*

| | | | | |
|---|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 11/29/2022 11:51 | | Provider: Sood, Ravi (MAT) MD | | Unit: W03 |

**Discontinued Medication Orders:**

| Rx# | Medication | | | | Order Date |
|---|---|---|---|---|---|
| | Discontinue Reason: *Patient Refused* | | | | |
| | Indication: | | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 12/12/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

Chest pain -atypical

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 01/31/2023 | 01/31/2023 | Routine | No | |

Subtype:

CT Scan ABD *NPO*

Reason for Request:

For: CT scan of the Kidneys -stone protocol

Reason: As per Urology consult 11/17/2022 by Dr. Fingerman, Nephrolithiasis. A 2 mm right-sided kidney stone remains. This is extremely unlikely to be the source of any discomfort. However, if he does have pain, a CT scan would be definitive.

HISTORY OF PRESENT ILLNESS: Patient is a 42-year-old man who has had kidney stones for many years and states that he has had 17 procedures for kidney stones. We have previously cleared the left kidney of stones, and he underwent a right-sided lithotripsy in August. At that time, I had strongly recommended a stent, but he was adamantly against placing a stent and ended up in distress postoperatively, requiring an emergency add-on stent insertion late that night. He is extremely upset that he had a stent for 32 days, although this was very well expected based on his situation. Since that time, he has undergone a staged right lithotripsy in 09/2022, and his stent was removed at that time, per his request. His follow-up KUB reveals a 2 mm fragment remaining in the kidney, which is clearly not of any concern. He claims that he has right flank pain and burning with urination. He has to move around to get rid of the pain. There is no nausea or vomiting, and he states that he also was diagnosed with a right-sided abdominal hernia.

ASSESSMENT: Nephrolithiasis. A 2 mm right-sided kidney stone remains. This is extremely unlikely to be the source of any discomfort. However, if he does have pain, a CT scan would be definitive. I will leave this up to Fort Dix to decide. I also would recommend a urinalysis and culture just to confirm that he does not have a urinary tract infection, as he is complaining of burning with urination. Please send a urine culture.

Provisional Diagnosis:

Right renal calculus

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 12/29/2022 | 01/27/2023 | Routine | No | |

Subtype:

CT Scan Ext

Reason for Request:

For: CT scan of the Kidneys

Reason: As per Urology consult 11/17/2022 by Dr. Fingerman, Nephrolithiasis. A 2 mm right-sided kidney stone remains. This is extremely unlikely to be the source of any discomfort. However, if he does have pain,

| | | | |
|---|---|---|---|
| Inmate Name:  DAWARA, IMAD | | | Reg #:  69939-066 |
| Date of Birth:  10/12/1979 | Sex:   M   Race:  WHITE | | Facility:  FTD |
| Encounter Date: 11/29/2022 11:51 | Provider:  Sood, Ravi (MAT) MD | | Unit:   W03 |

a CT scan would be definitive.

HISTORY OF PRESENT ILLNESS: Patient is a 42-year-old man who has had kidney stones for many years and states that he has had 17 procedures for kidney stones. We have previously cleared the left kidney of stones, and he underwent a right-sided lithotripsy in August. At that time, I had strongly recommended a stent, but he was adamantly against placing a stent and ended up in distress postoperatively, requiring an emergency add-on stent insertion late that night. He is extremely upset that he had a stent for 32 days, although this was very well expected based on his situation. Since that time, he has undergone a staged right lithotripsy in 09/2022, and his stent was removed at that time, per his request. His follow-up KUB reveals a 2 mm fragment remaining in the kidney, which is clearly not of any concern. He claims that he has right flank pain and burning with urination. He has to move around to get rid of the pain. There is no nausea or vomiting, and he states that he also was diagnosed with a right-sided abdominal hernia.

ASSESSMENT: Nephrolithiasis. A 2 mm right-sided kidney stone remains. This is extremely unlikely to be the source of any discomfort. However, if he does have pain, a CT scan would be definitive. I will leave this up to Fort Dix to decide. I also would recommend a urinalysis and culture just to confirm that he does not have a urinary tract infection, as he is complaining of burning with urination. Please send a urine culture.

Provisional Diagnosis:

Kidney stones and right flank pain.

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Other:**

he patient is 43 years old male. He returns to the clinic for follow up on his Urologist consultation.

He had Urologist consultation on 11/17/2022- it is reviewed; he continues to have pain right flank; urine culture as of 08/03/2022 is negative; no urinary complaints

Chronic intermittent dizziness since early November 2022; he describes dizziness as spinning of surrounding; no particular activity triggers it; even at rest he gets dizziness; it lasts for few minutes to subside by itself; he has right chest pain since 10/2022; it is sharp, stabbing pressure; it is associated with shortness of breath; it lasts for 30 secs to a minute; no apparent triggers for it; he walks 4- 5 miles/day two times a week; he denies chest pain while walking

Medications: one week ago, he discontinued his medications including Remeron of his own

Plan of care

Right kidney stone: a request for Urine culture/UA and CT scan of abdomen and pelvis are in place, plenty of fluids, follow up Urologist consultation
MH problems: patient refuses to take Remeron and Cymbalta, he is being referred to psychology to explore courses such as guided meditation and C B Skills
Chronic dizziness, atypical chest pain: Apley exercise, doxepin is added, ibuprofen and Tylenol PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/29/2022 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 11/29/2022 12:32
Generated 11/29/2022 12:32 by Sood, Ravi (MAT) MD                Bureau of Prisons - FTD                Page 5 of 6

| | |
|---|---|
| Inmate Name:  DAWARA, IMAD | Reg #:   69939-066 |
| Date of Birth:  10/12/1979 | Facility:  FTD |
| Encounter Date: 11/29/2022 11:51 | Unit:  W03 |

Sex:   M    Race:  WHITE
Provider:  Sood, Ravi (MAT) MD

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 11/28/2022 11:45 | Provider: | | Feigenbutz, E. OD | Unit: | W03 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Feigenbutz, E. OD

        Pertinent hx:
        Family health or eye history: None
        Personal health history: Cholesterol/Hypothyroidism
        Personal ocular health history: narrow angle suspect/pingueculitis, iris nevi
        Last REE: >10 years
        Last DFE: Unknown
        Last Glasses Rx: None

        IEC completed 11/28/22: Angle OCT
        Quality of Scan: Good
        OD 12.93/13.83
        OS 13.24/7.22

        A1/P1 Pingueculitis OS-
        A2/P2 Narrow angles Ou-Secondary to angles degrees an OMD a consult will placed. Monitor post
        completion by OD clinic prn.
        RTC: OMD consult

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Ophthalmology | 01/02/2023 | 01/02/2023 | Urgent | No | |

    Subtype:

        ONsite - Initial Evaluation

    Reason for Request:

        Pertinent hx:
        Family health or eye history: None
        Personal health history: Cholesterol/Hypothyroidism
        Personal ocular health history: narrow angle suspect/pingueculitis, iris nevi
        Last REE: >10 years
        Last DFE: Unknown
        Last Glasses Rx: None

        IEC completed 11/28/22: Angle OCT
        Quality of Scan: Good
        OD 12.93/13.83
        OS 13.24/7.22

        A1/P1 Pingueculitis OS-
        A2/P2 Narrow angles Ou-Secondary to angles degrees an OMD a consult will placed. Monitor post
        completion by OD clinic prn.
        RTC: OMD consult

080

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 11/28/2022 11:45 | Provider: | Feigenbutz, E. OD | | Unit: | W03 |

**Disposition:**

Follow-up at Sick Call as Needed

Consultation Written

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Feigenbutz, E. OD on 12/01/2022 11:56

Requested to be cosigned by  Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

081

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M | Race: WHITE | Facility: FTD |
| Encounter Date: 10/31/2022 09:55 | Provider: Ibe, Chigozie PA-C | | Unit: W03 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1    Provider: Ibe, Chigozie PA-C

Chief Complaint: Dizziness

Subjective: The patient is a 43 y/o male who is c/o dizziness every day and the roof would seem to be spinning and he would feel like he is going to tip over. He said the last time this happened was the day before. He denied headaches.

Pain: No

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 97.5 | 36.4 | Forehead | Ibe, Chigozie PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 76 | Via Machine | Regular | Ibe, Chigozie PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 17 | Ibe, Chigozie PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 121/87 | Left Arm | Sitting | Adult-large | Ibe, Chigozie PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 100 | Room Air | Ibe, Chigozie PA-C |

### Height:

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 71.0 | 180.3 | Ibe, Chigozie PA-C |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/31/2022 | 10:00 FTD | 200.0 | 90.7 | | Ibe, Chigozie PA-C |

## Exam:

### General

#### Appearance
Yes: Appears Well, Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time
No: Appears Distressed

086

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M   Race:   WHITE | Facility: | FTD |
| Encounter Date: | 10/31/2022 09:55 | Provider: | Ibe, Chigozie PA-C | Unit: | W03 |

### Skin
#### General
Yes: Within Normal Limits, Dry, Skin Intact

No: Warmth, Clammy, Cool, Diaphoretic

### Head
#### General
Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Facial Asymmetry, Sinus Tenderness, Tenderness on Palpation

### Ears
#### Tympanic Membrane
Yes: Bulging, Pigmentation

No: Within Normal Limits, Erythema, Not Visualized (Cerumen), Pearly, Effusions, Bullous Myringitis, Perforated, Injected, Draining, Tympanosclerosis

### Pulmonary
#### Observation/Inspection
Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

#### Auscultation
Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds

No: Egophony, Tactile Fremitus, Whispered Pectoriloquy, Bronchophony

### Neurologic
#### Cranial Nerves (CN)
Yes: Within Normal Limits, CN 2-12 Intact Grossly, CN1 Smell Normal, CN2 Gross Visual Acuity Normal, CN2 Visual Field Normal

## ASSESSMENT:

Dizziness and giddiness, R42 - Current

Other peripheral vertigo, H81399 - Current

Otitis media, H6690 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 10/31/2022 09:55 |
| | **Prescriber Order:**   800/160 mg Orally -   Two Times a Day x 14 day(s) | |
| | Indication:   Otitis media | |
| | Meclizine HCl Tablet | 10/31/2022 09:55 |
| | **Prescriber Order:**   25 mg Orally -  three times a day x 30 day(s) | |
| | Indication:   Other peripheral vertigo | |

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 10/31/2022 09:55 | Provider: Ibe, Chigozie PA-C | Unit: W03 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/31/2022 | Counseling | Access to Care | Ibe, Chigozie | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ibe, Chigozie PA-C on 10/31/2022 10:19

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 09/21/2022 10:44 | Provider: | | Sood, Ravi (MAT) MD | Unit: | W03 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**          Provider:  Sood, Ravi (MAT) MD

The procedure note is reviewed

**Discontinued Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| *General Radiology-Abdomen-GU-KUB* | *One Time* | | *09/19/2022* | *Routine* |

Specific reason(s) for request (Complaints and findings):

*S/P stent placement right renal calculus*

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Abdomen-GU-KUB | One Time | | 10/17/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

Post procedure follow up KUB to rule out renal calculus

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Sood, Ravi (MAT) MD on 09/21/2022 10:46

# Bureau of Prisons
## Health Services
### Blood Glucose

| Begin Date: | 07/14/2022 | End Date: | 07/14/2023 |
|---|---|---|---|
| Reg #: | 69939-066 | Inmate Name: | DAWARA, IMAD |

(Reference Range: Random or Fasting 70 - 100, 2 hour post-prandial 70 - 140)

| **Date** | **Time** | **Value** | **Type** | **Comments** |
|---|---|---|---|---|
| 06/11/2023 | 15:45 FTD | 88 | Random | |

    **Orig Entered:** 06/11/2023 15:46 EST   Martz, Stephanie RN

**Total:** 1

# Bureau of Prisons
## Health Services
## Health Problems

| Reg #: 69939-066 | Inmate Name: DAWARA, IMAD |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hypothyroidism | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | E039 | 12/22/2021 | Current | |
| Subclinical Hypothyroidism | | | | | | |
| Vitamin D deficiency | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | E559 | 12/22/2021 | Current | |
| Hyperlipidemia, unspecified | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | E785 | 12/22/2021 | Current | |
| Alcohol Use Disorder:  Moderate | | | | | | |
| 10/05/2022 13:29 EST  Curry, D. PsyD/ DAP Coordinator | I | DSM-IV | F10. | 10/05/2022 | Current | |
| Opioid Use Disorder: Severe | | | | | | |
| 10/05/2022 13:29 EST  Curry, D. PsyD/ DAP Coordinator | I | DSM-IV | F11. | 10/05/2022 | Current | |
| Unspecified Anxiety Disorder | | | | | | |
| 06/15/2020 10:12 EST  Conlon, Kristin Ph.D. | I | DSM-IV | F41.9 | 06/15/2020 | Current | |
| Mental disorder, not otherwise specified | | | | | | |
| 07/28/2022 09:59 EST  Sood, Ravi (MAT) MD | | ICD-10 | F99 | 07/28/2022 | Current | |
| Chronic depression | | | | | | |
| Unspecified disorder of conjunctiva | | | | | | |
| 03/17/2022 13:07 EST  Feigenbutz, E. OD | | ICD-10 | H119 | 03/17/2022 | Current | |
| pinguecula | | | | | | |
| Unspecified glaucoma | | | | | | |
| 03/17/2022 13:07 EST  Feigenbutz, E. OD | | ICD-10 | H409 | 03/17/2022 | Current | |
| narrow angles | | | | | | |
| Otitis media | | | | | | |
| 10/31/2022 10:16 EST  Ibe, Chigozie PA-C | | ICD-10 | H6690 | 10/31/2022 | Current | |
| Other peripheral vertigo | | | | | | |
| 10/31/2022 10:16 EST  Ibe, Chigozie PA-C | | ICD-10 | H81399 | 10/31/2022 | Current | |
| Non-ST elevation (NSTEMI) myocardial infarction | | | | | | |

Reg #: 69939-066                    Inmate Name:  DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 06/13/2023 15:00 EST  Ibe, Chigozie PA-C | | ICD-10 | I214 | 06/13/2023 | Current | |
| Chronic ischemic heart disease | | | | | | |
| 06/20/2023 11:09 EST  Sood, Ravi (MAT) MD | | ICD-10 | I259 | 06/20/2023 | Current | |
| Partial loss of teeth | | | | | | |
| 09/23/2022 13:59 EST  Song, H. DDS/CDO | | ICD-10 | K08409 | 09/23/2022 | Current | |
| Constipation, unspecified | | | | | | |
| 11/09/2020 11:07 EST  Kistler, R. NP | | ICD-10 | K5900 | 11/09/2020 | Current | |
| Low back pain, UNS | | | | | | |
| 05/04/2023 12:04 EST  Metreveli, Ekaterine NP | | ICD-10 | M5450 | 03/30/2023 | Current | |
|    Radiculopathy on R side | | | | | | |
| 03/30/2023 11:48 EST  Metreveli, Ekaterine NP | | ICD-10 | M5450 | 03/30/2023 | Current | |
| Calculus of kidney | | | | | | |
| 04/18/2022 15:22 EST  Sood, Ravi (MAT) MD | | ICD-10 | N200 | 11/01/2019 | Current | |
|    S/P lithotripsy left renal calculi on 04/18/2022; Bilateral renal Calculi as per CT scan from 5/28/2021 | | | | | | |
| 05/30/2021 17:37 EST  Mathew, Liju FNP-BC | | ICD-10 | N200 | 11/01/2019 | Current | |
|    Bilateral renal Calculi as per CT scan from 5/28/2021 | | | | | | |
| 11/01/2019 09:21 EST  Dalmasi, Odeida MD/CD | | ICD-10 | N200 | 11/01/2019 | Current | |
| Tachycardia, unspecified | | | | | | |
| 06/13/2023 15:00 EST  Ibe, Chigozie PA-C | | ICD-10 | R000 | 06/13/2023 | Current | |
| Shortness of breath | | | | | | |
| 06/20/2023 11:09 EST  Sood, Ravi (MAT) MD | | ICD-10 | R0602 | 06/20/2023 | Current | |
| Chest pain, unspecified | | | | | | |
| 06/20/2023 11:09 EST  Sood, Ravi (MAT) MD | | ICD-10 | R079 | 06/20/2023 | Current | |
| Unspecified abdominal pain | | | | | | |
| 04/21/2021 07:35 EST  Mathew, Liju FNP-BC | | ICD-10 | R109 | 04/21/2021 | Current | |
| Dizziness and giddiness | | | | | | |
| 11/29/2022 12:17 EST  Sood, Ravi (MAT) MD | | ICD-10 | R42 | 11/29/2022 | Current | |
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 02/17/2021 15:34 EST  Kistler, R. NP | | ICD-10 | Z0000 | 02/17/2021 | Current | |

HCV Negative

Reg #:  69939-066                    Inmate Name:  DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 08/09/2021 13:28 EST  Sood, Ravi MD | | ICD-10 | Z1159- | 08/09/2021 | Current | |
| Body mass index (BMI) 27.0-27.9, adult | | | | | | |
| 08/09/2021 13:20 EST  Sood, Ravi MD | | ICD-10 | Z6827 | 08/09/2021 | Current | |
| Body mass index (BMI) 28.0-28.9, adult | | | | | | |
| 01/31/2023 14:18 EST  Sood, Ravi (MAT) MD | | ICD-10 | Z6828 | 01/31/2023 | Current | |
| Body mass index (BMI) 29.0-29.9, adult | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | Z6829 | 12/22/2021 | Current | |
| Negative Test: HIV, Human immunodeficiency virus | | | | | | |
| 08/09/2021 13:28 EST  Sood, Ravi MD | | ICD-10 | Z717 | 08/09/2021 | Current | |

## Remission

| | | | | | | |
|---|---|---|---|---|---|---|
| Chest pain, unspecified | | | | | | |
| 01/31/2023 14:18 EST  Sood, Ravi (MAT) MD | | ICD-10 | R079 | 11/29/2022 | Remission | 01/31/2023 |
| 11/29/2022 12:17 EST  Sood, Ravi (MAT) MD | | ICD-10 | R079 | 11/29/2022 | Current | |
| Personal history of COVID-19 | | | | | | |
| 07/28/2022 09:59 EST  Sood, Ravi (MAT) MD | | ICD-10 | Z8616 | 08/09/2021 | Remission | 07/28/2022 |
|     He declines to receive COVID-19 vaccine | | | | | | |
| 08/09/2021 13:20 EST  Sood, Ravi MD | | ICD-10 | Z8616 | 08/09/2021 | Current | |
|     He declines to receive COVID-19 vaccine | | | | | | |

## Resolved

| | | | | | | |
|---|---|---|---|---|---|---|
| Open wound of finger without damage to nail | | | | | | |
| 08/09/2021 13:28 EST  Sood, Ravi MD | | ICD-10 | S61209 | 07/23/2021 | Resolved | 08/09/2021 |
|     half cm laceration on top of the right index finger | | | | | | |
| 07/23/2021 10:37 EST  Assemu, Belen FNP-C | | ICD-10 | S61209 | 07/23/2021 | Current | |
|     half cm laceration on top of the right index finger | | | | | | |
| Confirmed case COVID-19 | | | | | | |
| 11/20/2020 14:12 EST  Laughingwell, Raeph MD | | ICD-10 | U07.1 | 11/06/2020 | Resolved | 11/20/2020 |
| 11/13/2020 10:59 EST  Laughingwell, Raeph MD | | ICD-10 | U07.1 | 11/06/2020 | Current | |
| 11/11/2020 15:35 EST  Nelson, Christine NP | | ICD-10 | U07.1 | 11/11/2020 | Current | |
| Suspect/probable COVID-19 case | | | | | | |
| 11/12/2020 13:48 EST  Laughingwell, Raeph MD | | ICD-10 | U07.2 | 11/09/2020 | Resolved | 11/12/2020 |
| 11/09/2020 11:06 EST  Kistler, R. NP | | ICD-10 | U07.2 | 11/09/2020 | Current | |

Reg #:  69939-066                              Inmate Name:  DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 06/10/2022 13:23 EST  Ibe, Chigozie PA-C | | ICD-10 | Z0000 | 06/10/2022 | Resolved | 06/10/2022 |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Other hyperlipidemia~~ | | | | | | |
| ~~07/13/2023 12:33 EST  Sood, Ravi (MAT) MD~~ | | ~~ICD-10~~ | ~~E784~~ | ~~06/13/2023~~ | ~~Current~~ | |
| --duplicate | | | | | | |
| 06/13/2023 15:04 EST  Ibe, Chigozie PA-C | | ICD-10 | E784 | 06/13/2023 | Current | |
| ~~Chest pain, unspecified~~ | | | | | | |
| ~~11/29/2022 12:27 EST  Sood, Ravi (MAT) MD~~ | | ~~ICD-10~~ | ~~R079~~ | ~~03/02/2020~~ | ~~Current~~ | |
| --duplicate | | | | | | |
| 03/02/2020 08:13 EST  Mathew, Liju FNP-BC | | ICD-10 | R079 | 03/02/2020 | Current | |
| ~~Dizziness and giddiness~~ | | | | | | |
| ~~11/29/2022 12:18 EST  Sood, Ravi (MAT) MD~~ | | ~~ICD-10~~ | ~~R42~~ | ~~10/31/2022~~ | ~~Current~~ | |
| --duplicate | | | | | | |
| 10/31/2022 10:16 EST  Ibe, Chigozie PA-C | | ICD-10 | R42 | 10/31/2022 | Current | |

**Total:** 37

188

## Bureau of Prisons
## Health Services
## Treatments

| Begin Date: | 07/14/2022 | End Date: | 07/14/2023 |
|---|---|---|---|
| Reg #: | 69939-066 | Inmate Name: | DAWARA, IMAD |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 09/20/2022 | 08:39 FTD | EKG complete | Green, Mavis CMA | Completed |
| | **Orig Entered:** 09/20/2022 08:40 EST | Green, Mavis CMA | | |
| 09/15/2022 | 11:18 FTD | NPO | Pfeifer, S. RN | Completed |
| | **Orig Entered:** 09/19/2022 11:18 EST | Pfeifer, S. RN | | |
| 08/26/2022 | 08:07 FTD | EKG complete | Green, Mavis CMA | Completed |
| | **Orig Entered:** 08/26/2022 08:07 EST | Green, Mavis CMA | | |
| 08/14/2022 | 13:10 FTD | NPO | Pfeifer, S. RN | Completed |
| | **Orig Entered:** 08/14/2022 13:10 EST | Pfeifer, S. RN | | |
| 07/29/2022 | 09:14 FTD | EKG complete | Green, Mavis CMA | Completed |
| | **Orig Entered:** 07/29/2022 09:14 EST | Green, Mavis CMA | | |

**Total:** 5

189



**FORT DIX FCI**    FTD - S02-193L
5756 HARTFORD & POINTVILE RD - FORT DIX, New Jersey
601235-FTD    Sood, Ravi (MAT) MD    07/28/23
DAWARA, IMAD    69939-066
**Take one tablet (30 MG) by mouth twice daily**

**Isosorbide Mononitrate ER  30 MG 24 hour Tab**
(1) Refills    07/28/23    ACC    Refill Until: 01/24/24
#180 TAB    Don't Confiscate    10/26/23

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

ASK YOUR
# PHARMACIST®
## ABOUT HEALTH NEEDS & SO MUCH MORE

**W105**

**Deborah**
Heart and Lung Center
800 Trenton Road
Browns Mills, NJ 08015
609-893-1200

Home Medication List

Page: 1
Date: 07/27/23 16:06

Patient: IMAD DAWARA
Medical Record Number: M000347675
Account: V00020770954

Please review the sections of this list carefully, and if you have any questions
regarding your medications or medical equipment/supplies, contact your primary care
physician.

## New Medications (1)
These are new medications to start taking at home

1. **isosorbide mononitrate** *Imdur*
   30 mg oral daily
   Kerry Lanigan, MD
   Last Taken: Unknown

   30 mg tablet extended release 24 hr
   **Next Due:** 7/28  0900

   Prescription Printed To Be Given To Patient

## Continue Medications (6)
These are your current medications to keep taking at home;

2. **aspirin**
   81 mg oral daily
   Florence Unuigbe, MD
   Last Taken: 07/25/23 09:00

   81 mg tablet,delayed release (DR/EC)
   **Next Due:** 7/28  0900

3. **clopidogrel [Plavix]**
   75 mg oral daily
   Florence Unuigbe, MD
   Last Taken: 07/25/23 09:00

   75 mg tablet
   **Next Due:** 7/28  0900

4. **atorvastatin**
   80 mg oral nightly
   Florence Unuigbe, MD
   Last Taken: 07/25/23 21:00

   80 mg tablet
   **Next Due:** 7/28  2100

5. **metoprolol tartrate**
   50 mg oral twice a day
   Florence Unuigbe, MD

| | | |
|---|---|---|
| **Deborah** Heart and Lung Center | 100 Trenton Road Browns Mills, NJ 08015 609-893-1200 | Home Medication List |

**Page:** 2
**Date:** 07/27/23 16:06

**Patient:** IMAD DAWARA
**Medical Record Number:** M000347675
**Account:** V00020770954

**Continue Medications (6)**
These are your current medications to keep taking at home.

Last Taken: 07/26/23 09:00

50 mg tablet
**Next Due:** 7/25  0900

6.   **nitroglycerin**
     0.4 mg sublingual every 5 minutes as needed
     do not exceed 3 doses per episode
     PRN Reason: chest pain
     Florence Unuigbe, MD
     Last Taken: Unknown
     0.4 mg tablet, sublingual
     **Next Due:** as needed

7.   **pantoprazole**
     40 mg oral daily@0600
     Laura Chec, DO
     Last Taken: 07/26/23 06:00

     40 mg Tablet,Delayed Release (Dr/Ec)
     **Next Due:** as prescribed

**Deborah**
*Heart and Lung Center*
300 Trenton Road
Browns Mills, NJ 08015
609-893-1200

Page 1 of 1

Patient: IMAD DAWARA
Acct Num: V00020770954
Med Rec Num: M000347675
Location: 4L - 4 Lesser
Primary Provider: Lanigan,Kerry
Date: 07/26/23

# Patient Visit Information

## Patient Instructions:

Received with this packet on 07/27/23 at 16:06
Chest Pain
Coronary Artery Disease
Shortness of Breath

## Care Plan Goals:

The ability to resume daily activities as detailed in the discharge plan and discharge instructions.

## Activity Restrictions or Additional Instructions:

Discharge Diagnosis:
Stable angina

## Follow-Ups:

IMAD DAWARA has been referred to the following clinics/specialists for follow-up care:

**1. PCP No  Date:**
   None
   None

## Prescriptions:

1. isosorbidemononitrate
       30 mg oral daily #30 tab
       30 mg
       tablet extended release 24 hr
       Refills: 0

## Additional Documents Given:

Patient Discharge Instructions
Home Medications List

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M | Race: WHITE | Facility: FTD |
| Encounter Date: 08/27/2023 15:21 | Provider: Plevritis-Ortiz, Alexandra | | Unit: S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1      Provider: Plevritis-Ortiz, Alexandra RN

Chief Complaint:  Medical Trip Return
Subjective:      "I feel fine"
**Pain:**        No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 98.4 | 36.9 | | Plevritis-Ortiz, Alexandra RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 71 | | | Plevritis-Ortiz, Alexandra RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 16 | Plevritis-Ortiz, Alexandra RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 116/84 | | | | Plevritis-Ortiz, Alexandra RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 98 | | Plevritis-Ortiz, Alexandra RN |

**Exam:**

**General**
  **Affect**
    Yes: Pleasant, Cooperative
  **Skin**
  **General**
    Yes: Dry, Skin Intact
  **Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
  **Cardiovascular**
  **Observation**
    Yes: Within Normal Limits, Normal Rate

| | | |
|---|---|---|
| Inmate Name:  DAWARA, IMAD | | Reg #:  69939-066 |
| Date of Birth:  10/12/1979 | Sex:   M   Race:  WHITE | Facility:  FTD |
| Encounter Date: 08/27/2023 15:21 | Provider:  Plevritis-Ortiz, Alexandra | Unit:   S02 |

#### Abdomen

##### Inspection

Yes: Within Normal Limits

#### Gastrointestinal

##### General

Yes: Within Normal Limits

## ASSESSMENT:

Condition Stable

43 y/o male seen by this writer this afternoon after returning from Deborah Hospital after hours on 8/26/23.

IM ambulated with this writer to health services after visiting with his family. IM was seen on compound and escorted to clinical area for evaluation. Presented as alert and oriented, skin warm and dry and no distress noted. IM reported feeling well, no chest pain, no shortness of breath, no acute issues presently. VS stable and noted in chart. IM was advised to stay at hospital-by-hospital staff to undergo a stress test but refused because testing wouldn't have been completed until Monday or Tuesday this week, according to IM. IM is aware of future 2D echo appointment and cardiology follow up and felt was appropriate to return to facility and wait for future appointments.

IM was made aware to not ignore any chest pains and to report to health services immediately should he have any issues or concerns. IM was receptive to instructions. IM educated on medication compliance give cardiac history.

IM was released from health services and ambulated back to unit.

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 11/27/2023 | 11/27/2023 | Urgent | No | |

Subtype:

Deborah Heart and Lung

Reason for Request:

As per discharge instructions provided by Deborah inmate is to follow up for ongoing chest pain within 3-5 days. IM was sent to Deborah on 8/26/23 for acute chest pain. IM refused to stay at Deborah over the weekend to have a stress test sometime this week. Felt that it was more appropriate to return to facility and wait on upcoming pending appointments. Discharge instructions uploaded into BEMR for review.

Per MD note, Pt has a hx of unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw.  Pt was transferred to Deborah and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels.  While hospitalized, he was observed to have non sustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated normal sinus rhythm with ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated diastolic dysfunction. Ejection fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the pt continues to do poorly. He has been complaining of shortness of breath on minimal exertion. There has been orthopnea and PND. He continues to have chest pressure/tightness with radiation to the neck, jaw and arms with increasing fatigue, tiredness and dizziness. IM had acute coronary syndrome mid-July with catheterization and stent placement. Since procedure

Provisional Diagnosis:

Per MD, Pt has a hx of unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw.  Pt was transferred to Deborah and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels.  While hospitalized, he was

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 08/27/2023 15:21 | Provider: Plevritis-Ortiz, Alexandra | | Unit: S02 |

observed to have non sustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated normal sinus rhythm with ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated diastolic dysfunction. Ejection fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the pt continues to do poorly. He has been complaining of shortness of breath on minimal exertion. There has been orthopnea and PND. He continues to have chest pressure/tightness with radiation to the neck, jaw and arms with increasing fatigue, tiredness and dizziness.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/27/2023 | Counseling | Access to Care | Plevritis-Ortiz, Alexandra | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes          **By:** Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**

Completed by Plevritis-Ortiz, Alexandra RN on 08/27/2023 15:50
Requested to be cosigned by Sood, Ravi (MAT) MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 08/26/2023 12:37 | | Provider: O'Brien, William RN | | Unit: S02 |

Nursing - Protocol: Chest Pain/MI encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT   1      Provider:   O'Brien, William RN

Chief Complaint:   Chest Pain

Subjective:   IM reports to HSU with c/o chest pain and pressure into his neck. IM states it started this morning around 9am this morning and was unrelieved with nitroglycerin sublingual x1 dose.

Pain:            Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/26/2023 12:38 |
| Location: | Chest-Left |
| Quality of Pain: | Stabbing |
| Pain Scale: | 8 |
| Intervention: | None |
| Trauma Date/Year. | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Hours |
| Duration: | <30 Minutes |
| Exacerbating Factors: | None |
| Relieving Factors: | None |
| Reason Not Done: | |
| Comments: | IM stated he took nitro tab around 9 am when symptoms began with no relief. |

## ROS:

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Chest pain (Describe: Sharp stabbing pain to left side of chest.), Dizziness, History of HTN or cardiac disease (Describe: NSTEMI hx.), Allergies & health problems reviewed, Medications (prescription and OTC) reviewed

No: Nausea/vomiting, Feeling of impending doom, History of sexual enhancement drugs

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 97.8 | 36.6 | | O'Brien, William RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 71 | | | O'Brien, William RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | | Sex: | M   Race: WHITE | | Facility: | FTD |
| Encounter Date: | 08/26/2023 12:37 | | Provider: | O'Brien, William RN | | Unit: | S02 |

| Date | Time | | Rate Per Minute | Provider | | | |
|------|------|--|-----------------|----------|--|--|--|
| 08/26/2023 | 12:37 FTD | | 18 | O'Brien, William RN | | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/26/2023 | 12:37 FTD | 126/87 | | | | O'Brien, William RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|------|------|---------------|------|-----------------|----------|
| 08/26/2023 | 12:45 FTD | 125 | Random | | O'Brien, William RN |

**SaO2:**

| Date | Time | Value(%) Air | | Provider |
|------|------|--------------|--|----------|
| 08/26/2023 | 12:37 FTD | 99 | | O'Brien, William RN |

**Exam:**

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Lung sounds clear bilaterally, Adequate respiratory effort, Auscultated heart rate and rhythm (Describe: Within normal limits.), 12 lead ECG completed, Adequate capillary refill, Normal skin color, Normal skin temperature, Blood glucose recorded in flowsheet

No: Presence of edema, Diaphoretic, Supplemental oxygen applied, IV Access obtained

**ASSESSMENT:**

Pain - Chest

IM reports to HSU ambulating on his own from chow with c/o chest pain described as stabbing to left chest 8/10, pressure to his neck, dizziness, and shortness of breath worsening with exertion. IM states the symptoms started around 0900h this morning and he took NTG tab x1 dose with no relief of symptoms. IM then went to chow around 1215pm, and symptoms worsened, and he reported to HSU. MD on call notified and symptoms and findings discussed. IM has a recent Hx of a NONSTEMI with stent placement around 8/16/23.

Assessment:
-EKG performed and NSR noted.

-Orthostatic VS as follows:
LYING- 126/87 HR 71
SITTING- 121/86 HR 84
STANDING- 117/82 HR 85

Plan:
-Send IM to outside hospital ER for further evaluation per on call MD.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|-----------------------|----------|------------|----------|
| Emergency Room | 08/26/2023 | 08/26/2023 | Emergent | No | |

Subtype:

Deborah Heart and Lung

Reason for Request:

CHEST PAIN RADIATING TO NECK WITH HX OF NONSTEMI AND STENT PLACEMENT 8/16/23.

IM reports to HSU ambulating on his own from chow with c/o chest pain described as stabbing to left chest

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 08/26/2023 12:37 | Provider: O'Brien, William RN | | Unit: S02 |

8/10, pressure to his neck, dizziness, and shortness of breath worsening with exertion. IM states the symptoms started around 0900h this morning and he took NTG tab x1 dose with no relief of symptoms. IM then went to chow around 1215pm, and symptoms worsened, and he reported to HSU. MD on call notified and symptoms and findings discussed. IM has a recent Hx of a NONSTEMI with stent placement around 8/16/23.

Assessment:
-EKG performed and NSR noted.

-Orthostatic VS as follows:
LYING- 126/87 HR 71
SITTING- 121/86 HR 84
STANDING- 117/82 HR 85

Plan:
-Send IM to outside hospital ER for further evaluation per on call MD.

**Disposition:**

Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/26/2023 | Counseling | Access to Care | O'Brien, William | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Patel, Pradip (MAT) MD
**Telephone or Verbal order read back and verified.**

Completed by O'Brien, William RN on 08/26/2023 12:59
Requested to be cosigned by Patel, Pradip (MAT) MD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Sood, Ravi (MAT) MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M  Race: WHITE | | Facility: FTD |
| Encounter Date: 08/21/2023 13:09 | Provider: Sood, Ravi (MAT) MD | | Unit: S02 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1     Provider: Sood, Ravi (MAT) MD

Chief Complaint: CARDIAC

Subjective: The patient is 43 years old male. He presents to the chronic care clinic for routine follow up and renewal of his medications- chart review and on his hospitalization and for an evaluation for RIS.

He had recent placement of coronary artery stents. On 08/16/2023 he was sent to ER at Deborah Hospital for SOB and chest pain. He was hospitalized there. Hospital discharge papers are reviewed. As per patient he underwent cardiac stress test. I do not see its report on BEMR, in the interim: he has chest discomfort and SOB when he is in the hot environment. He has started taking the Ranolazine with no problems. Approval of its non-formulary request is pending. The Pharmacist is contacted, and he is provided with the more pills until its approval.

He refuses for the resumption of his mental health medications - Remeron and Buspar and psychotropic pain medication -Duloxetine, which are being offered to him. He attributes this refusal to that the Cardiologist recommended to stop these medications. Cardiologist consultation as of 07/26/2023 is reviewed and his recommendation were discussed with him.

Medications: he is compliant with his medications and tolerates them; OTC medications: one; he is being apprised of the side effects of the medications; GI bleed/black colored stools, and renal surgery are one of the side effects of the ibuprofen.

Exercise: yes; Watchful of his diet: yes; Weight: 205 LBS c.f. 175 LBS as of 03/02/2020. He is being counseled for healthy lifestyle changes including weight reduction by cutting back on calories.

His lab work up is reviewed with him.

07/10/2023
S Cr., GFR WNL
AST/ALT WNL
CH 102, TG 88, HDL 28, LDL 56
TSH WNL
HB%, WBC, PLT WNL
A1C 5.8

Pain: Not Applicable

---

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/21/2023 | 13:08 FTD | 98.4 | 36.9 | Tympanic | Sood, Ravi (MAT) MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 08/21/2023 13:09 | | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 08/21/2023 | 13:08 FTD | 54 | Radial | Regular | Sood, Ravi (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 08/21/2023 | 13:08 FTD | 16 | Sood, Ravi (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/21/2023 | 13:08 FTD | 95/65 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/21/2023 | 13:08 FTD | 98 | Room Air | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/21/2023 | 13:08 FTD | 205.0 | 93.0 | | Sood, Ravi (MAT) MD |

## Exam Comments

Examination:

General: Affect: Pleasant, Cooperative; Appearance: Alert and Oriented x 3
Nutrition: BMI 28.6

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields: Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General: Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

| Inmate Name:   DAWARA, IMAD | | Reg #:   69939-066 |
|---|---|---|
| Date of Birth:   10/12/1979 | Sex:    M    Race:   WHITE | Facility:  FTD |
| Encounter Date: 08/21/2023 13:09 | Provider:  Sood, Ravi (MAT) MD | Unit:    S02 |

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:  Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

Musculoskeletal:

Presented to the clinic walking in no distress using no mechanical support such as cane.

Right little toe amputation.

ROM full, Neurovascular functions intact in rest of extremities.

## ASSESSMENT:

Angina pectoris, unspecified, I209 - Current

Body mass index (BMI) 28.0-28.9, adult, Z6828 - Current

Calculus of kidney, N200 - Current

Chronic ischemic heart disease, I259 - Current

Dizziness and giddiness, R42 - Current

HCV Negative, Z1159-HCV - Current

Hyperlipidemia, unspecified, E785 - Current

Hypothyroidism, E039 - Current

Mental disorder, not otherwise specified, F99 - Current

Negative Test: HIV, Human immunodeficiency virus, Z717 - Current

Non-ST elevation (NSTEMI) myocardial infarction, I214 - Current

Shortness of breath, R0602 - Current

Unspecified glaucoma, H409 - Current

Vitamin D deficiency, E559 - Current

Unspecified Anxiety Disorder, F41.9 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 603252-FTD | Aspirin 81 MG EC Tab | 08/21/2023 13:09 |
| | **Prescriber Order:**    Take one tablet (81 MG) by mouth each day x 365 day(s) | |
| | Indication:  Non-ST elevation (NSTEMI) myocardial infarction | |
| 603255-FTD | Clopidogrel Bisulfate 75 MG Tab | 08/21/2023 13:09 |
| | **Prescriber Order:**    Take one tablet (75 MG) by mouth each day x 180 day(s) | |
| | Indication:  Tachycardia, unspecified | |
| 603257-FTD | Metoprolol Tartrate  50 MG Tab | 08/21/2023 13:09 |
| | **Prescriber Order:**    Take one tablet (50 MG) by mouth twice daily x 365 day(s) | |
| | Indication:  Tachycardia, unspecified | |
| 603259-FTD | Nitroglycerin SL 0.4 MG Tab [25 count] | 08/21/2023 13:09 |

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 08/21/2023 13:09 | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** | Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff x 180 day(s) |
| | Indication: | Non-ST elevation (NSTEMI) myocardial infarction |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 603258-FTD | Mirtazapine 45 MG Tab | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one tablet (45 MG) by mouth each evening *consent form on file * |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | Patient Refused |
| | Indication: | |
| 603256-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take three capsules (90 MG) by mouth each evening for pain |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | Patient Refused |
| | Indication: | |
| 603254-FTD | busPIRone 15 MG TAB | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one tablet (15 MG) by mouth twice daily *consent form on file * |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | new order written |
| | Indication: | |
| 603271-FTD | Tamsulosin HCl 0.4 MG Cap | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one capsule (0.4 MG) by mouth each day |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | status change |
| | Indication: | |
| 601235-FTD | Isosorbide Mononitrate ER 30 MG 24 hour Tab | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one tablet (30 MG) by mouth twice daily |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | new order written |
| | Indication: | |

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 01/29/2024 00:00 | Physician 04 |
| Routine follow up. | | |

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M   Race:  WHITE | | Facility: | FTD |
| Encounter Date: | 08/21/2023 13:09 | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/21/2023 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

He is being counseled for dietary modifications (reduction in calories:  500 to 750 calories deficit/day, intermittent energy restriction, restriction of simple carbohydrates, saturated fat, and sodium/sugar intake); exercise (150 minutes of moderate exercise per week); medications side effects; diabetes mellitus management; foot care; safety and injury prevention; preventive health; compliance of treatment. Also, plan of care is being discussed. He verbalizes understanding.  He is being counseled about hand /respiratory hygiene, protection barrier- wearing of facial mask, social distancing

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 08/21/2023 15:23

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex:  M  Race: WHITE | Facility: | FTD |
| Note Date: | 08/18/2023 08:56 | Provider:  Sood, Ravi (MAT) MD | Unit: | S02 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Sood, Ravi (MAT) MD

The discharge papers are reviewed; his medication reconciliation is done Ranolazine is added.

**ASSESSMENTS:**

Angina pectoris, unspecified, I209 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ranolazine ER 12 Hour Tablet | 08/18/2023 08:56 |

    **Prescriber Order:**     500 mg  Orally -  Two Times a Day x 180 day(s)

    Indication:  Non-ST elevation (NSTEMI) myocardial infarction, Chronic ischemic heart disease,
                 Angina pectoris, unspecified

    Non-Formulary was created for this drug

| | | |
|---|---|---|
| | busPIRone Tablet | 08/18/2023 08:56 |

    **Prescriber Order:**     15 mg  Orally -  Two Times a Day x 180 day(s)

    Indication:  Unspecified Anxiety Disorder, Mental disorder, not otherwise specified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 599906-FTD | Aspirin 81 MG EC Tab | 08/18/2023 08:56 |

    **Prescriber Order:**     Take one tablet (81 MG) by mouth each day x 365 day(s)

    Indication:  Non-ST elevation (NSTEMI) myocardial infarction

| | | |
|---|---|---|
| 599907-FTD | Atorvastatin 80 MG TAB | 08/18/2023 08:56 |

    **Prescriber Order:**     Take one tablet (80 MG) by mouth every night at bedtime x 180 day(s)

    Indication:  Hyperlipidemia, unspecified

| | | |
|---|---|---|
| 599924-FTD | Clopidogrel Bisulfate 75 MG Tab | 08/18/2023 08:56 |

    **Prescriber Order:**     Take one tablet (75 MG) by mouth each day x 180 day(s)

    Indication:  Tachycardia, unspecified

| | | |
|---|---|---|
| 599926-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | 08/18/2023 08:56 |

    **Prescriber Order:**     Take three capsules (90 MG) by mouth each evening for pain x 180 day(s)

    Indication:  Calculus of kidney

| | | |
|---|---|---|
| 599911-FTD | Metoprolol Tartrate  50 MG Tab | 08/18/2023 08:56 |

    **Prescriber Order:**     Take one tablet (50 MG) by mouth twice daily x 365 day(s)

    Indication:  Tachycardia, unspecified

| | | |
|---|---|---|
| 599908-FTD | Mirtazapine 45 MG Tab | 08/18/2023 08:56 |

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/18/2023 08:56 | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|

**Prescriber Order:**  Take one tablet (45 MG) by mouth each evening *consent form on file * x 180 day(s)

Indication:  Unspecified Anxiety Disorder, Mental disorder, not otherwise specified

599909-FTD   Nitroglycerin SL 0.4 MG Tab [25 count]                                    08/18/2023 08:56

**Prescriber Order:**  Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff x 180 day(s)

Indication:  Non-ST elevation (NSTEMI) myocardial infarction

599910-FTD   Tamsulosin HCl 0.4 MG Cap                                                  08/18/2023 08:56

**Prescriber Order:**  Take one capsule (0.4 MG) by mouth each day x 180 day(s)

Indication:  Calculus of kidney

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 08/18/2023 09:03

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M    Race: WHITE | Facility: | FTD |
| Note Date: | 08/18/2023 08:53 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Sood, Ravi (MAT) MD

Post hospitalization medical trip note by the RN is reviewed; he is being scheduled in the clinic,

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 08/28/2023 00:00 | Physician 04 |
| follow up on his hospitalization | | |

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 08/18/2023 08:55

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 08/17/2023 19:51 | Provider: Orapello, Brian RN | | Unit: S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1       Provider:  Orapello, Brian RN

Chief Complaint:   Other Problem
Subjective:   Inmate is a trip return from Deborah heart and Lung hospital
**Pain:**            No

---

**OBJECTIVE:**

Exam:
  General
    **Affect**
        Yes: Cooperative
    **Appearance**
        Yes: Alert and Oriented x 3
  Face
    **General**
        Yes: Symmetric
  Pulmonary
    **Observation/Inspection**
        Yes: Within Normal Limits
  Gastrointestinal
    **General**
        Yes: Within Normal Limits
  Genitourinary
    **General**
        Yes: Within Normal Limits
  Neurologic
    **Cranial Nerves (CN)**
        Yes: Within Normal Limits

**ASSESSMENT:**

Other
Inmate is a trip return from Deborah Hosp.  AAOx3. Ambulatory under own power. In no apparent distress at this time.
VS stable.

Discharge Diagnosis:
Non-cardiac chest pain

Plan:

| Inmate Name: DAWARA, IMAD<br>Date of Birth: 10/12/1979<br>Encounter Date: 08/17/2023 19:51 | Sex:    M    Race: WHITE<br>Provider: Orapello, Brian RN | Reg #:   69939-066<br>Facility: FTD<br>Unit:     S02 |
|---|---|---|

Recommended by ER Physician: Ranolazine 500mg bid
Referred to Primary physician.


Paperwork to be scanned into BEMR

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/17/2023 | Counseling | Access to Care | Orapello, Brian | Verbalizes Understanding |
| 08/17/2023 | Counseling | Plan of Care | Orapello, Brian | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Sood, Ravi (MAT) MD
**Telephone or Verbal order read back and verified.**


Completed by Orapello, Brian RN on 08/17/2023 19:55
Requested to be cosigned by Sood, Ravi (MAT) MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/17/2023 19:51 | Provider: | Orapello, Brian RN | Facility: | FTD |

**Cosigned with New Encounter Note by Sood, Ravi (MAT) MD on 08/18/2023 08:53.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/17/2023 15:43 | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   1          Provider:   Sood, Ravi (MAT) MD

      The patient is 43 years old male. He had recent placement of coronary artery stents. on 08/16/2023 he was sent to ER at Deborah Hospital for SOB and chest pain.

      I called the hospital. I am awaiting response from the Nurse.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 08/17/2023 15:48

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: | 08/16/2023 10 50 | Provider: Plevritis-Ortiz, Alexandra | | Unit: S02 |

Emergency - Chest pain encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT   1        Provider:   Plevritis-Ortiz, Alexandra RN

Chief Complaint:   Chest Pain
Subjective:   Chest pain
**Pain:**        Not Applicable

## OBJECTIVE:
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 98.2 | 36.8 | | Plevritis-Ortiz, Alexandra RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 91 | | | Plevritis-Ortiz, Alexandra RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 30 | Plevritis-Ortiz, Alexandra RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 110/72 | | | | Plevritis-Ortiz, Alexandra RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 100 | Room Air | Plevritis-Ortiz, Alexandra RN |

Exam:

**General**
**Affect**
Yes: Anxious
**Appearance**
Yes: Appears Distressed
**Skin**
**General**
Yes: Clammy, Diaphoretic

## ASSESSMENT:

Other
Call from LT for Medical Emergency housing unit 5852 common room. Reported as inmate unresponsive appears to be chest pain.

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| --- | --- | --- |
| Date of Birth: 10/12/1979 | Sex:     M     Race:  WHITE | Facility: FTD |
| Encounter Date: 08/16/2023 10:50 | Provider: Plevritis-Ortiz, Alexandra | Unit:      S02 |

HSU staff arrived in unit to find inmate Dawara #69939-066 laying supine on the the floor, alert and responsive. Clenching chest, moaning, not answering medical staff questions.

Pulse oxygen 98% on room air.

Transferred to stretcher and brought to HSU for further evaluation.

Inmate continues to moan, reports SOB and chest pain to no specific area. Appears very anxious in nature with elevated respirations.

EKG performed, NSR, Reviewed by Dr. Sood. Scanned into inmate chart.

20g Left AC started.

Nitro @ 10:50am VS noted in flow sheets, no change in pain
Nitro @ 10:55am VS noted in flow sheets, no change in pain
10:56am ASA 81mg x 3 tabs given
Nitro @11:03am VS noted in flow sheets, no change in pain

Decision to send to Emergency for: chest pain, acute coronary syndrome, shortness of breath.

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
| --- | --- | --- | --- | --- | --- |
| Emergency Room | 08/16/2023 | 08/16/2023 | Emergent | No | |

Subtype:

    Deborah Heart and Lung

Reason for Request:

    Call from LT for Medical Emergency housing unit 5852 common room. Reported as inmate unresponsive appears to be chest pain.

    HSU staff arrived in unit to find inmate Dawara #69939-066 laying supine on the the floor, alert and responsive. Clenching chest, moaning, not answering medical staff questions.

    Pulse oxygen 98% on room air.

    Transferred to stretcher and brought to HSU for further evaluation.

    Inmate continues to moan, reports SOB and chest pain to no specific area. Appears very anxious in nature with elevated respirations.

    EKG performed, NSR, Reviewed by Dr. Sood. Scanned into inmate chart.

    20g Left AC started.

    Nitro @ 10:50am VS noted in flow sheets, no change in pain
    Nitro @ 10:55am VS noted in flow sheets, no change in pain
    10:56am ASA 81mg x 3 tabs given
    Nitro @11:03am VS noted in flow sheets, no change in pain

Provisional Diagnosis:

    Decision to send to Emergency for: chest pain, acute coronary syndrome, shortness of breath.

| | | |
|---|---|---|
| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 08/16/2023 10:50 | Provider: Plevritis-Ortiz, Alexandra | Unit: S02 |

**Disposition:**

Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/16/2023 | Counseling | Plan of Care | Plevritis-Ortiz, Alexandra | Verbalizes Understanding |

send to hospital for evaluation

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:** Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**


Completed by Plevritis-Ortiz, Alexandra RN on 08/16/2023 11:06

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/07/2023 13:17 | Provider: | Pugliese, Nicole RN | Unit: | S02 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Pugliese, Nicole RN

Cardiology consult 7/26/2023 by Dr. Caplan

Assessment:
1) Angina, Unstable
persistent symptomatology despite recent drug-eluting stents to the circumflex and LAD. Because of the worsening symptoms including shortness of breath, chest pains radiating to the jaw and palpitations/lightheadedness, I have asked the patient to be transferred to the hospital for further evaluation.
2) S/P PTCA
DES x2, DHL; drug-eluting stents to the mid LAD as well as circumflex vessels.
3) Renal calculi
4) Atherosclerosis of coronary artery of native heart with angina pectoris
Atherosclerotic heart disease of native coronary artery with unspecified angina pectoris
5) Dizziness
cannot rule out ventricular arrhythmias.
6) Palpitations
Concern for ventricular arrhythmias. I am requesting patient be transferred to the hospital though, regardless, metoprolol should be titrated up as well as at least 24-hour Holter monitoring.


Refer to PCPMD note in Bemr, PCPMD was made aware at time of visit of Cardiologist Recommending Patient be transferred to the hospital for further evaluation and care.

Follow-up after procedure
Follow-up in 6 months


Dictation to be scanned into document manager for MD.

Any additional Order's to be entered as MD see fit.


**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 01/26/2024 | 01/26/2024 | Routine | No | |

Subtype:

Follow Up Evaluation

Reason for Request:

For: Cardiology 6-month follow-up

Reason: As per Cardiology consult 7/26/2023 by Dr. Caplan, 43 y/o male. Pt has a hx of unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. Pt was transferred to Deborah and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels. While hospitalized, he was observed to have non sustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated normal sinus rhythm with

| | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | | |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/07/2023 13:17 | Provider: | | Pugliese, Nicole RN | Unit: | S02 |

ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated diastolic dysfunction. Ejection fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the pt continues to do poorly. He has been complaining of shortness of breath on minimal exertion. There has been orthopnea and PND. He continues to have chest pressure/tightness with radiation to the neck, jaw and arms with increasing fatigue, tiredness and dizziness. He needs immediate attention by being transferred to Deborah heart and lung for further care.

Assessment:

1) Angina

persistent symptomatology despite recent drug-eluting stents to the circumflex and LAD. Because of the worsening symptoms including shortness of breath, chest pains radiating to the jaw and palpitations/lightheadedness, I have asked the patient to be transferred to the hospital for further evaluation.

2) S/P PTCA

3) Renal calculi

4) Atherosclerosis of coronary artery of native heart with angina pectoris

Atherosclerotic heart disease of native coronary artery with unspecified angina pectoris

5) Dizziness

6) Palpitations

Concern for ventricular arrhythnias. Pt be transferred to the hospital though, regardless, metoprolol should be titrated up as well as at least 24-hour Holter monitoring.


Follow-up after procedure

Follow-up in 6 months

Provisional Diagnosis:

unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. Alcohol dependence, Anxiety, ASHD, Glaucoma, Hyperlipidemia, Hypothyroidism, Old myocardial infarction, Peripheral vertigo, Renal calculi, S/P PTCA, Substance abuse.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**


Completed by Pugliese, Nicole RN on 08/07/2023 13:48

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/04/2023 12:37 | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Sood, Ravi (MAT) MD

The clinical note by the PA is reviewed; the Isosorbide was added by the Cardiologist for angina-chest pain, but he is intolerant to this medication; in the interim; his angina is in remission; thus, existing current medication regimen including metoprolol, a beta- blocker is continued. His follow up with Cardiologist is pending. He was advised to return to the health services immediately in case of chest pain or new symptoms.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 08/04/2023 12:47

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: | 08/04/2023 09:14 | Provider: Ibe, Chigozie PA-C | | Unit: S02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT  1      Provider:  Ibe, Chigozie PA-C

Chief Complaint:  CARDIAC

Subjective:   43 y/o male with cardiac problems (Angina Pectoris). He was prescribed Isosorbide ER 30 mg BID by his PCPT MD but the patient takes is once daily and said he takes it so, because that was what his outside Cardiologist recommended for him. He initially c/o severe headaches with that medication and requested for an alternative. This was discussed with the PCPT MD who suggested to get a refusal form from the patient but make sure he has sublingual Nitroglycerin ordered for him. The patient was advised there is no other substitute for Isosorbide. He said he will continue to take it once daily but will never refuse the Isosorbide. Thye patient does have Nitroglycerin sublingual 0.4 prn. He denied chest pain.

Pain:    Yes

### Pain Assessment

| | |
|---|---|
| Date: | 08/04/2023 09:20 |
| Location: | Head |
| Quality of Pain: | Aching |
| Pain Scale: | 1 |
| Intervention: | evaluate |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | ADLs, medication side effect. |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

### OBJECTIVE:
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/04/2023 | 09:29 FTD | 98.1 | 36.7 | Oral | Ibe, Chigozie PA-C |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/04/2023 | 09:29 FTD | 68 | Via Machine | Regular | Ibe, Chigozie PA-C |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/04/2023 | 09:29 FTD | 18 | Ibe, Chigozie PA-C |

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 08/04/2023 09:14 | | Provider: | Ibe, Chigozie PA-C | | Unit: | S02 |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/04/2023 | 09:29 FTD | 103/78 | Left Arm | Sitting | Adult-large | Ibe, Chigozie PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/04/2023 | 09:29 FTD | 100 | Room Air | Ibe, Chigozie PA-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 08/04/2023 | 09:29 FTD | 71.0 | 180.3 | Ibe, Chigozie PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/04/2023 | 09:29 FTD | 200.0 | 90.7 | | Ibe, Chigozie PA-C |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

No: Appears Distressed

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

No: Warmth, Clammy, Cool, Diaphoretic

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

**Auscultation**

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds

No: Egophony, Tactile Fremitus, Whispered Pectoriloquy, Bronchophony

**ASSESSMENT:**

Chest pain, unspecified, R079 - Remission

Shortness of breath, R0602 - Remission

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

The patient is advised to increase water intakes and reduce caffein intakes. Continue with the current medication treatment.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M Race: WHITE | Facility: | FTD |
| Encounter Date: | 08/04/2023 09:14 | Provider: Ibe, Chigozie PA-C | Unit: | S02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/04/2023 | Counseling | Access to Care | Ibe, Chigozie | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ibe, Chigozie PA-C on 08/04/2023 09:42

Requested to be reviewed by Sood, Ravi (MAT) MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 07/20/2023 07:38 | Provider: | | Ibe, Chigozie PA-C | Unit: | S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:   Ibe, Chigozie PA-C

The patient was being prepared for transfer to a local ER but this was overruled by the PCPT MD who determined that since all the PE and medical machines tests are concluding that this inmate's chest pain was more of chest wall origin than from the heart, he would be better managed in-house. So he was not sent out to the local ER as was originally planned.


**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Ibe, Chigozie PA-C on 07/20/2023 07:43

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 07/19/2023 13:03 | Provider: Newbury, R. RN | | Unit: S02 |

Nursing - Protocol: Chest Pain/MI encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1          Provider:   Newbury, R. RN

Chief Complaint:   Chest Pain
Subjective:   Pt co 9/10 chest pain and SOB x 4hrs
**Pain:**          Yes
**Pain Assessment**
  Date:                          07/19/2023 11:42
  Location:                   Chest-Left
  Quality of Pain:         Aching
  Pain Scale:               9
  Intervention:             MLP
  Trauma Date/Year:
  Injury:
  Mechanism:
  Onset:                       6-12 Hours
  Duration:                   6-12 Hours
  Exacerbating Factors:   Movement
  Relieving Factors:       None
  Reason Not Done:
  Comments:

**ROS:**

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Chest pain, Dizziness, History of HTN or cardiac disease, Allergies & health problems reviewed,
Medications (prescription and OTC) reviewed
No: Nausea/vomiting, Feeling of impending doom, History of sexual enhancement drugs

**OBJECTIVE:**

**Exam:**

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Lung sounds clear bilaterally, Adequate respiratory effort,
Auscultated heart rate and rhythm, 12 lead ECG completed, Adequate capillary refill, Normal skin color,
Normal skin temperature
No: Presence of edema, Diaphoretic, Blood glucose recorded in flowsheet, Supplemental oxygen applied,
IV Access obtained

**ASSESSMENT:**

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
|---|---|---|---|
| Date of Birth: 10/12/1979 | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 07/19/2023 13:03 | Provider: Newbury, R. RN | | Unit: S02 |

Pain - Chest

43 yo male with a history of Hypothyroidism  - Subclinical Hypothyroidism - Vitamin D deficiency - hyperlipidemia - Alcohol Use Disorder - Opioid Use Disorder: Severe Current - Anxiety Disorder - Chronic depression  Non-ST elevation (NSTEMI) myocardial infarction Current Chronic ischemic heart disease.

Pt complains of left sided 9/10 chest pain that radiates laterally on palpation. Pt states he was at rest when the pain started.

Pt also appears very anxious.

EKG obtained and appears NSR and compares to one obtained 6/20/23. Pt claims sob. Chest rise/fall symmetrical, lungs clear. POX 99% on room air.

Pt denies any gi/gu distress.

MLP in to examine and orders Toradol 60mg IM.

Pt is not experiencing any relief after treatment.

Decision is made to send pt to the hospital to evaluate chest pain unrelieved by treatment with hx Non-ST elevation (NSTEMI) myocardial infarction.

PLAN:

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Newbury, R. RN on 07/19/2023 13:04

Requested to be cosigned by  Ahmedi, F. (MAT) DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Ibe, Chigozie PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex:   M    Race: WHITE | Facility: | FTD |
| Note Date: | 07/28/2023 08:08 | Provider:   Sood, Ravi (MAT) MD | Unit: | S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1      Provider:   Sood, Ravi (MAT) MD

His medication reconciliation is done

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Isosorbide Mononitrate ER 24 hour Tablet | 07/28/2023 08:08 |

**Prescriber Order:**   30 mg  Orally -   Two Times a Day x 180 day(s)

Indication:   Non-ST elevation (NSTEMI) myocardial infarction, Chronic ischemic heart disease

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | *Isosorbide Mononitrate ER 24 hour Tablet* | *07/28/2023 08:08* |

**Prescriber Order:**      *30mg  Orally -   daily x 30 day(s)*

Discontinue Type:      *When Pharmacy Processes*

Discontinue Reason:   *new order written*

Indication:

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 07/28/2023 08:10

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M  Race: WHITE | | Facility: FTD |
| Encounter Date: | 07/27/2023 19:56 | Provider: Martz, Stephanie RN | | Unit: S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Martz, Stephanie RN

Chief Complaint:   Medical Trip Return
Subjective:    inmate returned after hours s/p medical trip return
**Pain:**        Not Applicable

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 98.0 | 36.7 | | Martz, Stephanie RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 101 | | | Martz, Stephanie RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 18 | Martz, Stephanie RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 99 | Room Air | Martz, Stephanie RN |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

inmate started on isosorbide mononitrate 30mg

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Isosorbide Mononitrate ER 24 hour Tablet | 07/27/2023 19:56 |
| | **Prescriber Order:**   30mg Orally - daily x 30 day(s) | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 07/27/2023 19:56 | Provider: Martz, Stephanie RN | Unit: S02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2023 | Counseling | Access to Care | Martz, Stephanie | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**

Completed by Martz, Stephanie RN on 07/27/2023 19:59

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M    Race: WHITE | Facility: | FTD |
| Note Date: | 07/27/2023 10:08 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:   Sood, Ravi (MAT) MD

The patient is 43 years old male. He had recent placement of coronary artery stents. On 07/26/2026 he was sent to ER at Deborah Hospital for SOB and chest pain as per Cardiologist recommendation.

His troponins, D -Dimer and CXR are negative; today, he is posted for cardiac stress test and cardiac 2 D echo.
Vitals stable

Plan of discharge is not known at this time.


**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 07/27/2023 10:14

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 07/26/2023 10:40 | Provider: Sood, Ravi (MAT) MD | | Unit: S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT 1    Provider: Sood, Ravi (MAT) MD

Chief Complaint: CARDIAC

Subjective: The note by the RN including today's Cardiologist recommendation to refer to the hospital for further evaluation is reviewed.

The patient is 43 years old male.

Today, his BP is in normotensive range.

History as of clinical encounter as of 07/13/2023 is reviewed.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB where he was hospitalized for two days; in the interim: he has been complaint with his discharge medications including blood thinner medications and tolerates them; he is being counseled to avoid physical altercation as being on blood thinner medication.

In the interim: he was told by the hospital Cardiologist to try exercise after two weeks and gradually increase it; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his chest pain/exercise tolerance. Today, an EKG is obtained and compared with previous EKG.

Today, he presents FTD ER with persisting symptomatology - chesty pain and SOB. Today, an EKG is obtained and compared with previous EKG.

Plan of care
As per Cardiologist recommendation he is referred to ER at Deborah hospital for further evaluation.

Pain: Not Applicable

---

### OBJECTIVE:
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 98.2 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 82 | Radial | Regular | Sood, Ravi (MAT) MD |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | Sex: | M   Race: | WHITE | Facility: | FTD |
| Encounter Date: | 07/26/2023 10:40 | | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

| Date | Time | | Rate Per Minute | Provider | | |
|---|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | | 16 | Sood, Ravi (MAT) MD | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 114/75 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 100 | Room Air | | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 208.0 | 94.3 | | Sood, Ravi (MAT) MD |

**Exam comments**

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 29

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields: Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General: Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

| Inmate Name: DAWARA, IMAD | | | | Reg #: 69939-066 |
|---|---|---|---|---|
| Date of Birth: 10/12/1979 | Sex: | M | Race: WHITE | Facility: FTD |
| Encounter Date: 07/26/2023 10:40 | Provider: Sood, Ravi (MAT) MD | | | Unit: S02 |

Musculoskeletal:

Gait normal.

Presented to the clinic walking in no distress using no mechanical support such as cane.

## ASSESSMENT:

Chronic ischemic heart disease, I259 - Current

Non-ST elevation (NSTEMI) myocardial infarction, I214 - Current

Shortness of breath, R0602 - Current

## PLAN:

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 07/26/2023 | 07/26/2023 | Routine | No | |

Subtype:

Deborah Heart and Lung

Reason for Request:

The note by the RN including today's Cardiologist recommendation to refer to the hospital for further evaluation is reviewed.

The patient is 43 years old male.

Today, his BP is in normotensive range.

History as of clinical encounter as of 07/13/2023 is reviewed.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB where he was hospitalized for two days; in the interim: he has been complaint with his discharge medications including blood thinner medications and tolerates them; he is being counseled to avoid physical altercation as being on blood thinner medication.

In the interim: he was told by the hospital Cardiologist to try exercise after two weeks and gradually increase it; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his chest pain/exercise tolerance. Today, an EKG is obtained and compared with previous EKG.

Today, he presents FTD ER with persisting symptomatology - chesty pain and SOB. Today, an EKG is obtained and compared with previous EKG.

Plan of care
As per Cardiologist recommendation he is referred to ER at Deborah hospital for further evaluation.
Provisional Diagnosis:

CAD - Post stenting persisting chest pain SOB

## Disposition:

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex:     M     Race:   WHITE | Facility: FTD |
| Encounter Date: 07/26/2023 10:40 | Provider: Sood, Ravi (MAT) MD | Unit:     S02 |

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/26/2023 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Sood, Ravi (MAT) MD on 07/26/2023 10:53

**Deborah Heart and Lung Center**
**200 Trenton Road**
**Browns Mills, N.J. 08015-1799**
**(609)893-6611**

**Dept. 709**

DRMN:

Account Number: V00020770954          CPT Code: 93306
ADM OBSo

---

TRANSTHORACIC ECHOCARDIOGRAM REPORT

Patient Name: IMAD DAWARA Date of Exam: 7/27/2023
Medical Rec #: M000347675 Location:   Echo Lab
Accession #:  G0000974008 BP:          122/72 mmHg
Date of Birth: 10/12/1979 Age:    43 years Gender: M
Height:      172.72 cm Weight: 92.99 kg BSA:   2.07 m2

Indications:  Chest pain, unspecified - R07.9;          Diagnosis:
          Atherosclerotic heart disease of native
          coronary artery with unstable angina pectoris -
          I25.110
Sonographer:  TZ                          Fellow:    None
Ordering Phys: Kerry Lanigan MD                  Report CC'd: ,

Study Comments: Ultrasound contrast imaging agent was utilized for opacification of the left ventricular cavity and assessment of wall motion.
M-Mode: 2D: TL Doppler: Color Flow:
Key: S = Satisfactory; TL = Technically difficult and sub-optimal images; NP = Not performed

QUANTITATIVE DATA SUMMARY:
M-Mode Measurements: Left Ventricle: Data  Normal
LA:        3.50 cm
Ao:        3.60 cm
Right Ventricle: Data  Normal
TAPSE:        1.3 cm (>=1.7)

2D MEASUREMENTS:
Left Ventricle: Data  Normal
IVSd:      0.88 cm
LVPWd:      0.81 cm
LVIDd:      4.68 cm
LVIDs:      3.01 cm
LV FS:      35.7 %  (>30%)
LV EF:      65.2 %  (>50%)



1 of 4

Name: DAWARA,IMAD
Dept. 709
M.R.#: M000347675

Right Ventricle:  Data  Normal
RV S' Vmax     0.10 m/s

Aorta:      Data  Normal
Ao Sinus:  3.7 cm
Ao ST junct 3.6 cm
Asc Ao:    3.3 cm

LA Volumes:
LA Vol s, MOD A4C:    24.5 ml
LA Vol s, MOD A2C:    56.5 ml
LA Vol s, MOD BP:     37.8 ml
LA Vol s, MOD BP Indx: 18.30 ml/mï¿½

LV SYSTOLIC FUNCTION (MOD):
              Normal(M)  Normal(F)
EF-A4C View: 57.4 %
EF-A2C View: 63.3 %
LVEDV:     137.4 ml (<=74ml/m2) (<=61ml/m2)
LVESV:     53.6 ml  (<=31ml/m2) (<=24ml/m2)
EF-Biplane: 61.0 %

LV DIASTOLIC FUNCTION:
MV Peak E:    62.1 cm/s
MV Peak A:    72.8 cm/s
E/A Ratio:    0.9
Septal e':   7.7 cm/s
Septal a':   10.4 cm/s
Lateral e':  12.8 cm/s
Lateral a':  12.1 cm/s
Septal e'/a': 0.7
Lateral e'/a': 1.1
Septal E/e':  8.0
Lateral E/e': 4.9
E/e' avg:    6.4
MV Decel Time: 177 msec
LV IVRT:     111 msec
MV A Dur:    103 msec

MITRAL VALVE:

MV A dur: 103 msec

AORTIC VALVE:
AoV Max Vel:       1.10 m/s
AoV VTI:          20.9 cm
AoV Peak PG:       4.8 mmHg
AoV Mean PG:       3.0 mmHg
LVOT Max Vel:      1.05 m/s
LVOT VTI:         18.6 cm



2 of 4

Name: DAWARA, IMAD                                                Dept. 709
M.R.#: M000347675

---

LVOT Peak PG:        4 mmHg
LVOT Mean PG:        2.0 mmHg
LVOT Diameter:       2.05 cm
LV Stroke Volume Index: 29.71 ml/mï¿½
AoV Area, Vmax:      3.15 cmï¿½
AoV Area, VTI:       2.94 cmï¿½
AoV Area, Vmn:       2.98 cmï¿½
AoV Dimen Index:     0.89

PULMONIC VALVE:
PV Max Vel: 0.9 m/s
PV Max PG:  3.5 mmHg
PV Mean PG: 2.0 mmHg

FINDINGS:

Left Ventricle: Poorly visualized left ventricle. LV chamber size appears normal with overall normal myocardial thickness and systolic function. The apex was not well visualized. Left ventricular ejection fraction is estimated at 55 to 60%. Diastolic parameters imply normal diastolic function.

Left Atrium: Normal-appearing left atrium.

Right Ventricle: Grossly normal-appearing right ventricle with normal systolic function.

Right Atrium: Poorly visualized but normal-appearing right atrium.

Aortic Valve: Poorly visualized but normal-appearing, trileaflet aortic valve without stenosis or regurgitation.

Mitral Valve: Normal-appearing mitral valve leaflets without stenosis or regurgitation.

Tricuspid Valve: Normal-appearing tricuspid valve without stenosis or regurgitation.

Pulmonic Valve: Poorly visualized but normal-appearing pulmonic valve without stenosis or regurgitation.

Aorta: Poorly visualized. The aortic root is not dilated. The proximal portion of ascending thoracic aorta is measured at 3.3 cm.

Pulmonary Artery: The pulmonary artery was not well visualized. Peak pulmonary systolic pressure could not be accurately assessed.

Pericardium: Poorly visualized. No discrete pericardial effusion. Pericardial adipose tissue is noted.

CONCLUSIONS:
Technically suboptimal 2D echocardiogram.
1. Poorly visualized left ventricle. LV chamber size appears normal with overall normal myocardial thickness and systolic function. The apex was not well visualized. Left ventricular ejection fraction is estimated at 55 to 60%. Diastolic parameters imply normal diastolic function.
2. Normal-appearing right ventricle with normal systolic function.
3. Normal-appearing atria.



3 of 4

Name: DAWARA,IMAD                                                   Dept. 709
M.R.#: M000347675

---

4. No significant valvular abnormalities are appreciated_see above.
5. Peak pulmonary artery systolic pressure could not be accurately assessed.
6. Compared to previous report from June 2023 the apex was not clearly visualized and cannot exclude true apical hypokinesis on today's study, otherwise, no significant changes are appreciated.

David Altimore DO, FACC, FACOI.
Electronically signed by ALTIMORED David Altimore DO, FACC, FACOI
Signature Date/Time: 7/27/2023 at 12:18:50 PM


*** Final ***



# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 08/27/2023 15:21 | Provider: Plevritis-Ortiz, Alexandra | | Unit: S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  Plevritis-Ortiz, Alexandra RN

Chief Complaint:  Medical Trip Return
Subjective:  "I feel fine"
**Pain:**        No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 98.4 | 36.9 | | Plevritis-Ortiz, Alexandra RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 71 | | | Plevritis-Ortiz, Alexandra RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 16 | Plevritis-Ortiz, Alexandra RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 116/84 | | | | Plevritis-Ortiz, Alexandra RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 98 | | Plevritis-Ortiz, Alexandra RN |

Exam:
  General
    Affect
      Yes: Pleasant, Cooperative
  Skin
    General
      Yes: Dry, Skin Intact
  Pulmonary
    Observation/Inspection
      Yes: Within Normal Limits
  Cardiovascular
    Observation
      Yes: Within Normal Limits, Normal Rate

RECEIVED AT 8:30 NOV - 2 2023 CLERK, U.S. DISTRICT COURT, DNJ

| | | | |
|---|---|---|---|
| Inmate Name:  DAWARA, IMAD | | | Reg #:  69939-066 |
| Date of Birth:  10/12/1979 | Sex:    M    Race:  WHITE | | Facility:  FTD |
| Encounter Date: 08/27/2023 15:21 | Provider:  Plevritis-Ortiz, Alexandra | | Unit:     S02 |

### Abdomen

#### Inspection

Yes: Within Normal Limits

### Gastrointestinal

#### General

Yes: Within Normal Limits

## ASSESSMENT:

Condition Stable

43 y/o male seen by this writer this afternoon after returning from Deborah Hospital after hours on 8/26/23.

IM ambulated with this writer to health services after visiting with his family. IM was seen on compound and escorted to clinical area for evaluation. Presented as alert and oriented, skin warm and dry and no distress noted. IM reported feeling well, no chest pain, no shortness of breath, no acute issues presently. VS stable and noted in chart. IM was advised to stay at hospital by-hospital staff to undergo a stress test but refused because testing wouldn't have been completed until Monday or Tuesday this week, according to IM. IM is aware of future 2D echo appointment and cardiology follow up and felt was appropriate to return to facility and wait for future appointments.

IM was made aware to not ignore any chest pains and to report to health services immediately should he have any issues or concerns. IM was receptive to instructions. IM educated on medication compliance give cardiac history.

IM was released from health services and ambulated back to unit.

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 11/27/2023 | 11/27/2023 | Urgent | No | |

Subtype:

Deborah Heart and Lung

Reason for Request:

As per discharge instructions provided by Deborah inmate is to follow up for ongoing chest pain within 3-5 days. IM was sent to Deborah on 8/26/23 for acute chest pain. IM refused to stay at Deborah over the weekend to have a stress test sometime this week. Felt that it was more appropriate to return to facility and wait on upcoming pending appointments. Discharge instructions uploaded into BEMR for review.

Per MD note, Pt has a hx of unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. Pt was transferred to Deborah and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels. While hospitalized, he was observed to have non sustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated normal sinus rhythm with ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated diastolic dysfunction. Ejection fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the pt continues to do poorly. He has been complaining of shortness of breath on minimal exertion. There has been orthopnea and PND. He continues to have chest pressure/tightness with radiation to the neck, jaw and arms with increasing fatigue, tiredness and dizziness. IM had acute coronary syndrome mid-July with catheterization and stent placement. Since procedure

Provisional Diagnosis:

Per MD, Pt has a hx of unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. Pt was transferred to Deborah and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels. While hospitalized, he was

| | | | | |
|---|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: | FTD |
| Encounter Date: 08/27/2023 15:21 | Provider: Plevritis-Ortiz, Alexandra | | Unit: | S02 |

observed to have non sustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated normal sinus rhythm with ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated diastolic dysfunction. Ejection fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the pt continues to do poorly. He has been complaining of shortness of breath on minimal exertion. There has been orthopnea and PND. He continues to have chest pressure/tightness with radiation to the neck, jaw and arms with increasing fatigue, tiredness and dizziness.

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/27/2023 | Counseling | Access to Care | Plevritis-Ortiz, Alexandra | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes   **By:** Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**

Completed by Plevritis-Ortiz, Alexandra RN on 08/27/2023 15:50

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 08/26/2023 12:37 | Provider: O'Brien, William RN | | Unit: S02 |

Nursing - Protocol: Chest Pain/MI encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1      Provider:   O'Brien, William RN

Chief Complaint:   Chest Pain

Subjective:   IM reports to HSU with c/o chest pain and pressure into his neck. IM states it started this morning around 9am this morning and was unrelieved with nitroglycerin sublingual x1 dose.

**Pain:**       Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/26/2023 12:38 |
| Location: | Chest-Left |
| Quality of Pain: | Stabbing |
| Pain Scale: | 8 |
| Intervention: | None |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Hours |
| Duration: | <30 Minutes |
| Exacerbating Factors: | None |
| Relieving Factors: | None |
| Reason Not Done: | |
| Comments: | IM stated he took nitro tab around 9 am when symptoms began with no relief. |

**ROS:**

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Chest pain (Describe: Sharp stabbing pain to left side of chest.), Dizziness, History of HTN or cardiac disease (Describe: NSTEMI hx.), Allergies & health problems reviewed, Medications (prescription and OTC) reviewed

No: Nausea/vomiting, Feeling of impending doom, History of sexual enhancement drugs

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 97.8 | 36.6 | | O'Brien, William RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 71 | | | O'Brien, William RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | | Sex: | M | Race: WHITE | | Facility: | FTD |
| Encounter Date: | 08/26/2023 12:37 | | | Provider: | O'Brien, William RN | | | Unit: | S02 |

| Date | Time | | Rate Per Minute | Provider | | |
|---|---|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | | | 18 O'Brien, William RN | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 126/87 | | | | O'Brien, William RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 08/26/2023 | 12:45 FTD | 125 | Random | | O'Brien, William RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 99 | | O'Brien, William RN |

**Exam:**

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Vital Signs w/O2 sat recorded in flowsheet, Lung sounds clear bilaterally, Adequate respiratory effort, Auscultated heart rate and rhythm (Describe: Within normal limits.), 12 lead ECG completed, Adequate capillary refill, Normal skin color, Normal skin temperature, Blood glucose recorded in flowsheet

No: Presence of edema, Diaphoretic, Supplemental oxygen applied, IV Access obtained

**ASSESSMENT:**

Pain - Chest

IM reports to HSU ambulating on his own from chow with c/o chest pain described as stabbing to left chest 8/10, pressure to his neck, dizziness, and shortness of breath worsening with exertion. IM states the symptoms started around 0900h this morning and he took NTG tab x1 dose with no relief of symptoms. IM then went to chow around 1215pm, and symptoms worsened, and he reported to HSU. MD on call notified and symptoms and findings discussed. IM has a recent Hx of a NONSTEMI with stent placement around 8/16/23.

Assessment:
-EKG performed and NSR noted.

-Orthostatic VS as follows:
LYING- 126/87 HR 71
SITTING- 121/86 HR 84
STANDING- 117/82 HR 85

Plan:
-Send IM to outside hospital ER for further evaluation per on call MD.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 08/26/2023 | 08/26/2023 | Emergent | No | |

Subtype:

Deborah Heart and Lung

Reason for Request:

CHEST PAIN RADIATING TO NECK WITH HX OF NONSTEMI AND STENT PLACEMENT 8/16/23.

IM reports to HSU ambulating on his own from chow with c/o chest pain described as stabbing to left chest

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | | Facility: | FTD |
| Encounter Date: | 08/26/2023 12:37 | Provider: | O'Brien, William RN | | | Unit: | S02 |

8/10, pressure to his neck, dizziness, and shortness of breath worsening with exertion. IM states the symptoms started around 0900h this morning and he took NTG tab x1 dose with no relief of symptoms. IM then went to chow around 1215pm, and symptoms worsened, and he reported to HSU. MD on call notified and symptoms and findings discussed. IM has a recent Hx of a NONSTEMI with stent placement around 8/16/23.

Assessment:
-EKG performed and NSR noted.

-Orthostatic VS as follows:
LYING- 126/87 HR 71
SITTING- 121/86 HR 84
STANDING- 117/82 HR 85

Plan:
-Send IM to outside hospital ER for further evaluation per on call MD.

**Disposition:**

Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| 08/26/2023 | Counseling | Access to Care | O'Brien, William | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Patel, Pradip (MAT) MD
**Telephone or Verbal order read back and verified.**

Completed by O'Brien, William RN on 08/26/2023 12:59
Requested to be cosigned by Patel, Pradip (MAT) MD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Sood, Ravi (MAT) MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M    Race:  WHITE | Facility: | FTD |
| Encounter Date: | 08/21/2023 13:09 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

Physician - Follow up Visit encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT   1        Provider:   Sood, Ravi (MAT) MD

Chief Complaint:   CARDIAC

Subjective:     The patient is 43 years old male. He presents to the chronic care clinic for routine follow up
and renewal of his medications- chart review and on his hospitalization and for an evaluation
for RIS.

He had recent placement of coronary artery stents. On 08/16/2023 he was sent to ER at
Deborah Hospital for SOB and chest pain. He was hospitalized there. Hospital discharge
papers are reviewed. As per patient he underwent cardiac stress test. I do not see its report
on BEMR. in the interim: he has chest discomfort and SOB when he is in the hot environment.
He has started taking the Ranolazine with no problems. Approval of Its non-formulary request
is pending. The Pharmacist is contacted, and he is provided with the more pills until its
approval.

He refuses for the resumption of his mental health medications - Remeron and Buspar and
psychotropic pain medication -Duloxetine, which are being offered to him. He attributes this
refusal to that the Cardiologist recommended to stop these medications. Cardiologist
consultation as of 07/26/2023 is reviewed and his recommendation were discussed with him.

Medications: he is compliant with his medications and tolerates them; OTC medications: one;
he is being apprised of the side effects of the medications; GI bleed/black colored stools, and
renal surgery are one of the side effects of the ibuprofen.

Exercise: yes; Watchful of his diet: yes; Weight: 205 LBS c.f. 175 LBS as of 03/02/2020. He is
being counseled for healthy lifestyle changes including weight reduction by cutting back on
calories.

His lab work up is reviewed with him.

07/10/2023
S Cr., GFR WNL
AST/ALT WNL
CH 102, TG 88, HDL 28, LDL 56
TSH WNL
HB%, WBC, PLT WNL
A1C 5.8

Pain:            Not Applicable

---

### OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/21/2023 | 13:08 FTD | 98.4 | 36.9 | Tympanic | Sood, Ravi (MAT) MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 08/21/2023 13:09 | | | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|------|------|--|-----------------|----------|--|--------|----------|
| 08/21/2023 | 13:08 FTD | | 54 | Radial | | Regular | Sood, Ravi (MAT) MD |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|------|------|--|-----------------|----------|
| 08/21/2023 | 13:08 FTD | | 16 | Sood, Ravi (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/21/2023 | 13:08 FTD | 95/65 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/21/2023 | 13:08 FTD | 98 | Room Air | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|----|-----------------|----------|
| 08/21/2023 | 13:08 FTD | 205.0 | 93.0 | | Sood, Ravi (MAT) MD |

## Exam Comments

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 28.6

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields: Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General: Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
|---|---|---|
| Date of Birth: 10/12/1979 | Sex:    M    Race: WHITE | Facility: FTD |
| Encounter Date: 08/21/2023 13:09 | Provider: Sood, Ravi (MAT) MD | Unit:    S02 |

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

Musculoskeletal:

Presented to the clinic walking in no distress using no mechanical support such as cane.

Right little toe amputation.

ROM full, Neurovascular functions intact in rest of extremities.

## ASSESSMENT:

Angina pectoris, unspecified, I209 - Current

Body mass index (BMI) 28.0-28.9, adult, Z6828 - Current

Calculus of kidney, N200 - Current

Chronic ischemic heart disease, I259 - Current

Dizziness and giddiness, R42 - Current

HCV Negative, Z1159-HCV - Current

Hyperlipidemia, unspecified, E785 - Current

Hypothyroidism, E039 - Current

Mental disorder, not otherwise specified, F99 - Current

Negative Test: HIV, Human immunodeficiency virus, Z717 - Current

Non-ST elevation (NSTEMI) myocardial infarction, I214 - Current

Shortness of breath, R0602 - Current

Unspecified glaucoma, H409 - Current

Vitamin D deficiency, E559 - Current

Unspecified Anxiety Disorder, F41.9 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 603252-FTD | Aspirin 81 MG EC Tab | 08/21/2023 13:09 |
| | **Prescriber Order:**   Take one tablet (81 MG) by mouth each day x 365 day(s) | |
| | Indication: Non-ST elevation (NSTEMI) myocardial infarction | |
| 603255-FTD | Clopidogrel Bisulfate 75 MG Tab | 08/21/2023 13:09 |
| | **Prescriber Order:**   Take one tablet (75 MG) by mouth each day x 180 day(s) | |
| | Indication: Tachycardia, unspecified | |
| 603257-FTD | Metoprolol Tartrate 50 MG Tab | 08/21/2023 13:09 |
| | **Prescriber Order:**   Take one tablet (50 MG) by mouth twice daily x 365 day(s) | |
| | Indication: Tachycardia, unspecified | |
| 603259-FTD | Nitroglycerin SL 0.4 MG Tab [25 count] | 08/21/2023 13:09 |

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | | Facility: | FTD |
| Encounter Date: | 08/21/2023 13:09 | Provider: | | Sood, Ravi (MAT) MD | | Unit: | S02 |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** | Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff x 180 day(s) |
| | Indication: | Non-ST elevation (NSTEMI) myocardial infarction |

## Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 603258-FTD | Mirtazapine 45 MG Tab | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one tablet (45 MG) by mouth each evening *consent form on file * |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | Patient Refused |
| | Indication: | . |
| 603256-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take three capsules (90 MG) by mouth each evening for pain |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | Patient Refused |
| | Indication: | |
| 603254-FTD | busPIRone 15 MG TAB | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one tablet (15 MG) by mouth twice daily *consent form on file * |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | new order written |
| | Indication: | |
| 603271-FTD | Tamsulosin HCl 0.4 MG Cap | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one capsule (0.4 MG) by mouth each day |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | status change |
| | Indication: | |
| 601235-FTD | Isosorbide Mononitrate ER 30 MG 24 hour Tab | 08/21/2023 13:09 |
| | **Prescriber Order:** | Take one tablet (30 MG) by mouth twice daily |
| | Discontinue Type: | When Pharmacy Processes |
| | Discontinue Reason: | new order written |
| | Indication: | |

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 01/29/2024 00:00 | Physician 04 |
| Routine follow up. | | |

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 08/21/2023 13:09 | Provider: Sood, Ravi (MAT) MD | Unit: S02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/21/2023 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

He is being counseled for dietary modifications (reduction in calories: 500 to 750 calories deficit/day, intermittent energy restriction, restriction of simple carbohydrates, saturated fat, and sodium/sugar intake); exercise (150 minutes of moderate exercise per week); medications side effects; diabetes mellitus management; foot care; safety and injury prevention; preventive health; compliance of treatment. Also, plan of care is being discussed. He verbalizes understanding.  He is being counseled about hand /respiratory hygiene, protection barrier- wearing of facial mask, social distancing

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 08/21/2023 15:23

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M    Race: WHITE | Facility: | FTD |
| Note Date: | 08/18/2023 08:56 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**     Provider:   Sood, Ravi (MAT) MD

    The discharge papers are reviewed; his medication reconciliation is done Ranolazine is added.

**ASSESSMENTS:**

Angina pectoris, unspecified, I209 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ranolazine ER 12 Hour Tablet | 08/18/2023 08:56 |

    **Prescriber Order:**    500 mg  Orally -  Two Times a Day x 180 day(s)

    Indication:  Non-ST elevation (NSTEMI) myocardial infarction, Chronic ischemic heart disease, Angina pectoris, unspecified

    Non-Formulary was created for this drug

| | | |
|---|---|---|
| | busPIRone Tablet | 08/18/2023 08:56 |

    **Prescriber Order:**    15 mg  Orally -  Two Times a Day x 180 day(s)

    Indication:  Unspecified Anxiety Disorder, Mental disorder, not otherwise specified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 599906-FTD | Aspirin 81 MG EC Tab | 08/18/2023 08:56 |

    **Prescriber Order:**    Take one tablet (81 MG) by mouth each day x 365 day(s)

    Indication:  Non-ST elevation (NSTEMI) myocardial infarction

| 599907-FTD | Atorvastatin 80 MG TAB | 08/18/2023 08:56 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (80 MG) by mouth every night at bedtime x 180 day(s)

    Indication:  Hyperlipidemia, unspecified

| 599924-FTD | Clopidogrel Bisulfate 75 MG Tab | 08/18/2023 08:56 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (75 MG) by mouth each day x 180 day(s)

    Indication:  Tachycardia, unspecified

| 599926-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | 08/18/2023 08:56 |
|---|---|---|

    **Prescriber Order:**    Take three capsules (90 MG) by mouth each evening for pain x 180 day(s)

    Indication:  Calculus of kidney

| 599911-FTD | Metoprolol Tartrate  50 MG Tab | 08/18/2023 08:56 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (50 MG) by mouth twice daily x 365 day(s)

    Indication:  Tachycardia, unspecified

| 599908-FTD | Mirtazapine 45 MG Tab | 08/18/2023 08:56 |
|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/18/2023 08:56 | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** Take one tablet (45 MG) by mouth each evening *consent form on file * x 180 day(s) | |
| | Indication: Unspecified Anxiety Disorder, Mental disorder, not otherwise specified | |
| 599909-FTD | Nitroglycerin SL 0.4 MG Tab [25 count] | 08/18/2023 08:56 |
| | **Prescriber Order:** Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff x 180 day(s) | |
| | Indication: Non-ST elevation (NSTEMI) myocardial infarction | |
| 599910-FTD | Tamsulosin HCl 0.4 MG Cap | 08/18/2023 08:56 |
| | **Prescriber Order:** Take one capsule (0.4 MG) by mouth each day x 180 day(s) | |
| | Indication: Calculus of kidney | |

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 08/18/2023 09:03

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/18/2023 08:53 | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1      Provider:   Sood, Ravi (MAT) MD

       Post hospitalization medical trip note by the RN is reviewed; he is being scheduled in the clinic,


Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 08/28/2023 00:00 | Physician 04 |
| follow up on his hospitalization | | |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 08/18/2023 08:55

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 08/17/2023 19:51 | Provider: Orapello, Brian RN | Unit: S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1         Provider: Orapello, Brian RN

Chief Complaint:   Other Problem
Subjective:   Inmate is a trip return from Deborah heart and Lung hospital
**Pain:**      No

---

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Face**

**General**

Yes: Symmetric

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

**Genitourinary**

**General**

Yes: Within Normal Limits

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**ASSESSMENT:**

Other

Inmate is a trip return from Deborah Hosp.  AAOx3. Ambulatory under own power. In no apparent distress at this time.
VS stable.

Discharge Diagnosis:
Non-cardiac chest pain

Plan:

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 08/17/2023 19:51 | Provider: Orapello, Brian RN | | Unit: S02 |

Recommended by ER Physician: Ranolazine 500mg bid
Referred to Primary physician.


Paperwork to be scanned into BEMR

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/17/2023 | Counseling | Access to Care | Orapello, Brian | Verbalizes Understanding |
| 08/17/2023 | Counseling | Plan of Care | Orapello, Brian | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Sood, Ravi (MAT) MD
**Telephone or Verbal order read back and verified.**

Completed by Orapello, Brian RN on 08/17/2023 19:55
Requested to be cosigned by Sood, Ravi (MAT) MD.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | | | |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | | Facility: | FTD |
| Note Date: | 08/17/2023 15:43 | Provider: | | Sood, Ravi (MAT) MD | | Unit: | S02 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**         Provider:   Sood, Ravi (MAT) MD

The patient is 43 years old male. He had recent placement of coronary artery stents. on 08/16/2023 he was sent to ER at Deborah Hospital for SOB and chest pain.

I called the hospital. I am awaiting response from the Nurse.


**Copay Required:** No         **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 08/17/2023 15:48

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 08/16/2023 10:50 | Provider: Plevritis-Ortiz, Alexandra | Unit: S02 |

Emergency - Chest pain encounter performed at Health Services.

### SUBJECTIVE:

COMPLAINT   1      Provider: Plevritis-Ortiz, Alexandra RN

Chief Complaint:   Chest Pain
Subjective:   Chest pain
**Pain:**      Not Applicable

### OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 98.2 | 36.8 | | Plevritis-Ortiz, Alexandra RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 91 | | | Plevritis-Ortiz, Alexandra RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 30 | Plevritis-Ortiz, Alexandra RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 110/72 | | | | Plevritis-Ortiz, Alexandra RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/16/2023 | 10:51 FTD | 100 | Room Air | Plevritis-Ortiz, Alexandra RN |

**Exam:**

**General**
  **Affect**
    Yes: Anxious
  **Appearance**
    Yes: Appears Distressed
**Skin**
  **General**
    Yes: Clammy, Diaphoretic

### ASSESSMENT:

Other

Call from LT for Medical Emergency housing unit 5852 common room. Reported as inmate unresponsive appears to be chest pain.

| Inmate Name: DAWARA, IMAD | | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | | Facility: FTD |
| Encounter Date: 08/16/2023 10:50 | Provider: Plevritis-Ortiz, Alexandra | | | Unit: S02 |

HSU staff arrived in unit to find inmate Dawara #69939-066 laying supine on the the floor, alert and responsive. Clenching chest, moaning, not answering medical staff questions.

Pulse oxygen 98% on room air.

Transferred to stretcher and brought to HSU for further evaluation.

Inmate continues to moan, reports SOB and chest pain to no specific area. Appears very anxious in nature with elevated respirations.

EKG performed, NSR, Reviewed by Dr. Sood. Scanned into inmate chart.

20g Left AC started.

Nitro @ 10:50am VS noted in flow sheets, no change in pain
Nitro @ 10:55am VS noted in flow sheets, no change in pain
10:56am ASA 81mg x 3 tabs given
Nitro @11:03am VS noted in flow sheets, no change in pain

Decision to send to Emergency for: chest pain, acute coronary syndrome, shortness of breath.

**PLAN:**

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Emergency Room | 08/16/2023 | 08/16/2023 | Emergent | No | |

Subtype:

    Deborah Heart and Lung

Reason for Request:

    Call from LT for Medical Emergency housing unit 5852 common room. Reported as inmate unresponsive appears to be chest pain.

    HSU staff arrived in unit to find inmate Dawara #69939-066 laying supine on the the floor, alert and responsive. Clenching chest, moaning, not answering medical staff questions.

    Pulse oxygen 98% on room air.

    Transferred to stretcher and brought to HSU for further evaluation.

    Inmate continues to moan, reports SOB and chest pain to no specific area. Appears very anxious in nature with elevated respirations.

    EKG performed, NSR, Reviewed by Dr. Sood. Scanned into inmate chart.

    20g Left AC started.

    Nitro @ 10:50am VS noted in flow sheets, no change in pain
    Nitro @ 10:55am VS noted in flow sheets, no change in pain
    10:56am ASA 81mg x 3 tabs given
    Nitro @11:03am VS noted in flow sheets, no change in pain

Provisional Diagnosis:

    Decision to send to Emergency for: chest pain, acute coronary syndrome, shortness of breath.

| | | | |
|---|---|---|---|
| Inmate Name:   DAWARA, IMAD | | Reg #:   69939-066 | |
| Date of Birth:   10/12/1979 | Sex:   M   Race:   WHITE | Facility:   FTD | |
| Encounter Date:   08/16/2023 10:50 | Provider:   Plevritis-Ortiz, Alexandra | Unit:   S02 | |

**Disposition:**

    Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/16/2023 | Counseling | Plan of Care | Plevritis-Ortiz,<br>Alexandra | Verbalizes<br>Understanding |

    send to hospital for evaluation

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:**   Yes    **By:**   Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**

Completed by Plevritis-Ortiz, Alexandra RN on 08/16/2023 11:06

Requested to be cosigned by  Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/07/2023 13:17 | Provider: | Pugliese, Nicole RN | | Unit: | S02 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Pugliese, Nicole RN

Cardiology consult 7/26/2023 by Dr. Caplan

Assessment:
1) Angina, Unstable
persistent symptomatology despite recent drug-eluting stents to the circumflex and LAD. Because of the worsening symptoms including shortness of breath, chest pains radiating to the jaw and palpitations/lightheadedness, I have asked the patient to be transferred to the hospital for further evaluation.
2) S/P PTCA
DES x2, DHL; drug-eluting stents to the mid LAD as well as circumflex vessels.
3) Renal calculi
4) Atherosclerosis of coronary artery of native heart with angina pectoris
Atherosclerotic heart disease of native coronary artery with unspecified angina pectoris
5) Dizziness
cannot rule out ventricular arrhythmias.
6) Palpitations
Concern for ventricular arrhythmias. I am requesting patient be transferred to the hospital though, regardless, metoprolol should be titrated up as well as at least 24-hour Holter monitoring.

Refer to PCPMD note in Bemr, PCPMD was made aware at time of visit of Cardiologist Recommending Patient be transferred to the hospital for further evaluation and care.

Follow-up after procedure
Follow-up in 6 months

Dictation to be scanned into document manager for MD.

Any additional Order's to be entered as MD see fit.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 01/26/2024 | 01/26/2024 | Routine | No | |

Subtype:

Follow Up Evaluation

Reason for Request:

For: Cardiology 6-month follow-up

Reason: As per Cardiology consult 7/26/2023 by Dr. Caplan, 43 y/o male. Pt has a hx of unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. Pt was transferred to Deborah and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels. While hospitalized, he was observed to have non sustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated normal sinus rhythm with

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 08/07/2023 13:17 | Provider: | | Pugliese, Nicole RN | Unit: | S02 |

ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated diastolic dysfunction. Ejection fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the pt continues to do poorly. He has been complaining of shortness of breath on minimal exertion. There has been orthopnea and PND. He continues to have chest pressure/tightness with radiation to the neck, jaw and arms with increasing fatigue, tiredness and dizziness. He needs immediate attention by being transferred to Deborah heart and lung for further care.

Assessment:

1) Angina

persistent symptomatology despite recent drug-eluting stents to the circumflex and LAD. Because of the worsening symptoms including shortness of breath, chest pains radiating to the jaw and palpitations/lightheadedness, I have asked the patient to be transferred to the hospital for further evaluation.

2) S/P PTCA

3) Renal calculi

4) Atherosclerosis of coronary artery of native heart with angina pectoris

Atherosclerotic heart disease of native coronary artery with unspecified angina pectoris

5) Dizziness

6) Palpitations

Concern for ventricular arrhythmias. Pt be transferred to the hospital though, regardless, metoprolol should be titrated up as well as at least 24-hour Holter monitoring.

Follow-up after procedure

Follow-up in 6 months

Provisional Diagnosis:

unstable angina/non-ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. Alcohol dependence, Anxiety, ASHD, Glaucoma, Hyperlipidemia, Hypothyroidism, Old myocardial infarction, Peripheral vertigo, Renal calculi, S/P PTCA, Substance abuse.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes     **By:**  Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**

Completed by Pugliese, Nicole RN on 08/07/2023 13:48

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M    Race: WHITE | Facility: | FTD |
| Note Date: | 08/04/2023 12:37 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Sood, Ravi (MAT) MD

The clinical note by the PA is reviewed; the Isosorbide was added by the Cardiologist for angina-chest pain, but he is intolerant to this medication; in the interim: his angina is in remission; thus, existing current medication regimen including metoprolol, a beta- blocker is continued. His follow up with Cardiologist is pending. He was advised to return to the health services immediately in case of chest pain or new symptoms.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 08/04/2023 12:47

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 08/04/2023 09:14 | Provider: Ibe, Chigozie PA-C | | Unit: S02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1    Provider: Ibe, Chigozie PA-C

Chief Complaint: CARDIAC

Subjective: 43 y/o male with cardiac problems (Angina Pectoris). He was prescribed Isosorbide ER 30 mg BID by his PCPT MD but the patient takes is once daily and said he takes it so, because that was what his outside Cardiologist recommended for him. He initially c/o severe headaches with that medication and requested for an alternative. This was discussed with the PCPT MD who suggested to get a refusal form from the patient but make sure he has sublingual Nitroglycerin ordered for him. The patient was advised there is no other substitute for Isosorbide. He said he will continue to take it once daily but will never refuse the Isosorbide. Thye patient does have Nitroglycerin sublingual 0.4 prn. He denied chest pain.

Pain: Yes

### Pain Assessment

| | |
|---|---|
| Date: | 08/04/2023 09:20 |
| Location: | Head |
| Quality of Pain: | Aching |
| Pain Scale: | 1 |
| Intervention: | evaluate |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | ADLs, medication side effect. |
| Relieving Factors: | Rest |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/04/2023 | 09:29 FTD | 98.1 | 36.7 | Oral | Ibe, Chigozie PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/04/2023 | 09:29 FTD | 68 | Via Machine | Regular | Ibe, Chigozie PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/04/2023 | 09:29 FTD | 18 | Ibe, Chigozie PA-C |

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 08/04/2023 09:14 | | Provider: | Ibe, Chigozie PA-C | | Unit: | S02 |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/04/2023 | 09:29 FTD | 103/78 | Left Arm | Sitting | Adult-large | Ibe, Chigozie PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/04/2023 | 09:29 FTD | 100 | Room Air | Ibe, Chigozie PA-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 08/04/2023 | 09:29 FTD | 71.0 | 180.3 | Ibe, Chigozie PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/04/2023 | 09:29 FTD | 200.0 | 90.7 | | Ibe, Chigozie PA-C |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

No: Appears Distressed

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

No: Warmth, Clammy, Cool, Diaphoretic

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

**Auscultation**

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds

No: Egophony, Tactile Fremitus, Whispered Pectoriloquy, Bronchophony

**ASSESSMENT:**

Chest pain, unspecified, R079 - Remission

Shortness of breath, R0602 - Remission

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

The patient is advised to increase water intakes and reduce caffein intakes. Continue with the current medication treatment.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|

| Inmate Name: DAWARA, IMAD<br>Date of Birth: 10/12/1979<br>Encounter Date: 08/04/2023 09:14 | Sex:      M      Race: WHITE<br>Provider: Ibe, Chigozie PA-C | Reg #:   69939-066<br>Facility: FTD<br>Unit:      S02 | |
|---|---|---|---|
| Date Initiated  Format<br>08/04/2023    Counseling | Handout/Topic<br>Access to Care | Provider<br>Ibe, Chigozie | Outcome<br>Verbalizes<br>Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ibe, Chigozie PA-C on 08/04/2023 09:42

Requested to be reviewed by Sood, Ravi (MAT) MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 07/28/2023 08:08 | | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Sood, Ravi (MAT) MD
        His medication reconciliation is done


**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Isosorbide Mononitrate ER 24 hour Tablet | 07/28/2023 08:08 |

    **Prescriber Order:**    30 mg  Orally -   Two Times a Day x 180 day(s)

    Indication:  Non-ST elevation (NSTEMI) myocardial infarction, Chronic ischemic heart disease

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | *Isosorbide Mononitrate ER 24 hour Tablet* | *07/28/2023 08:08* |

    **Prescriber Order:**    *30mg  Orally -   daily x 30 day(s)*

    Discontinue Type:    *When Pharmacy Processes*

    Discontinue Reason:  *new order written*

    Indication:


**Copay Required:** No             **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 07/28/2023 08:10

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex:  M  Race:  WHITE | Facility: | FTD |
| Encounter Date: | 07/27/2023 19:56 | Provider:  Martz, Stephanie RN | Unit: | S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**        Provider:  Martz, Stephanie RN

Chief Complaint:   Medical Trip Return
Subjective:   inmate returned after hours s/p medical trip return
**Pain:**        Not Applicable

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 98.0 | 36.7 | | Martz, Stephanie RN |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 101 | | | Martz, Stephanie RN |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 18 | Martz, Stephanie RN |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/27/2023 | 19:56 FTD | 99 | Room Air | Martz, Stephanie RN |

## ASSESSMENT:

No Significant Findings/No Apparent Distress
inmate started on isosorbide mononitrate 30mg

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Isosorbide Mononitrate ER 24 hour Tablet | 07/27/2023 19:56 |
| | **Prescriber Order:**   30mg  Orally -  daily x 30 day(s) | |

### Disposition:

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: DAWARA, IMAD<br>Date of Birth: 10/12/1979<br>Encounter Date: 07/27/2023 19:56 | Sex:   M   Race: WHITE<br>Provider: Martz, Stephanie RN | Reg #: 69939-066<br>Facility: FTD<br>Unit:   S02 |
|---|---|---|

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2023 | Counseling | Access to Care | Martz, Stephanie | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Sood, Ravi (MAT) MD

**Telephone or Verbal order read back and verified.**

Completed by Martz, Stephanie RN on 07/27/2023 19:59

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 07/27/2023 10:08 | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Sood, Ravi (MAT) MD

The patient is 43 years old male. He had recent placement of coronary artery stents. On 07/26/2026 he was sent to ER at Deborah Hospital for SOB and chest pain as per Cardiologist recommendation.

His troponins, D -Dimer and CXR are negative; today, he is posted for cardiac stress test and cardiac 2 D echo.
Vitals stable

Plan of discharge is not known at this time.


**Copay Required:** No           **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 07/27/2023 10:14

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: FTD |
| Encounter Date: 07/26/2023 10:40 | Provider: Sood, Ravi (MAT) MD | Unit: S02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Sood, Ravi (MAT) MD

Chief Complaint:  CARDIAC

Subjective:     The note by the RN including today's Cardiologist recommendation to refer to the hospital for further evaluation is reviewed.

The patient is 43 years old male.

Today, his BP is in normotensive range.

History as of clinical encounter as of 07/13/2023 is reviewed.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB where he was hospitalized for two days; in the interim: he has been complaint with his discharge medications including blood thinner medications and tolerates them; he is being counseled to avoid physical altercation as being on blood thinner medication.

In the interim: he was told by the hospital Cardiologist to try exercise after two weeks and gradually increase it; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his chest pain/exercise tolerance. Today, an EKG is obtained and compared with previous EKG.

Today, he presents FTD ER with persisting symptomatology - chesty pain and SOB. Today, an EKG is obtained and compared with previous EKG.

Plan of care
As per Cardiologist recommendation he is referred to ER at Deborah hospital for further evaluation.

Pain:           Not Applicable

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 98.2 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/26/2023 | 10:45 FTD | 82 | Radial | Regular | Sood, Ravi (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

Inmate Name:   DAWARA, IMAD
Date of Birth:    10/12/1979                                   Sex:      M     Race:  WHITE          Reg #:     69939-066
Encounter Date: 07/26/2023 10:40                       Provider:  Sood, Ravi (MAT) MD    Facility:   FTD
                                                                                                                      Unit:       S02

| Date | Time | | Rate Per Minute Provider | | | |
|------|------|--|--------------------------|--|--|--|
| 07/26/2023 | 10:45 FTD | | 16 Sood, Ravi (MAT) MD | | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 07/26/2023 | 10:45 FTD | 114/75 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|------|------|----------|-----|--|----------|
| 07/26/2023 | 10:45 FTD | 100 | Room Air | | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 07/26/2023 | 10:45 FTD | 208.0 | 94.3 | | Sood, Ravi (MAT) MD |

**Exam comments**

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 29

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields:  Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General:  Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
|---|---|---|---|
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 07/26/2023 10:40 | Provider: Sood, Ravi (MAT) MD | | Unit: S02 |

Musculoskeletal:

Gait normal.

Presented to the clinic walking in no distress using no mechanical support such as cane.

**ASSESSMENT:**

Chronic ischemic heart disease, I259 - Current

Non-ST elevation (NSTEMI) myocardial infarction, I214 - Current

Shortness of breath, R0602 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 07/26/2023 | 07/26/2023 | Routine | No | |

Subtype:

Deborah Heart and Lung

Reason for Request:

The note by the RN including today's Cardiologist recommendation to refer to the hospital for further evaluation is reviewed.

The patient is 43 years old male.

Today, his BP is in normotensive range.

History as of clinical encounter as of 07/13/2023 is reviewed.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB where he was hospitalized for two days; in the interim: he has been complaint with his discharge medications including blood thinner medications and tolerates them; he is being counseled to avoid physical altercation as being on blood thinner medication.

In the interim: he was told by the hospital Cardiologist to try exercise after two weeks and gradually increase it; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his chest pain/exercise tolerance. Today, an EKG is obtained and compared with previous EKG.

Today, he presents FTD ER with persisting symptomatology - chesty pain and SOB. Today, an EKG is obtained and compared with previous EKG.

Plan of care
As per Cardiologist recommendation he is referred to ER at Deborah hospital for further evaluation.

Provisional Diagnosis:

CAD - Post stenting persisting chest pain SOB

**Disposition:**

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex:    M    Race: WHITE | Facility: FTD |
| Encounter Date: 07/26/2023 10:40 | Provider: Sood, Ravi (MAT) MD | Unit:    S02 |

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/26/2023 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 07/26/2023 10:53

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 07/26/2023 09:59 | Provider: | Plevritis-Ortiz, Alexandra | Unit: | | S02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Plevritis-Ortiz, Alexandra RN

IM was seen by Cardiology via tele health for ongoing complaints of shortness of breath and chest tightness with dizziness, post catheterization with stent placements. Consultations  placed post catheterization for follow up imaging and offsite procedures that are currently pending.

IM was advised by Dr.  Caplan that he should be re-evaluated and sent back to the ED for further testing. IM on meclizine and MD believes that medicine can be contributing to unwanted symptoms.

Dr. Sood made aware of Cardiology recommendations.


**Copay Required:** No                 **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Plevritis-Ortiz, Alexandra RN on 07/26/2023 10:27

Requested to be cosigned by  Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA. IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M    Race:   WHITE | Facility: FTD |
| Encounter Date: | 07/19/2023 13:52 | Provider: | Ahmedi, F. (MAT) DO | Unit:    S02 |

Physician - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1     Provider:  Ahmedi, F. (MAT) DO

Chief Complaint:   GENERAL

Subjective:     43yo male with PMHX of CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary
arteries on 06/11/2023 at Deborah Hospital presents today with the sensation that he canot breath. He was saturating 100% on room air and was feeling a sensation that he cannot breath. He also complained of left sided chest pain whic is reproducible and has going on from this morning.  Nitro did not releave his pain.  IM was recently taken to the hospital for the same symptoms on 6/20/23 a in the ED to r/o PE and an MI.  His work up was negative and was sent back.
He was given clonazepam because he seemed anxious.  He started to feel better with his breathing.
will follow up with PCPT

Pain:          No

---

## ROS:

### General

#### Constitutional Symptoms

No: Anorexia, Chills, Fatigue, Fever

### Cardiovascular

#### General

Yes: Within Normal Limits

No: Cough, Edema

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

No: Cough - Dry, DOE

### GI

#### General

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Blood in Stools, Constipation, Diarrhea

### Neurological

#### Autonomic System

Yes: Within Normal Limits

No: Syncope

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/19/2023 | 11:40 FTD | 98.0 | 36.7 | | Newbury, R. RN |

| Inmate Name: | DAWARA, IMAD | | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 07/19/2023 13:52 | | | Provider: Ahmedi, F. (MAT) DO | | | Unit: | S02 |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 07/19/2023 | 11:40 FTD | | 82 | | | Newbury, R. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/19/2023 | 11:40 FTD | 18 | Newbury, R. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/19/2023 | 11:40 FTD | 106/74 | | | | Newbury, R. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/19/2023 | 11:40 FTD | 99 | Room Air | Newbury, R. RN |

**Exam Comments**

General: WD/WN white male
Head: General: Atraumatic/Normocephalic
Face: General: Symmetric
Neck: General: Supple
Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi no wheezing
Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR). Normal S1 and S2
Abdomen: Palpation: Soft; No Tenderness on Palpation, No Mass(es). NBS
Neurologic: grossly intact, non focal, normal gait unaided

**ASSESSMENT:**

Hyperlipidemia, unspecified, E785 - Current

Shortness of breath, R0602 - Current

Shortness of breath, R0602 - Current

**PLAN:**

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/20/2023 | Counseling | Access to Care | Ahmedi, F. | Verbalizes Understanding |
| 07/20/2023 | Counseling | Compliance - Treatment | Ahmedi, F. | Verbalizes Understanding |
| 07/20/2023 | Counseling | Exercise | Ahmedi, F. | Verbalizes Understanding |
| 07/20/2023 | Counseling | Plan of Care | Ahmedi, F. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M    Race: WHITE | Facility: | FTD |
| Note Date: | 07/19/2023 13:21 | Provider: | Orapello, Brian RN | Unit: | S02 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Orapello, Brian RN

Entering order per PCPT/MD for Clonazepam 0.5mg one dose.

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | clonazePAM Tablet | 07/19/2023 13:21 |

    **Prescriber Order:**     0.5 Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

    Start Now:  Yes

      Night Stock Rx#:

      Source:  Pyxis

      Admin Method:  Pill Line

      Stop Date:  07/19/2023 12:30

      MAR Label:  0.5 Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

      One Time Dose Given:  Given Now

**Copay Required:** No            **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes        **By:**  Ahmedi, F. (MAT) DO

**Telephone or Verbal order read back and verified.**


Completed by Orapello, Brian RN on 07/19/2023 13:23

Requested to be cosigned by  Ahmedi, F. (MAT) DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | | | |
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 07/19/2023 13:16 | | Provider: | | Newbury, R. RN | Unit: | S02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1        Provider:   Newbury, R. RN

    Requesting a chest xray for a pt complaining of chest pain.


**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 07/19/2023 | Today |

    Specific reason(s) for request (Complaints and findings):

        Requesting a chest xray for a pt complaining of chest pain.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   Yes      **By:**   Ahmedi, F. (MAT) DO

**Telephone or Verbal order read back and verified.**


Completed by Newbury, R. RN on 07/19/2023 13:18

Requested to be cosigned by  Ahmedi, F. (MAT) DO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | Facility: | FTD |
| Encounter Date: 07/13/2023 10:55 | Provider: Sood, Ravi (MAT) MD | Unit: | S02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Sood, Ravi (MAT) MD

Chief Complaint:   CARDIAC

Subjective:      The patient is 43 years old male. He presents to the chronic care clinic for routine follow up and renewal of his medications.

He states as follows.

He was incarcerated in 10/2019. He has been at FCI FTD since 07/07/2021. He anticipates his release on 07/21/2026.

Medical issues

High BMI

Today, his BP is in normotensive range.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB where he was hospitalized for two days; in the interim: he has been complaint with his discharge medications including blood thinner medications and tolerates them; he is being counseled to avoid physical altercation as being on blood thinner medication.

In the interim: he was told by the hospital Cardiologist to try exercise after two weeks and gradually increase it; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his chest pain/exercise tolerance. Today, an EKG is obtained and compared with previous EKG.

Hyperlipidemia: 10 years CV risk as of 07/10/2023 is 1.5%, HDL 28, LDL 56; on statin.

Continued on to other problem section.

**Pain:**        Not Applicable

---

COMPLAINT   **2**        Provider:   Sood, Ravi (MAT) MD

Chief Complaint:   Kidney Disease

Subjective:   Continued from cardiac section.

Chronic renal calculi, bilaterally since 2002; he had multiple surgeries -total of 17 surgeries; no open surgery; last surgery was in 05/2019 S/P cystoscopy stent placement and stone removal on left side: in the interim: intermittent renal colic; family history of renal calculus; brother, sister and mother; no family history of hyperparathyroidism or he had surgery for it or gout; last Urologist consultation was on 11/06/2020- recommended CT scan of abdomen CT scan of abdomen and pelvis as of 05/28/2021: normal kidneys, no hydronephrosis, bilateral non obstructing renal calculi - right 11 mm in mid right kidney and 10 mm and 3 mm in its lower pole; left kidney: three calculi; he had Urologist consultation om 11/18/2021 (he agrees for left

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | Provider: | Sood, Ravi (MAT) MD | | | Unit: | S02 |

lithotripsy and then two right lithotripsies). He is S/P lithotripsy for left renal calculi on 04/18/2022; KUB as of 04/25/2022: the previous left renal stone of 6 mm size appears smaller in size 2 mm; stable right renal stones in right; no other stone is noted along the rest of urinary tract; he had ER visit for left abdomen pain on 06/10/2022 (ER discharge paper is reviewed). He had Urologist consultation on 11/17/2022- it is reviewed; urine culture as of 08/03/2022 is negative.

02/17/2023
CT scan of abdomen and pelvis: small non-obstructing calculi, bilaterally, no acute obstruction of renal collecting system, small umbilical hernia

08/20/2021
PTH WNL
Uric acid 5.4
Urine MicroAlb Cr. 2

In the interim: symptomatology is in remission.

Continued on to other problem section.

**Pain:** Not Applicable

---

COMPLAINT **3**      Provider: Sood, Ravi (MAT) MD

Chief Complaint: Other Problem

Subjective: Continued form the kidney disease section.

Chronic mental health (MH) or behavioral problems: history of substance abuse- Percocet, ETOH; he has anxiety, depression since 2019; last time he took MH medication 01/2021; he had no suicidal attempts or MH related ER or hospital admission; presently, he has low energy, low motivation increased anxiety and impaired sleep; he has no thoughts to hurt self or others; he ruminates; he had no behavioral modification or mental health strengthening courses at psychology and chapel; various treatment options for his MH are being discussed with him; he opts for increment of MH medication and to explore courses at psychology - C B Skills or mindful guided meditation.

Family history: father: renal calculi run in family (no family history of hyperparathyroidism); smoked cigarettes: one pack/day for 20 years.

HIV, HCV, HBV, RPR are negative.

S/P multiple inguinal hernia repairs - two hernia repair on left side - last surgery was in 2007, right side hernia repair in 2007; in the interim: he has intermittent right inguinal scrotal dragging pain; overall pattern of symptomatology has ben same with no worsening of it or new symptoms.

S/P right little toe amputation in 1997: in the interim: no problems

High TSH- subclinical hypothyroidism

07/10/2023
TSH WNL

08/20/2021
TSH 5.7 H

Hypo-vitamin D

Pre-DM; family history of DM.

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

Continued on to general section.

**Pain:** Not Applicable

---

COMPLAINT **4**         Provider:  Sood, Ravi (MAT) MD

Chief Complaint:  GENERAL

Subjective:  Continued from other problem section.

Vision problems: he has intermittent right eye twitching for 3 weeks; in the interim: vision stable; NO: diplopia or glaucoma or sudden vision loss or eye surgery; review of symptoms for intracranial space occupying lesion is negative.

Sleep apnea: none; Hearing problem: none.

PPD test as of 10/09/2022 is negative; he has no symptoms of active TB; he is being apprised of the symptoms of active TB; CXR as of 08/20/2021 is negative.

He declines to receive COVID-19 vaccine- his belief. he understands that he is at increased risk for severe COVID-19 infection.

No family history of colon cancer; he had no colonoscopy; review of systems for colon cancer is negative.

Medications: he is compliant with his medications and tolerates them; OTC medications: one; he is being apprised of the side effects of the medications; GI bleed/black colored stools, and renal surgery are one of the side effects of the ibuprofen.

Exercise: yes; Watchful of his diet: yes; Weight: 208 LBS c.f. 175 LBS as of 03/02/2020. He is being counseled for healthy lifestyle changes including weight reduction by cutting back on calories.

His lab work up is reviewed with him.

07/10/2023
S Cr., GFR WNL
AST/ALT WNL
CH 102, TG 88, HDL 28, LDL 56
TSH WNL
HB%, WBC, PLT WNL
A1C 5.8

**Pain:** Not Applicable

---

**Seen for clinic(s):** General, Mental Health, Nephrology, Cardiac

**Added to clinic(s):** Cardiac

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/13/2023 | 10:54 FTD | 98.3 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/13/2023 | 10:54 FTD | 75 | Radial | Regular | Sood, Ravi (MAT) MD |

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | | Sex: | M   Race: WHITE | | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 07/13/2023 | 10:54 FTD | 16 | Sood, Ravi (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 07/13/2023 | 10:54 FTD | 105/73 | Right Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 07/13/2023 | 10:54 FTD | 99 | Room Air | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 07/13/2023 | 10:54 FTD | 208.0 | 94.3 | | Sood, Ravi (MAT) MD |

**ROS Comments**

ROS

Constitutional Symptoms
No: Anorexia, Easily Tired, Fever, Night Sweats, Unexplained Weight Loss

Cardiovascular system

No: Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Claudication

Gastrointestinal system

No:  Appetite Loss, Dysphagia, Hematemesis, Nausea, Vomiting, Odynophagia, Stools Black, Bleeding per Rectum

Respiratory System

No: Hemoptysis

Psychiatry

No: Mood-Down, Anxious, Panic Attacks, Sleep-Decreased, Energy-Decreased, Appetite-Decreased, Concentration-Decreased, Memory Impaired, Hallucinations-Auditory, Hallucinations-Command, Hallucinations-Visual, Hallucinations-Tactile, Hallucinations-Olfactory, Flashbacks, Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

Endocrine system
pre-DM

**Exam Comments**

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 29

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M   Race:  WHITE | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

Eyes: General: Extraocular Movements Intact; Visual Fields:  Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General:  Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

Musculoskeletal:

Presented to the clinic walking in no distress using no mechanical support such as cane.

Right little toe amputation.

ROM full, Neurovascular functions intact in rest of extremities.

**ASSESSMENT:**

Body mass index (BMI) 29.0-29.9, adult, Z6829 - Current

Calculus of kidney, N200 - Current

Chest pain, unspecified, R079 - Current

Chronic ischemic heart disease, I259 - Current

Dizziness and giddiness, R42 - Current

HCV Negative, Z1159-HCV - Current

Hyperlipidemia, unspecified, E785 - Current

Hypothyroidism, E039 - Current

Low back pain, UNS, M5450 - Current

Mental disorder, not otherwise specified, F99 - Current

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M  Race: WHITE | | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | Provider: Sood, Ravi (MAT) MD | | Unit: | S02 |

Negative Test: HIV, Human immunodeficiency virus, Z717 - Current

Non-ST elevation (NSTEMI) myocardial infarction, I214 - Current

Shortness of breath, R0602 - Current

Unspecified glaucoma, H409 - Current

Vitamin D deficiency, E559 - Current

Unspecified Anxiety Disorder, F41.9 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | **Medication** | | **Order Date** |
|---|---|---|---|
| | Mirtazapine Tablet | | 07/13/2023 10:55 |
| | **Prescriber Order:** | 45 mg Orally  each evening x 180 day(s) | |
| | Indication:  Unspecified Anxiety Disorder, Mental disorder, not otherwise specified | | |
| | busPIRone Tablet | | 07/13/2023 10:55 |
| | **Prescriber Order:** | 7.5 mg  Orally -  Two Times a Day x 180 day(s) | |
| | Indication:  Unspecified Anxiety Disorder, Mental disorder, not otherwise specified | | |

**Renew Medication Orders:**

| Rx# | **Medication** | | **Order Date** |
|---|---|---|---|
| 597748-FTD | Aspirin 81 MG EC Tab | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Take one tablet (81 MG) by mouth each day x 365 day(s) | |
| | Indication:  Non-ST elevation (NSTEMI) myocardial infarction | | |
| 597751-FTD | Atorvastatin 80 MG TAB | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Take one tablet (80 MG) by mouth every night at bedtime x 180 day(s) | |
| | Indication:  Hyperlipidemia, unspecified | | |
| 597752-FTD | Clopidogrel Bisulfate 75 MG Tab | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Take one tablet (75 MG) by mouth each day x 180 day(s) | |
| | Indication:  Tachycardia, unspecified | | |
| 597753-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Take three capsules (90 MG) by mouth each evening for pain x 180 day(s) | |
| | Indication:  Calculus of kidney | | |
| 597754-FTD | Metoprolol Tartrate  50 MG Tab | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Take one tablet (50 MG) by mouth twice daily x 365 day(s) | |
| | Indication:  Tachycardia, unspecified | | |
| 597756-FTD | Nitroglycerin SL 0.4 MG Tab [25 count] | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff x 180 day(s) | |
| | Indication:  Non-ST elevation (NSTEMI) myocardial infarction | | |
| 597757-FTD | Tamsulosin HCl 0.4 MG Cap | | 07/13/2023 10:55 |
| | **Prescriber Order:** | Take one capsule (0.4 MG) by mouth each day x 180 day(s) | |
| | Indication:  Calculus of kidney | | |

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 598868-FTD | Mirtazapine 30 MG Tab | 07/13/2023 10:55 |

Prescriber Order: Take one tablet (30 MG) by mouth each evening *consent form on file *

Discontinue Type: When Pharmacy Processes

Discontinue Reason: new order written

Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests - Short List-General-Comprehensive<br>Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Lipid Profile<br>Lab Tests - Short List-General-TSH | One Time | 06/05/2024 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive<br>Metabolic Profile (CMP)<br>Lab Tests - Short List-General-Hemoglobin A1C<br>Lab Tests - Short List-General-CBC w/diff<br>Lab Tests-V-Vitamin D, 25-Hydroxy | One Time | 12/05/2023 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 08/31/2023 | 08/31/2023 | Routine | No | |

Subtype:

2D Echo

Reason for Request:

Cardiac 2 D echo

The patient is 43 years old male.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB where he was hospitalized for two days; in the interim: he has been complaint with his discharge medications including blood thinner medications and tolerates them; he is being counseled to avoid physical altercation as being on blood thinner medication; in the interim: he was told by the hospital Cardiologist to try exercise after two weeks and gradually increase it; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his walking.

Provisional Diagnosis:

The patient is 43 years old male. CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 07/13/2023 00:00 | Physician 04 |

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: | WHITE | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | Provider: | Sood, Ravi (MAT) MD | | | Unit: | S02 |

### Activity

| | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart review- routine follow up and renewal of his medications. | | |
| Chronic Care Visit | 06/05/2024 00:00 | Physician 04 |

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

Follow-up in 1 Year

**Other:**

Plan of care

Care level 2burn and cut back on calories.

Chronic MH or behavioral problems: history of substance abuse- Percocet, ETOH; he has anxiety, depression since 2019; last time he took MH medication 01/2021; he had no suicidal attempts or MH related ER or hospital admission; presently, he has low energy, low motivation, increased anxiety and impaired sleep; he has no thoughts to hurt self or others; he ruminates; he had no behavioral modification or mental health strengthening courses at psychology and chapel; Remeron dose is maximized, Buspar is added, he is being referred to psychology to explore courses such as C B Skills or mindful guided meditation.

CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD coronary arteries on 06/11/2023 at Deborah Hospital; he walks on treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest discomfort; he denies use of NTG; no: swelling on feet or PND. he is being counseled to stop treadmill exercise and to start 15 minutes of routine walking daily and use NTG if gets chest pain on walking; he would report to me in the clinic after a week about his exercise tolerance/chest pain: continue current treatment, an increment in metoprolol is deferred, Cardiac 2 D echo, follow up with Cardiologist.

Chronic renal calculi, bilaterally since 2002; he had multiple surgeries -total of 17 surgeries; no open surgery; last surgery was in 05/2019 S/P cystoscopy stent placement and stone removal on left side; 08/20/2021: PTH WNL; Uric acid 5.4; Urine MicroAlb Cr. 2; he is S/P lithotripsy for left renal calculi on 04/18/2022; KUB as of 04/25/2022: the previous left renal stone of 6 mm size appears smaller in size 2 mm; stable right renal stones in right; no other stone is noted along the rest of urinary tract; he had ER visit for left abdomen pain on 06/10/2022 (ER discharge paper is reviewed). He had Urologist consultation on 11/17/2022- it is reviewed; urine culture as of 08/03/2022 is negative; 02/17/2023: CT scan of abdomen and pelvis: small non-obstructing calculi, bilaterally, no acute obstruction of renal collecting system, small umbilical hernia: plenty of oral fluids, flomax to continue.

Hypo-vitamin D: sun exposure, dietary modifications

S/P multiple inguinal hernia repairs - two hernia repair on left side - last surgery was in 2007, right side hernia repair in 2007: in the interim: he has intermittent right inguinal scrotal dragging pain: activity restriction, weight reduction.

Family history: father: renal calculi run in family (no family history of hyperparathyroidism); smoked cigarettes: one pack/day for 20 years

HIV, HCV, HBV, RPR are negative.

He declines to receive COVID-19 vaccine,

Right eye twitch: follow up with Optometrist

Healthy lifestyle changes (regular exercise, dietary modifications: restrict calories, saturated fat, sugar/sodium, and simple carbohydrates intake)

Mindful awareness or meditation

Yoga

Follow up lab work up.

The plan of care is being discussed with patient, and he verbalizes understanding of it.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/13/2023 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understanding |

He is being counseled for dietary modifications (reduction in calories: 500 to 750 calories deficit/day, intermittent energy restriction, restriction of simple carbohydrates, saturated fat, and sodium/sugar intake); exercise (150 minutes of moderate exercise per week); medications side effects; diabetes mellitus management; foot care; safety and injury prevention; preventive health; compliance of treatment. Also, plan of

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M   Race:  WHITE | Facility: | FTD |
| Encounter Date: | 07/13/2023 10:55 | Provider: | Sood, Ravi (MAT) MD | Unit: | S02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

care is being discussed. He verbalizes understanding.  He is being counseled about hand /respiratory hygiene, protection barrier- wearing of facial mask, social distancing

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Sood, Ravi (MAT) MD on 07/13/2023 12:39

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 07/03/2023 14:00 | Provider: Taege, Brian RN | Unit: S02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1          Provider:   Taege, Brian RN

Chief Complaint:   Chest Pain

Subjective:    Hand-off report- off hours inmate requested evaluation for chest pain.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 07/03/2023 13:21 |
| Location: | Chest-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 8 |
| Intervention: | 1 sl nitro |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Hours |
| Duration: | 1-5 Hours |
| Exacerbating Factors: | sob |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Anxious

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

| Inmate Name:   DAWARA, IMAD | | | Reg #:   69939-066 |
|---|---|---|---|
| Date of Birth:   10/12/1979 | Sex:   M   Race:   WHITE | | Facility:   FTD |
| Encounter Date:   07/03/2023 14:00 | Provider:   Taege, Brian RN | | Unit:   S02 |

**ASSESSMENT:**

Pain - Chest

HPI prior hospitalization:

43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy. Patient was recently admitted to DHLC on 6/11 when he presented with left-sided chest pressure. At that time, patient had complained of radiating pain to the shoulders, neck and left arm. Of note patient is an ex-smoker with 25-pack-year smoking history and extensive hookah smoking as well. During his last admission, patient was initially admitted to the medical intensive care unit for recurring 10 out of 10 chest pressure requiring multiple doses of nitroglycerin and ultimately a nitroglycerin infusion. His EKG at that time did not show any ischemic changes, however on telemetry he had a 19 beat run of NSVT. Patient was then loaded with Brilinta and started on a heparin drip. His troponin continued to rise and peaked at 6.78 before trending down. On 6/11/23, he underwent cardiac catheterization andPCI with drug eluting stent to mLCx and mLAD. He was loaded with Plavix during the case and continued on it thereafter. Transthoracic echocardiogram at the time revealed a preserved ejection fraction. Cardiology recommended continued DAPT with Aspirin and Plavix and continue Atorvastatin.

Pain - Chest

Received care handoff from J. Pecora, RN Supervisor:

Today received call from unit officer for c/o CP. Inmate brought down to medical for evaluation via leep. EKG performed scanned into doc manager for eval. 3 SL nitro given, refer to flow sheets; no relief. Continued pain to left-sided chest pain, non-radiating, with associated SOB. Eval @ bedside by Scipio MLP.

Call to Dr. Ahmedi who recommends 1 dose milk of magnesium to be given. Administered w/no relief. Peak flow to r/o resp. Peak flow WNL, good effort. 1 tab T3 given, no relief.

Inmate continues to report chest pressure 9/10 with sharp intermittent stabbing pain.

MD on call notified. Offered additional T3 dosing for pain relief. Inmate declined. No additional orders at this time. Inmate has f/u care already scheduled appropriately. Due to multiple recent admissions and ER trips all known work-ups have already been performed.

Inmate escorted to housing unit via leep. Inmate able to walk up ramp to unit with steady gait experiencing no SOB, speaking full clear sentences.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 07/03/2023 14:00 |

**Prescriber Order:**   1 tab Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:  Pill Line

Stop Date:  07/03/2023 14:52

MAR Label:  1 tab Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

One Time Dose Given:  Given Now

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 07/04/2023 | Routine |

Specific reason(s) for request (Complaints and findings):

Inmate Name:   DAWARA, IMAD
Date of Birth:   10/12/1979          Sex:    M    Race:  WHITE          Reg #:    69939-066
Encounter Date: 07/03/2023 14:00     Provider:  Taege, Brian RN         Facility:  FTD
                                                                        Unit:     S02

chest pain

**Disposition:**

Consultation Written
Follow-up at Sick Call as Needed
To be Evaluated by Provider

**Other:**

F/u cardiology consultation already written.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/03/2023 | Counseling | Access to Care | Taege, Brian | Needs Reinforceme |

**Copay Required:** Yes          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes          **By:** Ahmedi, F. (MAT) DO
**Telephone or Verbal order read back and verified.**

Completed by Taege, Brian RN on 07/03/2023 18:59
Requested to be cosigned by Ahmedi, F. (MAT) DO.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Sood, Ravi (MAT) MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: DAWARA, IMAD | | Reg #: | 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M  Race: WHITE | Facility: | FTD |
| Encounter Date: 07/03/2023 13:45 | Provider: Pecora, Jaclyne RN | Unit: | S02 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Pecora, Jaclyne RN

Chief Complaint:  Chest Pain
Subjective:  chest pain
**Pain:**          Not Applicable

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Irritable

**ASSESSMENT:**

Pain - Chest

Call from unit officer for c/o CP onset 30 min PTA.

Picked up via leap and brought to medical for evaluation.

EKG performed scanned into doc manager for eval.

3 SL nitro given, refer to flow sheets. Continued pain to left chest non radiating with associated SOB. VSS and documented in flow sheets.

Eval @ bedside by Scipio MLP.

Call to Dr.Ahmedi who recommends 1 dose milk of magnesium to be given. Inmate reports last BM yesterday and normal.

Care handed off to Taege, RN. Re-evaluate in 30 minutes and call provider.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Magnesium Hydroxide Susp | 07/03/2023 13:45 |

**Prescriber Order:**  one dose  Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

Start Now:  Yes
Night Stock Rx#:
Source: Pyxis
Admin Method:  Pill Line
Stop Date: 07/03/2023 13:50

| Inmate Name: | DAWARA, IMAD | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M   Race: WHITE | Facility: | FTD |
| Encounter Date: | 07/03/2023 13:45 | Provider: | Pecora, Jaclyne RN | Unit: | S02 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | MAR Label: one dose Orally One Time Dose Given PRN x 0 day(s) Pill Line Only | |
| | One Time Dose Given: Given Now | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/03/2023 | Counseling | Access to Care | Pecora, Jaclyne | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:** Ahmedi, F. (MAT) DO

**Telephone or Verbal order read back and verified.**


Completed by Pecora, Jaclyne RN on 07/03/2023 13:51

Requested to be cosigned by Ahmedi, F. (MAT) DO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name:  DAWARA, IMAD | Reg #:   69939-066 |
| Date of Birth:  10/12/1979 | Sex:   M   Race:  WHITE   Facility:  FTD |
| Encounter Date: 06/29/2023 10:52 | Provider:  Scipio, Sharon NP   Unit:   S02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Scipio, Sharon NP

Chief Complaint:   Other Problem

Subjective:   43 year old IM reports to sick call with complaints of SOB, bruising to (L) forearm since June 25, 2023. IM reports that he was recently at the hospital (June 20,2023 for SOB and chest pain) for the same symptoms. IM states while at the hospital, he was ok because he was not walking up and down and was stationary. IM is requesting to have his cell in a two man room on the first floor in the lower bunk. IM states that there is a 10 pod space available and he feels that the environment would increase his anxiety.

IM reports that his pain and SOB is intermittent.

As per IM, H/O MI on June 11, 2023.

**Pain:**       No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 98.0 | 36.7 | Oral | Scipio, Sharon NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 70 | Via Machine | Regular | Scipio, Sharon NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 18 | Scipio, Sharon NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 122/84 | Left Arm | Sitting | Adult-large | Scipio, Sharon NP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 99 | Room Air | Scipio, Sharon NP |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 71.0 | 180.3 | Scipio, Sharon NP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/29/2023 | 10:52 FTD | 201.0 | 91.2 | | Scipio, Sharon NP |

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: | M Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/29/2023 10:52 | Provider: | Scipio, Sharon NP | Unit: | 802 |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative, Anxious

No: Irritable, Agitated, Flat

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

No: Appears Distressed

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

No: Clammy, Cool, Diaphoretic, Taut, Tenderness, Tenting, Erythema, Callus, Induration, Atrophic, Surgical Scars, Tattoos

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Apneic, Respiratory Distress, Tachypnea, Hyperventilation

**Auscultation**

Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally, Bronchial Breath Sounds

No: Egophony, Tactile Fremitus, Bronchophony

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

No: Tachycardia, Bradycardia, Irregular Rhythm, Irregularly Irregular Rhythm, Cardiopulmonary Distress, Painful Distress

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G, S3, S4

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal L, Radial Pulse Absent L, Brachial Pulse Normal L, Ulnar Pulse Normal L, Capillary Refill Normal L, Allen's Test Normal L

No: Radial Pulse Diminished L, Brachial Pulse Absent L, Brachial Pulse Diminished L, Ulnar Pulse Diminished L, Ulnar Pulse Absent L, Capillary Refill Prolonged L, Allen's Test Abnormal L

**Exam Comments**

43-year-old IM reports to sick call today with complaints intermittent SOB/chest pain, and (L) forearm bruising.

On PE:
Respirations were 18, with a normal rhythm.
HR was 70 RRR.
(+) for anxiety related to his health and concerns relating to his charges and family.

POC:
1. order EKG
2. check on increase of anxiety medications

| Inmate Name: | DAWARA, IMAD | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | Sex: M   Race: WHITE | | Facility: | FTD |
| Encounter Date: | 06/29/2023 10:52 | Provider: Scipio, Sharon NP | | Unit: | S02 |

3. Consult with PCPT MD regarding bunk pass.
4. Education on Plavix.

**ASSESSMENT:**

Unspecified Anxiety Disorder, F41.9 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Mirtazapine Tablet | 06/29/2023 10:52 |

    **Prescriber Order:**   30 mg Orally  each evening x 180 day(s) -- Take on tablet by mouth in the evening.

    Indication:   Unspecified Anxiety Disorder, Mental disorder, not otherwise specified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 597755-FTD | Mirtazapine 15 MG Tab | 06/29/2023 10:52 |

    **Prescriber Order:**   *Take one tablet (15 MG) by mouth each evening \*consent form on file \**

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason:  *new order written*

    Indication:

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/29/2023 | Counseling | Access to Care | Scipio, Sharon | Verbalizes Understanding |
| 06/29/2023 | Counseling | Medication Side Effects | Scipio, Sharon | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Scipio, Sharon NP on 06/29/2023 12:13
Requested to be cosigned by  Sood, Ravi (MAT) MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: | 06/22/2023 16:09 | Provider: Newbury, R. RN | | Unit: S02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Newbury, R. RN

Chief Complaint:  Medical Trip Return

Subjective:   Pt is a medical trip return from Deborah.

**Pain:**        No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/22/2023 | 16:09 FTD | 98.1 | 36.7 | | Newbury, R. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2023 | 16:09 FTD | 76 | | | Newbury, R. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2023 | 16:09 FTD | 18 | Newbury, R. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/22/2023 | 16:09 FTD | 120/86 | | | | Newbury, R. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/22/2023 | 16:09 FTD | 100 | Room Air | Newbury, R. RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Pt is a medical trip return from Deborah.

Generated 06/22/2023 16:13 by Newbury, R. RN          Bureau of Prisons - FTD          Page 1 of 2

| Inmate Name: DAWARA, IMAD | | Reg #: 69939-066 |
|---|---|---|

Inmate Name: DAWARA, IMAD
Date of Birth: 10/12/1979          Sex:  M  Race: WHITE
Encounter Date: 06/22/2023 16:09          Provider: Newbury, R. RN

Reg #: 69939-066
Facility: FTD
Unit: S02

Pt is AAOx3. Vitals are stable, and charted.
Pt denies pain and denies any injury on this transport.
Pts chart was reviewed for allergies: he is allergic to PCN and Ancef
Dx: Chest pain - CAD
Plan: Follow up with PCP. Noted pt already has an active Cardiology consult pending approval.
Pt having no complaints/concerns was released to the compound and walked out of Health Services in no apparent distress.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/22/2023 | Counseling | Access to Care | Newbury, R. | Verbalizes Understanding |
| 06/22/2023 | Counseling | Plan of Care | Newbury, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Newbury, R. RN on 06/22/2023 16:13

Requested to be cosigned by Sood, Ravi (MAT) MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | | |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 06/21/2023 15:31 | Provider: | | Sood, Ravi (MAT) MD | Unit: | S02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1       Provider:  Sood, Ravi (MAT) MD

        The patient is 43 years old male. On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He had placement of two stents in the coronary arteries.

        On 06/20/2023 he was referred to ER at Deborh Hospital for worsening SOB. He was admitted there.

        Hospitalization day # 2

        He had EKG and had cardiac 2 ECHO- its result is pending.
        Vitals are stable.

        Discharge is unknown.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 06/21/2023 15:36

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: M | Race: WHITE | Facility: FTD |
| Encounter Date: | 06/20/2023 10:37 | Provider: | Sood, Ravi (MAT) MD | Unit: S02 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Sood, Ravi (MAT) MD

Chief Complaint: CARDIAC

Subjective:    The patient is 43 years old male. he is referred to the clinic by the FTD ER RN to evaluate him to whom he presented with shortness of breath (SOB).

On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He had placement of two stents in the coronary arteries.

In the interim: he has got all his post hospital discharge medications and tolerates them. Post discharge he has shortness of breath which he experiences at rest, and it worsens with exertion. Overall, SOB has worsened- he feels as if he is running. He has intermittent chest pain not consistently related with exertion; it comes and goes lasting few seconds. Also, complains of palpitation lasting few seconds. He wakes up from sleep due to SOB. He denies edema feet.

Today, and EKG is obtained and compared with previous EKG.

He has run out of mental health medication for few months.

Pain:        Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/20/2023 | 10:37 FTD | | 98.2 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 06/20/2023 | 10:37 FTD | | 78 | Radial | | Regular | Sood, Ravi (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/20/2023 | 10:37 FTD | 16 | Sood, Ravi (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/20/2023 | 10:37 FTD | 104/69 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/20/2023 | 10:37 FTD | 100 | Room Air | Sood, Ravi (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

| Inmate Name: | DAWARA, IMAD | | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/12/1979 | | | Sex: | M   Race:  WHITE | | Facility: | FTD |
| Encounter Date: | 06/20/2023 10:37 | | | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/20/2023 | 10:37 FTD | 211.0 | 95.7 | | Sood, Ravi (MAT) MD |

### ROS Comments

Examination:

General: Affect: Pleasant, Cooperative; Appearance; Alert and Oriented x 3
Nutrition: BMI 29.4

Skin: No suspicious skin lesion

Head: General: Atraumatic/Normocephalic

Eyes: General: Extraocular Movements Intact; Visual Fields:  Normal Fields
Conjunctiva and Sclera: No gross abnormality; Cornea and Lens: No gross abnormality

Nose: no gross abnormality
Face: General: Symmetric
Mouth: Tongue: No Lesion(s): Pharynx: No White Plaques

Neck: General:  Supple
Thyroid: No: Nodule

Pulmonary: Auscultation: Clear to Auscultation; No Crackles or Rhonchi

Cardiovascular: Auscultation: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

Vascular: No: Carotid Bruits, Abdominal Bruits, Jugular Venous Distension

Peripheral Vascular: General: No: Edema
Lymphatics: No Regional Lymphadenopathy

Abdomen: Inspection: No: Stigmata of Liver Disease
Palpation: Soft; No Tenderness on Palpation, No Mass(es) or Hepato-Splenomegaly

Neurologic: CN 2-12 Intact Grossly; no focal neurological deficit

Mental Health: Posture: Upright; Grooming/Hygiene; Appropriate Grooming
Affect:   Appropriate; Speech/Language: Appropriate; Mood: Appropriate
Thought Process: Goal Directed; Thought Content: Goal Directed; Recent Memory
Appropriate; Remote Memory: Appropriate

Musculoskeletal:

Gait normal.

Presented to the clinic walking in no distress using no mechanical support such as cane.

### ASSESSMENT:

Chest pain, unspecified, R079 - Current

Chronic ischemic heart disease, I259 - Current

Shortness of breath, R0602 - Current

| Inmate Name: DAWARA, IMAD | | | Reg #: 69939-066 |
| Date of Birth: 10/12/1979 | Sex: M Race: WHITE | | Facility: FTD |
| Encounter Date: 06/20/2023 10:37 | Provider: Sood, Ravi (MAT) MD | | Unit: S02 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 583446-FTD | Mirtazapine 15 MG Tab | 06/20/2023 10:37 |

**Prescriber Order:** Take one tablet (15 MG) by mouth each evening *consent form on file * x 180 day(s)

Indication: Unspecified Anxiety Disorder, Mental disorder, not otherwise specified

| 597300-FTD | Aspirin 81 MG EC Tab | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Take one tablet (81 MG) by mouth each day x 365 day(s)

Indication: Non-ST elevation (NSTEMI) myocardial infarction

| 597301-FTD | Atorvastatin 80 MG TAB | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Take one tablet (80 MG) by mouth every night at bedtime x 180 day(s)

Indication: Hyperlipidemia, unspecified

| 597302-FTD | Clopidogrel Bisulfate 75 MG Tab | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Take one tablet (75 MG) by mouth each day x 180 day(s)

Indication: Tachycardia, unspecified

| 583442-FTD | DULoxetine HCl Delayed Rel 30 MG Cap | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Take three capsules (90 MG) by mouth each evening for pain x 180 day(s)

Indication: Calculus of kidney

| 597303-FTD | Metoprolol Tartrate 50 MG Tab | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Take one tablet (50 MG) by mouth twice daily x 365 day(s)

Indication: Tachycardia, unspecified

| 597308-FTD | Nitroglycerin SL 0.4 MG Tab [25 count] | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff x 180 day(s)

Indication: Non-ST elevation (NSTEMI) myocardial infarction

| 583447-FTD | Tamsulosin HCl 0.4 MG Cap | 06/20/2023 10:37 |
|---|---|---|

**Prescriber Order:** Take one capsule (0.4 MG) by mouth each day x 180 day(s)

Indication: Calculus of kidney

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 07/28/2023 | 07/28/2023 | Routine | No | |

Subtype:

Inital Evaluation

Reason for Request:

The patient is 43 years old male. he is referred to the clinic by the FTD ER RN to evaluate him to whom he presented with shortness of breath (SOB).

On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He had placement of two stents in the coronary arteries.

| | | | | | | Reg #: | 69939-066 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | DAWARA, IMAD | | | | | | |
| Date of Birth: | 10/12/1979 | | Sex: | M | Race: WHITE | Facility: | FTD |
| Encounter Date: | 06/20/2023 10:37 | | Provider: | Sood, Ravi (MAT) MD | | Unit: | S02 |

In the interim: he has got all his post hospital discharge medications and tolerates them. Post discharge he has shortness of breath which he experiences at rest, and it worsens with exertion. Overall, SOB has worsened- he feels as if he is running. He has intermittent chest pain not consistently related with exertion; it comes and goes lasting few seconds. Also, complains of palpitation lasting few seconds. He wakes up from sleep due to SOB. He denies edema feet.

Today, and EKG is obtained and compared with previous EKG.

He has run out of mental health medication for few months.
Provisional Diagnosis:

Post coronary stenting worsening shortness of breath.

| Emergency Room | 06/20/2023 | 06/20/2023 | Routine | No |
|---|---|---|---|---|

Subtype:

Deborah Heart and Lung

Reason for Request:

The patient is 43 years old male. he is referred to the clinic by the FTD ER RN to evaluate him to whom he presented with shortness of breath (SOB).

On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He had placement of two stents in the coronary arteries.

In the interim: he has got all his post hospital discharge medications and tolerates them. Post discharge he has shortness of breath which he experiences at rest, and it worsens with exertion. Overall, SOB has worsened- he feels as if he is running. He has intermittent chest pain not consistently related with exertion; it comes and goes lasting few seconds. Also, complains of palpitation lasting few seconds. He wakes up from sleep due to SOB. He denies edema feet.

Today, and EKG is obtained and compared with previous EKG.

He has run out of mental health medication for few months.
Provisional Diagnosis:

Post coronary stenting worsening shortness of breath.

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Other:**

The patient is 43 years old male. he is referred to the clinic by the FTD ER RN to evaluate him to whom he presented with shortness of breath (SOB).

On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He had placement of two stents in the coronary arteries.

In the interim: he has got all his post hospital discharge medications and tolerates them. Post discharge he has shortness of breath which he experiences at rest, and it worsens with exertion. Overall, SOB has worsened- he feels as if he is running. He has intermittent chest pain not consistently related with exertion; it comes and goes lasting few seconds. Also, complains of palpitation lasting few seconds. He wakes up from sleep due to SOB. He denies edema feet.

Today, and EKG is obtained and compared with previous EKG.

He has run out of mental health medication for few months.

| Inmate Name: | DAWARA, IMAD | | | | | Reg #: | 69939-066 |
| Date of Birth: | 10/12/1979 | Sex: | M | Race: | WHITE | Facility: | FTD |
| Encounter Date: | 06/20/2023 10:37 | Provider: | Sood, Ravi (MAT) MD | | | Unit: | S02 |

Plan of care

Post coronary artery stenting worsening SOB: he is referred to ER at Deborah Hospital for further evaluation.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 06/20/2023 | Counseling | Access to Care | Sood, Ravi | Verbalizes Understandi |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Sood, Ravi (MAT) MD on 06/20/2023 11:17

**Bureau of Prisons**
**Health Services**
**Inmate Local Hospital**

Reg #:  69939-066                          Inmate Name:  DAWARA, IMAD

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance:  Yes

| | |
|---|---|
| Last PPD Date: 10/09/2022 | Induration:  0mm |
| Last Chest X-Ray Date: | Results: |
| TB Treatment: | Sx free for 30 days:  Yes |
| TB Follow-up Recommended:  No | |

Transfer To:                                               Transfer Date: 07/19/2023

Health Problems

| Health Problem | Status |
|---|---|
| Hypothyroidism | Current |
| Subclinical Hypothyroidism | |
| Vitamin D deficiency | Current |
| Hyperlipidemia, unspecified | Current |
| Alcohol Use Disorder:  Moderate | Current |
| Opioid Use Disorder: Severe | Current |
| Unspecified Anxiety Disorder | Current |
| Mental disorder, not otherwise specified | Current |
| Chronic depression | |
| Unspecified disorder of conjunctiva | Current |
| pinguecula | |
| Unspecified glaucoma | Current |
| narrow angles | |
| Otitis media | Current |
| Other peripheral vertigo | Current |
| Non-ST elevation (NSTEMI) myocardial infarction | Current |
| Chronic ischemic heart disease | Current |
| Partial loss of teeth | Current |
| Constipation, unspecified | Current |
| Low back pain, UNS | Current |
| Radiculopathy on R side | |
| Calculus of kidney | Current |
| S/P lithotripsy left renal calculi on 04/18/2022; Bilateral renal Calculi as per CT scan from 5/28/2021 | |
| Tachycardia, unspecified | Current |
| Shortness of breath | Current |
| Chest pain, unspecified | Current |
| Unspecified abdominal pain | Current |
| Dizziness and giddiness | Current |
| Encounter for general adult medical exam without abnormal findings | Current |
| HCV Negative | Current |
| Body mass index (BMI) 27.0-27.9, adult | Current |
| Body mass index (BMI) 28.0-28.9, adult | Current |
| Body mass index (BMI) 29.0-29.9, adult | Current |
| Negative Test: HIV, Human immunodeficiency virus | Current |
| Chest pain, unspecified | Remission |
| Personal history of COVID-19 | Remission |
| He declines to receive COVID-19 vaccine | |

Reg #: 69939-066                    Inmate Name: DAWARA, IMAD

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

Aspirin 81 MG EC Tab  Exp: 07/12/2024  SIG: Take one tablet (81 MG) by mouth each day
Atorvastatin 80 MG TAB  Exp: 01/09/2024  SIG: Take one tablet (80 MG) by mouth every night at bedtime
busPIRone  7.5 MG TAB  Exp: 01/09/2024  SIG: Take one tablet (7.5 MG) by mouth twice daily *consent form on file *

Clopidogrel Bisulfate 75 MG Tab  Exp: 01/09/2024  SIG: Take one tablet (75 MG) by mouth each day
DULoxetine HCl Delayed Rel 30 MG Cap  Exp: 01/09/2024  SIG: Take three capsules (90 MG) by mouth each evening for pain
Metoprolol Tartrate  50 MG Tab  Exp: 07/12/2024  SIG: Take one tablet (50 MG) by mouth twice daily
Mirtazapine 45 MG Tab  Exp: 01/09/2024  SIG: Take one tablet (45 MG) by mouth each evening *consent form on file *
Nitroglycerin SL 0.4 MG Tab [25 count]  Exp: 01/09/2024  SIG: Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff
Tamsulosin HCl 0.4 MG Cap  Exp: 01/09/2024  SIG: Take one capsule (0.4 MG) by mouth each day

OTCs: Listing of all known OTCs this inmate is currently taking.
    None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 07/19/2023 | 12:20 | Intake | Newbury, R. RN |
| 07/13/2023 | 00:00 | Chart_Review | Physician 04 |
| 07/28/2023 | 00:00 | Follow-up | Physician 04 |
| 10/09/2023 | 00:00 | PPD Administration | Nurse |
| 06/05/2024 | 00:00 | Chronic Care Visit | Physician 04 |

Non-Medication Orders:
    No Data Found

Active Alerts:
    No Data Found

Consultations:

Pending Institutional Clinical Director Action

        Consultation/Procedure Requested: Emergency Room
                        Subtype: Deborah Heart and Lung
                        Priority: Routine
                       Location: Offsite
                   Ordered Date: 06/20/2023
          Scheduled Target Date: 06/20/2023
                 Level Of Care:

            Reason for Request: The patient is 43 years old male. he is referred to the clinic by the FTD ER RN to evaluate him to whom he presented with shortness of breath (SOB).

                        On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He had placement of two stents in the coronary arteries.

                        In the interim: he has got all his post hospital discharge medications and tolerates them. Post discharge he has shortness of breath which he experiences at rest, and it worsens with exertion. Overall, SOB has worsened- he feels as if he is running. He has intermittent chest pain not consistently related with exertion; it comes and goes lasting few seconds. Also, complains of palpitation lasting few seconds. He wakes up from sleep due to SOB. He denies edema feet.

                        Today, and EKG is obtained and compared with previous EKG.

                        He has run out of mental health medication for few months.
            Provisional Diagnosis: Post coronary stenting worsening shortness of breath.

Reg #: 69939-066                          Inmate Name: DAWARA, IMAD

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Consultation/Procedure Requested: Cardiology
                    Subtype: Inital Evaluation
                    Priority: Routine
                    Location: OnSite
          Ordered Date: 06/20/2023
    Scheduled Target Date: 07/28/2023
              Level Of Care:

                    Reason for Request: The patient is 43 years old male. he is referred to the clinic by the FTD ER RN to
                                        evaluate him to whom he presented with shortness of breath (SOB).

                                        On 06/11/2023 he had ER visit at Deborah Hospital for substernal chest pain. He h
                                        placement of two stents in the coronary arteries.

                                        In the interim: he has got all his post hospital discharge medications and tolerates
                                        them. Post discharge he has shortness of breath which he experiences at rest, and
                                        worsens with exertion. Overall, SOB has worsened- he feels as if he is running. He
                                        has intermittent chest pain not consistently related with exertion; it comes and goes
                                        lasting few seconds. Also, complains of palpitation lasting few seconds. He wakes
                                        from sleep due to SOB. He denies edema feet.

                                        Today, and EKG is obtained and compared with previous EKG.

                                        He has run out of mental health medication for few months.
                    Provisional Diagnosis: Post coronary stenting worsening shortness of breath.
Consultation/Procedure Requested: Radiology
                    Subtype: 2D Echo
                    Priority: Routine
                    Location: Offsite
          Ordered Date: 07/13/2023
    Scheduled Target Date: 08/31/2023
              Level Of Care:

          Reason for Request: Cardiac 2 D echo

                                        The patient is 43 years old male.

                                        CAD - S/P placement to drug eluting stents in mid left circumflex and mid LAD
                                        coronary arteries on 06/11/2023 at Deborah Hospital when he was sent to this
                                        hospital chest pain; post stenting on 06/20/2023 he was referred to ER at Deborh
                                        Hospital for worsening SOB where he was hospitalized for two days; in the interim:
                                        he has been complaint with his discharge medications including blood thinner
                                        medications and tolerates them; he is being counseled to avoid physical altercation
                                        as being on blood thinner medication; in the interim: he was told by the hospital
                                        Cardiologist to try exercise after two weeks and gradually increase it; he walks on
                                        treadmill half an hour 3-4 times a week; at the end of exercise feels tired and chest
                                        discomfort; he denies use of NTG; no: swelling on feet or PND. he is being
                                        counseled to stop treadmill exercise and to start 15 minutes of routine walking daily
                                        and use NTG if gets chest pain on walking; he would report to me in the clinic after a
                                        week about his walking.
                    Provisional Diagnosis: The patient is 43 years old male. CAD - S/P placement to drug eluting stents in mid
                                        left circumflex and mid LAD coronary arteries
Consultation/Procedure Requested: Emergency Room
                    Subtype: RWJ - Hamilton
                    Priority: Emergent
                    Location: Offsite
          Ordered Date: 07/19/2023
    Scheduled Target Date: 07/19/2023
              Level Of Care:

                    Reason for Request: 43 yo male with a history of Hypothyroidism  - Subclinical Hypothyroidism - Vitamin D
                                        deficiency - hyperlipidemia - Alcohol Use Disorder - Opioid Use Disorder: Severe

| Reg #: 69939-066 | Inmate Name: DAWARA, IMAD |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Current - Anxiety Disorder - Chronic depression  Non-ST elevation (NSTEMI) myocardial infarction Current Chronic ischemic heart disease.
Pt complains of left sided 9/10 chest pain that radiates laterally on palpation. Pt states he was at rest when the pain started.
Pt also appears very anxious.
EKG obtained and appears NSR and compares to one obtained 6/20/23. Pt clai sob. Chest rise/fall symmetrical, lungs clear. POX 99% on room air.
Pt denies any gi/gu distress.
MLP in to examine and orders Toradol 60mg IM.
Pt is not experiencing any relief after treatment.
Decision is made to send pt to the hospital to evaluate chest pain unrelieved by treatment with hx Non-ST elevation (NSTEMI) myocardial infarction.

Provisional Diagnosis:

Pending UR Committee Action
No Data Found

Pending Regional Review Action
No Data Found

Pending Scheduling
Consultation/Procedure Requested: Specialty Procedure - Offsite
Subtype: URO Lithroscopy
Location: Offsite
Ordered Date: 04/18/2022
Scheduled Target Date: 07/26/2022
Level Of Care: Medically Necessary - Non-Emergent
Reason for Request: S/P lithotripsy left renal calculi on 04/18/2022: as per post operative instruction lithotripsy on right renal calculi after a week

Lithotripsy x3 I would start with the lithotripsy on the left side x1 and then two lithotripsies on the right per Urology consult done 11/18/21 by Dr. Fingerman

ASSESSMENT/PLAN: Nephrolithiasis bilaterally. After a comprehensive discussion with him regarding his options, he has chosen to undergo lithotripsy. He does not want to undergo ureteroscopy despite the fact that all the stones on one side can be treated for treatment, and we could start on the left side as it is causing him more pain. He does not want a stent while in prison and therefore does not want ureteroscopy. We therefore will schedule lithotripsy x3. I would start with the lithotripsy on the left side x1 and then two lithotripsies on the right. Hopefully we can get these all schedule to get him started as soon as possible at his request. He is very insistent that we do this as soon as possible, but he is very well aware that things do not necessarily work that quickly through the prison system. There is nothing I can do about this. I am starting on the left because that is the side that is causing him more pain. Please obtain his old records, a parathyroid hormone level, and pain medications. Please schedule him for a left lithotripsy and then two right lithotripsies.

Provisional Diagnosis: Bilateral renal calculi
Consultation/Procedure Requested: Specialty Procedure - Offsite
Subtype: OPTHA Other Proceudre
Location: Offsite
Ordered Date: 05/25/2023
Scheduled Target Date: 08/23/2023
Level Of Care: Medically Necessary - Non-Emergent
Reason for Request: For: Peripheral iridectomy in the left eye in the either the Hamilton or Millstone office.

Reason: As per Ophthalmology consult 5/23/2023 by Dr. Beyer, 43 y/o male. Hx of Calculus of kidney, Anxiety Disorder, Hyperlipidemia, Hypothyroidism, glaucoma. The patient was seen today status post peripheral iridectomy of the right eye. He states since the iridectomy he has been noticing some achiness in both eyes. Visual

| Reg #:  69939-066 | Inmate Name:  DAWARA, IMAD |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

acuities are 20/20 both eyes uncorrected. Pressures by Goldmann are 12. Anterio examination of the right eye shows an open peripheral iridectomy with no anterior cell. There is papilla of both conjunctivae both eyes.

ASSESSMENT AND PLAN:
1. Status post peripheral iridectomy of the right eye. He should be scheduled for a peripheral iridectomy in the left eye in the either the Hamilton or Millstone office in approximately one to three months.
2. Allergic conjunctivitis. The patient's achiness and discomfort are not secondary t his peripheral iridectomy since this is in both eyes. The symptoms and complaints are more consistent with allergic conjunctivitis. The patient can get over the counte Pataday or antihistamine drops once a day at Fort Dix.

Provisional Diagnosis: Calculus of kidney, Anxiety Disorder, Hyperlipidemia, Hypothyroidism, glaucoma. The patient was seen today status post peripheral iridectomy of the right eye.

Pending Consultation
    No Data Found

Pending Results
    No Data Found

Sickle Cell:
    Sickle Cell Trait/Disease:    No

Limitations/Restrictions/Diets:
    Cell: on first floor, lower bunk --- 06/17/2024
    Cleared for Food Service: Yes
    No Prolonged Standing --- 06/17/2024
    MDS Comments: He has CAD- he had placement of stents in coronary
    arteries on 06/12/2023.

Comments:

Allergies
    Penicillin V

    Ancef

Recent Vaccine History

| Vaccine | Given Date | Administered |
|---|---|---|
| COVID-19 Pfizer-BioNTech Vaccine | 01/14/2022 15:44 | Refused |
| COVID-19 Janssen Vaccine | 05/24/2021 13:08 | Refused |

Devices / Equipment
    Alternate Institutional Shoes

    Brace - back

Travel:
    Direct Travel: No
    Travel Restrictions:  None
UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution:  FORT DIX FCI            Phone Number: 6097231100
        Address 1:  5756 HARTFORD & POINTVILE
        Address 2:  RD
    City/State/Zip:
                FORT DIX, New Jersey 08640

Name/Title of Person Completing Form: Newbury, R. RN            Date:   07/19/2023

Inmate Name:  DAWARA, IMAD        Reg #:  69939-066    DOB:  10/12/1979   Sex:   M

**Bureau of Prisons**
**Health Services**
**Vitals All**

| Begin Date: | 06/20/2023 | End Date: | 08/28/2023 |
|---|---|---|---|
| Reg #: | 69939-066 | Inmate Name: | DAWARA, IMAD |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 98.4 | 36.9 | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/27/2023 15:23 EST   Plevritis-Ortiz, Alexandra RN | | | | |
| 08/26/2023 | 12:37 FTD | 97.8 | 36.6 | | O'Brien, William RN |
| | Orig Entered: 08/26/2023 12:38 EST   O'Brien, William RN | | | | |
| 08/21/2023 | 13:08 FTD | 98.4 | 36.9 | Tympanic | Sood, Ravi (MAT) MD |
| | Orig Entered: 08/21/2023 13:11 EST   Sood, Ravi (MAT) MD | | | | |
| 08/16/2023 | 10:51 FTD | 98.2 | 36.8 | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:52 EST   Plevritis-Ortiz, Alexandra RN | | | | |
| 08/04/2023 | 09:29 FTD | 98.1 | 36.7 | Oral | Ibe, Chigozie PA-C |
| | Orig Entered: 08/04/2023 09:36 EST   Ibe, Chigozie PA-C | | | | |
| 08/03/2023 | 06:53 FTD | 97.8 | 36.6 | | O'Brien, William RN |
| | Orig Entered: 08/03/2023 06:55 EST   O'Brien, William RN | | | | |
| 07/27/2023 | 19:56 FTD | 98.0 | 36.7 | | Martz, Stephanie RN |
| | Orig Entered: 07/27/2023 19:58 EST   Martz, Stephanie RN | | | | |
| 07/26/2023 | 10:45 FTD | 98.2 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |
| | Orig Entered: 07/26/2023 10:47 EST   Sood, Ravi (MAT) MD | | | | |
| 07/19/2023 | 11:40 FTD | 98.0 | 36.7 | | Newbury, R. RN |
| | Orig Entered: 07/19/2023 11:42 EST   Newbury, R. RN | | | | |
| 07/13/2023 | 10:54 FTD | 98.3 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |
| | Orig Entered: 07/13/2023 11:01 EST   Sood, Ravi (MAT) MD | | | | |
| 07/03/2023 | 13:02 FTD | 98.1 | 36.7 | Oral | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:04 EST   Taege, Brian RN | | | | |
| 06/29/2023 | 10:52 FTD | 98.0 | 36.7 | Oral | Scipio, Sharon NP |
| | Orig Entered: 06/29/2023 11:01 EST   Scipio, Sharon NP | | | | |
| 06/22/2023 | 16:09 FTD | 98.1 | 36.7 | | Newbury, R. RN |
| | Orig Entered: 06/22/2023 16:11 EST   Newbury, R. RN | | | | |
| 06/20/2023 | 10:37 FTD | 98.2 | 36.8 | Tympanic | Sood, Ravi (MAT) MD |
| | Orig Entered: 06/20/2023 10:41 EST   Sood, Ravi (MAT) MD | | | | |
| 06/20/2023 | 10:11 FTD | 98.6 | 37.0 | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 06/20/2023 10:51 EST   Plevritis-Ortiz, Alexandra RN | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 71 | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/27/2023 15:23 EST   Plevritis-Ortiz, Alexandra RN | | | | |
| 08/26/2023 | 12:37 FTD | 71 | | | O'Brien, William RN |
| | Orig Entered: 08/26/2023 12:38 EST   O'Brien, William RN | | | | |
| 08/21/2023 | 13:08 FTD | 54 | Radial | Regular | Sood, Ravi (MAT) MD |
| | Orig Entered: 08/21/2023 13:11 EST   Sood, Ravi (MAT) MD | | | | |
| 08/16/2023 | 11:04 FTD | 94 | | | Plevritis-Ortiz, Alexandra RN |

| Begin Date: | 06/20/2023 | | End Date: | 08/28/2023 | |
|---|---|---|---|---|---|
| Reg #: | 69939-066 | | Inmate Name: | DAWARA, IMAD | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| | Orig Entered: 08/16/2023 11:05 EST | | Plevritis-Ortiz, Alexandra RN | | |
| 08/16/2023 10:54 FTD | | 98 | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:56 EST | | Plevritis-Ortiz, Alexandra RN | | |
| 08/16/2023 10:51 FTD | | 91 | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:52 EST | | Plevritis-Ortiz, Alexandra RN | | |
| 08/04/2023 09:29 FTD | | 68 | Via Machine | Regular | Ibe, Chigozie PA-C |
| | Orig Entered: 08/04/2023 09:36 EST | | Ibe, Chigozie PA-C | | |
| 08/03/2023 06:53 FTD | | 79 | | | O'Brien, William RN |
| | Orig Entered: 08/03/2023 06:55 EST | | O'Brien, William RN | | |
| 07/27/2023 19:56 FTD | | 101 | | | Martz, Stephanie RN |
| | Orig Entered: 07/27/2023 19:58 EST | | Martz, Stephanie RN | | |
| 07/26/2023 10:45 FTD | | 82 | Radial | Regular | Sood, Ravi (MAT) MD |
| | Orig Entered: 07/26/2023 10:47 EST | | Sood, Ravi (MAT) MD | | |
| 07/19/2023 11:40 FTD | | 82 | | | Newbury, R. RN |
| | Orig Entered: 07/19/2023 11:42 EST | | Newbury, R. RN | | |
| 07/13/2023 10:54 FTD | | 75 | Radial | Regular | Sood, Ravi (MAT) MD |
| | Orig Entered: 07/13/2023 11:01 EST | | Sood, Ravi (MAT) MD | | |
| 07/03/2023 14:40 FTD | | 53 | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 14:41 EST | | Taege, Brian RN | | |
| 07/03/2023 14:32 FTD | | 54 | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 14:33 EST | | Taege, Brian RN | | |
| 07/03/2023 13:25 FTD | | 75 | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:27 EST | | Taege, Brian RN | | |
| 07/03/2023 13:22 FTD | | 73 | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:23 EST | | Taege, Brian RN | | |
| 07/03/2023 13:07 FTD | | 73 | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:09 EST | | Taege, Brian RN | | |
| 07/03/2023 13:02 FTD | | 57 | Via Machine | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:04 EST | | Taege, Brian RN | | |
| 06/29/2023 10:52 FTD | | 70 | Via Machine | Regular | Scipio, Sharon NP |
| | Orig Entered: 06/29/2023 11:01 EST | | Scipio, Sharon NP | | |
| 06/22/2023 16:09 FTD | | 76 | | | Newbury, R. RN |
| | Orig Entered: 06/22/2023 16:1' EST | | Newbury, R. RN | | |
| 06/20/2023 10:37 FTD | | 78 | Radial | Regular | Sood, Ravi (MAT) MD |
| | Orig Entered: 06/20/2023 10:41 EST | | Sood, Ravi (MAT) MD | | |
| 06/20/2023 10:11 FTD | | 63 | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 06/20/2023 10:51 EST | | Plevritis-Ortiz, Alexandra RN | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 16 | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/27/2023 15:23 EST | | Plevritis-Ortiz, Alexandra RN |
| 08/26/2023 | 12:37 FTD | 18 | O'Brien, William RN |
| | Orig Entered: 08/26/2023 12:38 EST | | O'Brien, William RN |

| Begin Date: | 06/20/2023 | | End Date: | 08/28/2023 |
| Reg #: | 69939-066 | | Inmate Name: | DAWARA, IMAD |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 08/21/2023 | 13:08 FTD | | 16 Sood, Ravi (MAT) MD |
| | Orig Entered: 08/21/2023 13:11 EST | | Sood, Ravi (MAT) MD |
| 08/16/2023 | 10:54 FTD | | 32 Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:56 EST | | Plevritis-Ortiz, Alexandra RN |
| 08/16/2023 | 10:51 FTD | | 30 Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:52 EST | | Plevritis-Ortiz, Alexandra RN |
| 08/04/2023 | 09:29 FTD | | 18 Ibe, Chigozie PA-C |
| | Orig Entered: 08/04/2023 09:36 EST | | Ibe, Chigozie PA-C |
| 08/03/2023 | 06:53 FTD | | 18 O'Brien, William RN |
| | Orig Entered: 08/03/2023 06:55 EST | | O'Brien, William RN |
| 07/27/2023 | 19:56 FTD | | 18 Martz, Stephanie RN |
| | Orig Entered: 07/27/2023 19:58 EST | | Martz, Stephanie RN |
| 07/26/2023 | 10:45 FTD | | 16 Sood, Ravi (MAT) MD |
| | Orig Entered: 07/26/2023 10:47 EST | | Sood, Ravi (MAT) MD |
| 07/19/2023 | 11:40 FTD | | 18 Newbury, R. RN |
| | Orig Entered: 07/19/2023 11:42 EST | | Newbury, R. RN |
| 07/13/2023 | 10:54 FTD | | 16 Sood, Ravi (MAT) MD |
| | Orig Entered: 07/13/2023 11:01 EST | | Sood, Ravi (MAT) MD |
| 07/03/2023 | 14:40 FTD | | 18 Taege, Brian RN |
| | Orig Entered: 07/03/2023 14:41 EST | | Taege, Brian RN |
| 07/03/2023 | 14:32 FTD | | 18 Taege, Brian RN |
| | Orig Entered: 07/03/2023 14:33 EST | | Taege, Brian RN |
| 07/03/2023 | 13:25 FTD | | 20 Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:27 EST | | Taege, Brian RN |
| 07/03/2023 | 13:22 FTD | | 20 Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:23 EST | | Taege, Brian RN |
| 07/03/2023 | 13:07 FTD | | 20 Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:09 EST | | Taege, Brian RN |
| 07/03/2023 | 13:02 FTD | | 20 Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:04 EST | | Taege, Brian RN |
| 06/29/2023 | 10:52 FTD | | 18 Scipio, Sharon NP |
| | Orig Entered: 06/29/2023 11:01 EST | | Scipio, Sharon NP |
| 06/22/2023 | 16:09 FTD | | 18 Newbury, R. RN |
| | Orig Entered: 06/22/2023 16:11 EST | | Newbury, R. RN |
| 06/20/2023 | 10:37 FTD | | 16 Sood, Ravi (MAT) MD |
| | Orig Entered: 06/20/2023 10:41 EST | | Sood, Ravi (MAT) MD |
| 06/20/2023 | 10:11 FTD | | 18 Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 06/20/2023 10:51 EST | | Plevritis-Ortiz, Alexandra RN |

| Begin Date: | 06/20/2023 | | | End Date: | 08/28/2023 | |
|---|---|---|---|---|---|---|
| Reg #: | 69939-066 | | | Inmate Name: | DAWARA, IMAD | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 116/84 | | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/27/2023 15:23 EST | | Plevritis-Ortiz, Alexandra RN | | | |
| 08/26/2023 | 12:37 FTD | 126/87 | | | | O'Brien, William RN |
| | Orig Entered: 08/26/2023 12:38 EST | | O'Brien, William RN | | | |
| 08/21/2023 | 13:08 FTD | 95/65 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |
| | Orig Entered: 08/21/2023 13:11 EST | | Sood, Ravi (MAT) MD | | | |
| 08/16/2023 | 11:04 FTD | 101/60 | | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 11:05 EST | | Plevritis-Ortiz, Alexandra RN | | | |
| 08/16/2023 | 10:54 FTD | 102/64 | | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:56 EST | | Plevritis-Ortiz, Alexandra RN | | | |
| 08/16/2023 | 10:51 FTD | 110/72 | | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 08/16/2023 10:52 EST | | Plevritis-Ortiz, Alexandra RN | | | |
| 08/04/2023 | 09:29 FTD | 103/78 | Left Arm | Sitting | Adult-large | Ibe, Chigozie PA-C |
| | Orig Entered: 08/04/2023 09:36 EST | | Ibe, Chigozie PA-C | | | |
| 08/03/2023 | 06:53 FTD | 123/84 | | | | O'Brien, William RN |
| | Orig Entered: 08/03/2023 06:55 EST | | O'Brien, William RN | | | |
| 07/26/2023 | 10:45 FTD | 114/75 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |
| | Orig Entered: 07/26/2023 10:47 EST | | Sood, Ravi (MAT) MD | | | |
| 07/19/2023 | 11:40 FTD | 106/74 | | | | Newbury, R. RN |
| | Orig Entered: 07/19/2023 11:42 EST | | Newbury, R. RN | | | |
| 07/13/2023 | 10:54 FTD | 105/73 | Right Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |
| | Orig Entered: 07/13/2023 11:01 EST | | Sood, Ravi (MAT) MD | | | |
| 07/03/2023 | 14:40 FTD | 101/68 | | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 14:41 EST | | Taege, Brian RN | | | |
| 07/03/2023 | 14:32 FTD | 96/67 | | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 14:33 EST | | Taege, Brian RN | | | |
| 07/03/2023 | 13:25 FTD | 110/70 | Left Arm | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:27 EST | | Taege, Brian RN | | | |
| 07/03/2023 | 13:22 FTD | 110/70 | | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:23 EST | | Taege, Brian RN | | | |
| 07/03/2023 | 13:07 FTD | 107/68 | | | | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:09 EST | | Taege, Brian RN | | | |
| 07/03/2023 | 13:02 FTD | 113/73 | Left Arm | Lying | Adult-regular | Taege, Brian RN |
| | Orig Entered: 07/03/2023 13:04 EST | | Taege, Brian RN | | | |
| 06/29/2023 | 10:52 FTD | 122/84 | Left Arm | Sitting | Adult-large | Scipio, Sharon NP |
| | Orig Entered: 06/29/2023 11:01 EST | | Scipio, Sharon NP | | | |
| 06/22/2023 | 16:09 FTD | 120/86 | | | | Newbury, R. RN |
| | Orig Entered: 06/22/2023 16:11 EST | | Newbury, R. RN | | | |
| 06/20/2023 | 10:37 FTD | 104/69 | Left Arm | Sitting | Adult-large | Sood, Ravi (MAT) MD |
| | Orig Entered: 06/20/2023 10:41 EST | | Sood, Ravi (MAT) MD | | | |
| 06/20/2023 | 10:11 FTD | 105/71 | | | | Plevritis-Ortiz, Alexandra RN |
| | Orig Entered: 06/20/2023 10:51 EST | | Plevritis-Ortiz, Alexandra RN | | | |

| Begin Date: | 06/20/2023 | | End Date: | 08/28/2023 |
|---|---|---|---|---|
| Reg #: | 69939-066 | | Inmate Name: | DAWARA, IMAD |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 08/26/2023 | 12:45 FTD | 125 | Random | | O'Brien, William RN |

Orig Entered: 08/26/2023 12:47 EST  O'Brien, William RN

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 07/03/2023 | 14:11 FTD | 650 | 700 | 600 | Good | Without | Taege, Brian RN |

Orig Entered: 07/03/2023 14:13 EST  Taege, Brian RN

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/27/2023 | 15:21 FTD | 98 | | Plevritis-Ortiz, Alexandra RN |

Orig Entered: 08/27/2023 15:23 EST  Plevritis-Ortiz, Alexandra RN

| | | | | |
|---|---|---|---|---|
| 08/26/2023 | 12:37 FTD | 99 | | O'Brien, William RN |

Orig Entered: 08/26/2023 12:38 EST  O'Brien, William RN

| 08/21/2023 | 13:08 FTD | 98 | Room Air | Sood, Ravi (MAT) MD |
|---|---|---|---|---|

Orig Entered: 08/21/2023 13:11 EST  Sood, Ravi (MAT) MD

| 08/16/2023 | 10:54 FTD | 100 | Room Air | Plevritis-Ortiz, Alexandra RN |
|---|---|---|---|---|

Orig Entered: 08/16/2023 10:56 EST  Plevritis-Ortiz, Alexandra RN

| 08/16/2023 | 10:51 FTD | 100 | Room Air | Plevritis-Ortiz, Alexandra RN |
|---|---|---|---|---|

Orig Entered: 08/16/2023 10:52 EST  Plevritis-Ortiz, Alexandra RN

| 08/04/2023 | 09:29 FTD | 100 | Room Air | Ibe, Chigozie PA-C |
|---|---|---|---|---|

Orig Entered: 08/04/2023 09:36 EST  Ibe, Chigozie PA-C

| 08/03/2023 | 06:53 FTD | 98 | | O'Brien, William RN |
|---|---|---|---|---|

Orig Entered: 08/03/2023 06:55 EST  O'Brien, William RN

| 07/27/2023 | 19:56 FTD | 99 | Room Air | Martz, Stephanie RN |
|---|---|---|---|---|

Orig Entered: 07/27/2023 19:58 EST  Martz, Stephanie RN

| 07/26/2023 | 10:45 FTD | 100 | Room Air | Sood, Ravi (MAT) MD |
|---|---|---|---|---|

Orig Entered: 07/26/2023 10:47 EST  Sood, Ravi (MAT) MD

| 07/19/2023 | 11:40 FTD | 99 | Room Air | Newbury, R. RN |
|---|---|---|---|---|

Orig Entered: 07/19/2023 11:42 EST  Newbury, R. RN

| 07/13/2023 | 10:54 FTD | 99 | Room Air | Sood, Ravi (MAT) MD |
|---|---|---|---|---|

Orig Entered: 07/13/2023 11:01 EST  Sood, Ravi (MAT) MD

| 07/03/2023 | 14:40 FTD | 97 | | Taege, Brian RN |
|---|---|---|---|---|

Orig Entered: 07/03/2023 14:41 EST  Taege, Brian RN

| 07/03/2023 | 14:32 FTD | 98 | | Taege, Brian RN |
|---|---|---|---|---|

Orig Entered: 07/03/2023 14:33 EST  Taege, Brian RN

| 07/03/2023 | 13:25 FTD | 99 | Room Air | Taege, Brian RN |
|---|---|---|---|---|

Orig Entered: 07/03/2023 13:27 EST  Taege, Brian RN

| 07/03/2023 | 13:22 FTD | 100 | | Taege, Brian RN |
|---|---|---|---|---|

Orig Entered: 07/03/2023 13:23 EST  Taege, Brian RN

| 07/03/2023 | 13:07 FTD | 99 | | Taege, Brian RN |
|---|---|---|---|---|

Orig Entered: 07/03/2023 13:09 EST  Taege, Brian RN

| 07/03/2023 | 13:02 FTD | 100 | Room Air | Taege, Brian RN |
|---|---|---|---|---|

| Begin Date: | 06/20/2023 | | End Date: | 08/28/2023 |
| Reg #: | 69939-066 | | Inmate Name: | DAWARA, IMAD |

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| **Orig Entered: 07/03/2023 13:04 EST  Taege, Brian RN** | | | | |
| 06/29/2023 | 10:52 FTD | 99 | Room Air | Scipio, Sharon NP |
| **Orig Entered: 06/29/2023 11:01 EST  Scipio, Sharon NP** | | | | |
| 06/22/2023 | 16:09 FTD | 100 | Room Air | Newbury, R. RN |
| **Orig Entered: 06/22/2023 16:11 EST  Newbury, R. RN** | | | | |
| 06/20/2023 | 10:37 FTD | 100 | Room Air | Sood, Ravi (MAT) MD |
| **Orig Entered: 06/20/2023 10:41 EST  Sood, Ravi (MAT) MD** | | | | |
| 06/20/2023 | 10:11 FTD | 100 | | Plevritis-Ortiz, Alexandra RN |
| **Orig Entered: 06/20/2023 10:51 EST  Plevritis-Ortiz, Alexandra RN** | | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 08/04/2023 | 09:29 FTD | 71.0 | 180.3 | Ibe, Chigozie PA-C |
| **Orig Entered: 08/04/2023 09:36 EST  Ibe, Chigozie PA-C** | | | | |
| 06/29/2023 | 10:52 FTD | 71.0 | 180.3 | Scipio, Sharon NP |
| **Orig Entered: 06/29/2023 11:01 EST  Scipio, Sharon NP** | | | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/21/2023 | 13:08 FTD | 205.0 | 93.0 | | Sood, Ravi (MAT) MD |
| **Orig Entered: 08/21/2023 13:11 EST  Sood, Ravi (MAT) MD** | | | | | |
| 08/04/2023 | 09:29 FTD | 200.0 | 90.7 | | Ibe, Chigozie PA-C |
| **Orig Entered: 08/04/2023 09:36 EST  Ibe, Chigozie PA-C** | | | | | |
| 07/26/2023 | 10:45 FTD | 208.0 | 94.3 | | Sood, Ravi (MAT) MD |
| **Orig Entered: 07/26/2023 10:47 EST  Sood, Ravi (MAT) MD** | | | | | |
| 07/13/2023 | 10:54 FTD | 208.0 | 94.3 | | Sood, Ravi (MAT) MD |
| **Orig Entered: 07/13/2023 11:01 EST  Sood, Ravi (MAT) MD** | | | | | |
| 06/29/2023 | 10:52 FTD | 201.0 | 91.2 | | Scipio, Sharon NP |
| **Orig Entered: 06/29/2023 11:01 EST  Scipio, Sharon NP** | | | | | |
| 06/20/2023 | 10:37 FTD | 211.0 | 95.7 | | Sood, Ravi (MAT) MD |
| **Orig Entered: 06/20/2023 10:41 EST  Sood, Ravi (MAT) MD** | | | | | |

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 69939-066                    Inmate Name: DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Hypothyroidism | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | E039 | 12/22/2021 | Current | |
| Subclinical Hypothyroidism | | | | | | |
| Vitamin D deficiency | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | E559 | 12/22/2021 | Current | |
| Hyperlipidemia, unspecified | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | E785 | 12/22/2021 | Current | |
| Alcohol Use Disorder: Moderate | | | | | | |
| 10/05/2022 13:29 EST  Curry, D. PsyD/ DAP Coordinator | I | DSM-IV | F10. | 10/05/2022 | Current | |
| Opioid Use Disorder: Severe | | | | | | |
| 10/05/2022 13:29 EST  Curry, D. PsyD/ DAP Coordinator | I | DSM-IV | F11. | 10/05/2022 | Current | |
| Unspecified Anxiety Disorder | | | | | | |
| 06/15/2020 10:12 EST  Conlon, Kristin Ph.D. | I | DSM-IV | F41.9 | 06/15/2020 | Current | |
| Mental disorder, not otherwise specified | | | | | | |
| 07/28/2022 09:59 EST  Sood, Ravi (MAT) MD | | ICD-10 | F99 | 07/28/2022 | Current | |
| Chronic depression | | | | | | |
| Unspecified disorder of conjunctiva | | | | | | |
| 03/17/2022 13:07 EST  Feigenbutz, E. OD | | ICD-10 | H119 | 03/17/2022 | Current | |
| pinguecula | | | | | | |
| Unspecified glaucoma | | | | | | |
| 03/17/2022 13:07 EST  Feigenbutz, E. OD | | ICD-10 | H409 | 03/17/2022 | Current | |
| narrow angles | | | | | | |
| Otitis media | | | | | | |
| 10/31/2022 10:16 EST  Ibe, Chigozie PA-C | | ICD-10 | H6690 | 10/31/2022 | Current | |
| Other peripheral vertigo | | | | | | |
| 10/31/2022 10:16 EST  Ibe, Chigozie PA-C | | ICD-10 | H81399 | 10/31/2022 | Current | |
| Angina pectoris, unspecified | | | | | | |

Reg #: 69939-066                    Inmate Name: DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 08/18/2023 08:57 EST  Sood, Ravi (MAT) MD | | ICD-10 | I209 | 08/18/2023 | Current | |
| Non-ST elevation (NSTEMI) myocardial infarction | | | | | | |
| 06/13/2023 15:00 EST  Ibe, Chigozie PA-C | | ICD-10 | I214 | 06/13/2023 | Current | |
| Chronic ischemic heart disease | | | | | | |
| 06/20/2023 11:09 EST  Sood, Ravi (MAT) MD | | ICD-10 | I259 | 06/20/2023 | Current | |
| Partial loss of teeth | | | | | | |
| 09/23/2022 13:59 EST  Song, H. DDS/CDO | | ICD-10 | K08409 | 09/23/2022 | Current | |
| Constipation, unspecified | | | | | | |
| 11/09/2020 11:07 EST  Kistler, R. NP | | ICD-10 | K5900 | 11/09/2020 | Current | |
| Low back pain, UNS | | | | | | |
| 05/04/2023 12:04 EST  Metreveli, Ekaterine NP | | ICD-10 | M5450 | 03/30/2023 | Current | |
| Radiculopathy on R side | | | | | | |
| 03/30/2023 11:48 EST  Metreveli, Ekaterine NP | | ICD-10 | M5450 | 03/30/2023 | Current | |
| Calculus of kidney | | | | | | |
| 04/18/2022 15:22 EST  Sood, Ravi (MAT) MD | | ICD-10 | N200 | 11/01/2019 | Current | |
| S/P lithotripsy left renal calculi on 04/18/2022; Bilateral renal Calculi as per CT scan from 5/28/2021 | | | | | | |
| 05/30/2021 17:37 EST  Mathew, Liju FNP-BC | | ICD-10 | N200 | 11/01/2019 | Current | |
| Bilateral renal Calculi as per CT scan from 5/28/2021 | | | | | | |
| 11/01/2019 09:21 EST  Dalmasi, Odeida MD/CD | | ICD-10 | N200 | 11/01/2019 | Current | |
| Tachycardia, unspecified | | | | | | |
| 06/13/2023 15:00 EST  Ibe, Chigozie PA-C | | ICD-10 | R000 | 06/13/2023 | Current | |
| Shortness of breath | | | | | | |
| 07/20/2023 14:01 EST  Ahmedi, F. (MAT) DO | | ICD-10 | R0602 | 07/20/2023 | Current | |
| Unspecified abdominal pain | | | | | | |
| 04/21/2021 07:35 EST  Mathew, Liju FNP-BC | | ICD-10 | R109 | 04/21/2021 | Current | |
| Dizziness and giddiness | | | | | | |
| 11/29/2022 12:17 EST  Sood, Ravi (MAT) MD | | ICD-10 | R42 | 11/29/2022 | Current | |
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 02/17/2021 15:34 EST  Kistler, R. NP | | ICD-10 | Z0000 | 02/17/2021 | Current | |

HCV Negative

Reg #:  69939-066 | Inmate Name:  DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 08/09/2021 13:28 EST  Sood, Ravi MD | | ICD-10 | Z1159- | 08/09/2021 | Current | |
| Body mass index (BMI) 27.0-27.9, adult | | | | | | |
| 08/09/2021 13:20 EST  Sood, Ravi MD | | ICD-10 | Z6827 | 08/09/2021 | Current | |
| Body mass index (BMI) 28.0-28.9, adult | | | | | | |
| 01/31/2023 14:18 EST  Sood, Ravi (MAT) MD | | ICD-10 | Z6828 | 01/31/2023 | Current | |
| Body mass index (BMI) 29.0-29.9, adult | | | | | | |
| 12/22/2021 12:52 EST  Sood, Ravi MD | | ICD-10 | Z6829 | 12/22/2021 | Current | |
| Negative Test: HIV, Human immunodeficiency virus | | | | | | |
| 08/09/2021 13:28 EST  Sood, Ravi MD | | ICD-10 | Z717 | 08/09/2021 | Current | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Shortness of breath | | | | | | |
| 08/04/2023 09:38 EST  Ibe, Chigozie PA-C | | ICD-10 | R0602 | 06/20/2023 | Remission | 08/04/2023 |
| 06/20/2023 11:09 EST  Sood, Ravi (MAT) MD | | ICD-10 | R0602 | 06/20/2023 | Current | |
| Chest pain, unspecified | | | | | | |
| 08/04/2023 09:38 EST  Ibe, Chigozie PA-C | | ICD-10 | R079 | 06/20/2023 | Remission | 08/04/2023 |
| 06/20/2023 11:09 EST  Sood, Ravi (MAT) MD | | ICD-10 | R079 | 06/20/2023 | Current | |
| Chest pain, unspecified | | | | | | |
| 01/31/2023 14:18 EST  Sood, Ravi (MAT) MD | | ICD-10 | R079 | 11/29/2022 | Remission | 01/31/2023 |
| 11/29/2022 12:17 EST  Sood, Ravi (MAT) MD | | ICD-10 | R079 | 11/29/2022 | Current | |
| Personal history of COVID-19 | | | | | | |
| 07/28/2022 09:59 EST  Sood, Ravi (MAT) MD | | ICD-10 | Z8616 | 08/09/2021 | Remission | 07/28/2022 |
| He declines to receive COVID-19 vaccine | | | | | | |
| 08/09/2021 13:20 EST  Sood, Ravi MD | | ICD-10 | Z8616 | 08/09/2021 | Current | |
| He declines to receive COVID-19 vaccine | | | | | | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Open wound of finger without damage to nail | | | | | | |
| 08/09/2021 13:28 EST  Sood, Ravi MD | | ICD-10 | S61209 | 07/23/2021 | Resolved | 08/09/2021 |
| half cm laceration on top of the right index finger | | | | | | |
| 07/23/2021 10:37 EST  Assemu, Belen FNP-C | | ICD-10 | S61209 | 07/23/2021 | Current | |
| half cm laceration on top of the right index finger | | | | | | |
| Confirmed case COVID-19 | | | | | | |

Reg #: 69939-066                          Inmate Name:  DAWARA, IMAD

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 11/20/2020 14:12 EST  Laughingwell, Raeph MD | | ICD-10 | U07.1 | 11/06/2020 | Resolved | 11/20/2020 |
| 11/13/2020 10:59 EST  Laughingwell, Raeph MD | | ICD-10 | U07.1 | 11/06/2020 | Current | |
| 11/11/2020 15:35 EST  Nelson, Christine NP | | ICD-10 | U07.1 | 11/11/2020 | Current | |
| Suspect/probable COVID-19 case | | | | | | |
| 11/12/2020 13:48 EST  Laughingwell, Raeph MD | | ICD-10 | U07.2 | 11/09/2020 | Resolved | 11/12/2020 |
| 11/09/2020 11:06 EST  Kistler, R. NP | | ICD-10 | U07.2 | 11/09/2020 | Current | |
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 06/10/2022 13:23 EST  Ibe, Chigozie PA-C | | ICD-10 | Z0000 | 06/10/2022 | Resolved | 06/10/2022 |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Other hyperlipidemia~~ | | | | | | |
| ~~07/13/2023 12:33 EST  Sood, Ravi (MAT) MD~~ ~~--duplicate~~ | | ~~ICD-10~~ | ~~E784~~ | ~~06/13/2023~~ | ~~Current~~ | |
| 06/13/2023 15:04 EST  Ibe, Chigozie PA-C | | ICD-10 | E784 | 06/13/2023 | Current | |
| ~~Chest pain, unspecified~~ | | | | | | |
| ~~11/29/2022 12:27 EST  Sood, Ravi (MAT) MD~~ ~~--duplicate~~ | | ~~ICD-10~~ | ~~R079~~ | ~~03/02/2020~~ | ~~Current~~ | |
| 03/02/2020 08:13 EST  Mathew, Liju FNP-BC | | ICD-10 | R079 | 03/02/2020 | Current | |
| ~~Dizziness and giddiness~~ | | | | | | |
| ~~11/29/2022 12:18 EST  Sood, Ravi (MAT) MD~~ ~~--duplicate~~ | | ~~ICD-10~~ | ~~R42~~ | ~~10/31/2022~~ | ~~Current~~ | |
| 10/31/2022 10:16 EST  Ibe, Chigozie PA-C | | ICD-10 | R42 | 10/31/2022 | Current | |

**Total:** 39

Name: DAWARA, IMAD
Age: 43 yr

Gender:   Unknown

07/03/2023 01:04:00PM
P/PR:        112/136 ms
QRS:         104 ms
QT/QTc:      410/420 ms
P/QRS/T axis: 48/-1/22 deg
Heart rate:  63 bpm

warning: sex not available, assumed male
sinus arrhythmia
moderate mid- and left-precordial repolarization disturbance, consider
ischemia or LV overload
Abnormal ECG
Unconfirmed Report

FTO # 69939 dd6



25 mm/s        10 mm/mV Frequency Response [0.5-35] Hz  HillROM™ Version 2.10.09

Name:        DAWARA, IMAD
Age:         43 yr

P/PR:        112/140 ms
QRS:         92 ms
QT/QTc:      470/441 ms
P/QRS/T axis: 43/-6/9 deg
Heart rate:  53 bpm

moderate mid- and left-precordial repolarization disturbance, consider
ischemia, LV overload and/or digitalis
slight inferior repolarization disturbance, consider ischemia, LV overload
and/or digitalis
Abnormal ECG
Unconfirmed Report



25 mm/s        10 mm/mV Frequency Response [0.5-35] Hz   Version 2.10.09

| ID: | 69939066 | Gender: | Male | 06/29/2023 11:32:18 AM | | sinus rhythm (slow) |
|---|---|---|---|---|---|---|
| Name: | DAWARA, IMAD | | | P/PR: | 114/140 ms | extensive anterior infarct |
| Age: | 43 yr | | | QRS: | 98 ms | slight but extensive precordial repolarization disturbance secondary to infarct |
| | | | | QT/QTc: | 478/469 ms | slight inferior repolarization disturbance secondary to infarct |
| | | | | P/QRS/T axis: | 35/-10/7 deg | Abnormal ECG |
| | | | | Heart rate: | 58 bpm | Unconfirmed Report |



10 mm/mV Frequency Response [0.5-35] Hz

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611

Dept. 805

DRMN:

Discharge Summary

Patient's Name: DAWARA,IMAD
M.R.#: M000347675
CPT Code:

Date of Birth: 10/12/1979
Admit/Service Date: 08/16/23

## DS: Providers
**Provider**
Date/time of admission:
08/16/23 18:06

Attending provider:
Kerry Lanigan, MD

Referring provider:
Michael Ruzek, DO

Specialty attending: Chen,Chunguang, MD
Discharge Date: 08/17/23
Discharge Diagnosis:
Noncardiac chest pain

## Discharge Plan
**Discharge Plan**
Hospital Course:
The patient was hospitalized on telemetry while he underwent further evaluation of his chest pain.
Serial cardiac enzymes were normal and vital signs essentially normal, apart from very mild
bradycardia. Imdur was discontinued, as the patient had been unable to tolerate this medication due
to headaches.

The patient was evaluated by cardiology and decision was made to perform nuclear stress test. This
showed a small area of infarction of the inferior wall from apex to base, extending to the apicolateral
segment. However, no ischemia was observed. ECG respnse to exercise was nonischemic and there
was no chest pain with exercise. As such, the patient was felt stable for discharge. He will follow up
with cardiology as an outpatient.

Greater than 30 minutes were spent on date of discharge in direct bedside assessment of patient,
reviewing diagnostics, counseling, and coordinating care.

Page: 1 of 4

Name: DAWARA,IMAD                                    Dept. 805
M.R.#: M000347675

---

Disposition (Required to Place Discharge Order): Xfer Court/Law Enforcement

Prescriptions:
**New**
 **ranolazine 500 mg Tablet Extended Release 12 Hr**
  500 mg PO BID Qty: 60 ORF

**Continued**
 **pantoprazole 40 mg Tablet,Delayed Release (Dr/Ec)**
  40 mg PO DAILY@0600 Qty: 30 ORF
 **aspirin 81 mg tablet,delayed release (DR/EC)**
  81 mg PO DAILY Qty: 90 ORF
 **atorvastatin 80 mg tablet**
  80 mg PO NIGHTLY Qty: 90 ORF
 **clopidogrel [Plavix] 75 mg tablet**
  75 mg PO DAILY Qty: 90 ORF
 **metoprolol tartrate 50 mg tablet**
  50 mg PO BID Qty: 180 ORF
 **nitroglycerin 0.4 mg tablet, sublingual**
  0.4 mg sublingual Q5M PRN (Reason: chest pain) Qty: 60 ORF
  Rx Instructions:
  do not exceed 3 doses per episode

**Discontinued**
 **isosorbide mononitrate 30 mg tablet extended release 24 hr**
  30 mg PO DAILY Qty: 30 ORF

Activity Restrictions/Additional Instructions:
Discharge diagnosis: noncardiac chest pain.

You are encouraged to perform cardiovascular exercise to help improve your exercise tolerance and heart function. This includes walking on a treadmill, biking, swimming, etc. If you develop severe shortness of breath, chest pain, or feel you are going to lose consciousness, you should terminate exercise immediately and seek emergency care.

I recommend a diet low in sodium. Try to increase your intake of vegetables and lean proteins.

Assessment (does not print on discharge packet):
See Discharge Diagnosis List.

Care Plan Goals:
The ability to resume daily activities as detailed in the discharge plan and discharge instructions.

Plan of Treatment (does not print on discharge packet):
See patient instructions and follow up plan for the specific plan of treatment.

Condition: Stable

Referrals:
No,PCP [Primary Care Provider] -

**Activity/Diet**

Name: DAWARA,IMAD
M.R.#: M000347675

Dept. 805

Activity: Activity as tolerated

Diet: Low fat and Low sodium

# Exam
## Physical
Height,Weight,BMI,Vital Signs:

| | |
|---|---|
| Height | 173 cm |
| Weight on Admission | 94 kg |
| Current Weight | 92.8 kg |
| TEMP(s) | 36.7 C |
| Heart Rate | 56 |
| BP(s) | 100/72 |
| MAP(s) | 81 |
| Respiratory Rate | 18 |
| 02 Sat by Pulse Oximetry | 97 |

**Const**
Constitutional: Present alert & oriented x 3, pleasant and comfortable; Absent acute distress
**HEENT**
Head: Present normocephalic and atraumatic
Eye: Present EOMI; Absent sclera icterus
ENT: Present mucous membranes moist and oropharynx clear
**Neck**
Neck: Present supple; Absent JVD
**Cardiovasc**
Cardiovascular: Present RRR, S1 and S2; Absent gallop or rubs
**Respiratory**
Respiratory: Present clear to auscultation bilaterally; Absent accessory muscle use, rales or rhonchi
**Abdominal**
Abdominal: Present soft and normoactive bowel sounds; Absent tenderness, distended or mass
**Extremities**
Extremities: Absent cyanosis, clubbing or edema
**Skin**
Skin: Present intact and normal turgor; Absent cyanosis
**Neuro**
Neurological: Present alert, oriented X3, normal speech and non-focal
**Psychiatric**
Psychiatric: Present normal affect and normal thought process

# DS: Data
## Results

08/17/23 05:22

$$7.6 \diagup \frac{14.6}{41.3L} \diagdown 209$$

08/17/23 05:22

Page: 3 of 4

Name: DAWARA,IMAD                                Dept. 805
M.R.#: M000347675

| 140 | 108 | 20 |
|-----|-----|-----|
| 4.0 | 25 | 1.0 |

## Quality Reporting
**Quality: PCI Patients**
Did patient have a PCI this admission?: No
**Quality: CABG Patients**
Did patient have CABG this admission?: No
**Quality: CHF/MI/ICD Patients**
LV function (LVEF): >55%

Dictated By:     Kerry Lanigan, MD
e-Signed By:    Kerry Lanigan, MD                    08/17/23 1452

Dictated Date:  08/17/23

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611

Dept. 705

DRMN:

Patient's Name: DAWARA,IMAD
M.R.#: M000347675

Date of Birth: 10/12/1979
Date: 08/16/23

Ordering Physician: Steven Douedi, MD
Date of Service: 08/17/23
Procedure(s): NM nuclear stress test
Accession Number(s): G0000985562
CPT Code: 78452
Patient Status: ADM OBS

PROCEDURE:
NM nuclear stress test

One Day Exercise Protocol.  Patient received approximately 12.1 mSv.

REASON FOR EXAM:
chest pain evaluation of extent and severity of coronary artery disease

HISTORY:
43 y/o   M with known coronary artery disease.
Cardiac risk factors include:  Hyperlipidemia
Height 68 in weight 207 lb
Tobacco Use: Current
Previous Cardiac Revascularizations: PCI to LAD and left circumflex 06/2023
Cardiac Medications:  Aspirin, Lipitor, Plavix, metoprolol, sublingual nitro, Imdur

TECHNIQUE:
Yes to CZT Spectrum camera All imaging for this procedure was obtained using a CZT Spectrum camera with
appropriate software for gated images.  The images were processed in the short, horizontal long and vertical long
axis using TruCorr attenuation correction software.

Rest gated-myocardial perfusion imaging was performed 15-45 minutes following the intravenous injection of 6.5 mCi
of Tc-99m Sestamibi.  Gating post-stress tomographic imaging was performed 15-45 minutes following the
intravenous injection of 19.32 mCi of Tc-99m Sestamibi.

Patient was supine imaged:  Yes.

STRESS TEST DATA:
DASI Score:  36.7 age and Gender Predicted METS: 9.5



Name: DAWARA,IMAD                                            Dept. 705
M.R.#: M000347675

Protocol:  Bruce, Modified Bruce

Stage:
1     2     3

Treadmill Speed:
1.7    2.5    3.4
Treadmill Grade:
10     12     14

Duration (min):
3:00  3:00  1:17

The maximum stage achieved was 3 of the Bruce protocol.

Highest sustained exercise 3.4 mph @ 14% grade, METS 10.16, Function Class 1, MPHR 88 %.
Total Exercise time was 7 minutes 17 seconds.
Heart Rate response was appropriate
Blood pressure response was appropriate
Exercise tolerance was good
Sub-optimal Study: No
Rest ECG:  Sinus rhythm, nonspecific ST changes
Resting HR:  81 bpm  Peak HR: 156 bpm
Resting BP:  116/80 mmHg  Peak BP: 148/60 mmHg
End point:  Symptoms
Symptoms:  Neck pain and shortness of breath.  Symptoms resolved without intervention.
ECG Changes: None
Arrhythmias: None
ECG changes:  Nonischemic.

FINDINGS:
Study Quality:   Good
Raw Images:  There is no evidence of abnormal extra cardiac radiotracer uptake

Exercise stress myocardial perfusion imaging demonstrated normal cavity size at stress, normal with rest. TID was
calculated as 0.89, normal.  There is a medium-sized area of moderate to severe photon reduction in the inferior wall
from apex to base extending to the apicolateral segment present on upright rest and stress imaging.  On the
attenuation corrected images, the inferior wall perfusion normal abnormality was no longer present suggesting
attenuation artifact.  However the apicolateral defect persisted, consistent with a true perfusion defect.  The gated
SPECT imaging demonstrated hypokinesis of the apicolateral segment.  The left ventricular ejection fraction is 69%.

IMPRESSION:
1. Abnormal myocardial perfusion study with exercise.  MPHR 88 %.  There is a small area of infarction in the
apicolateral segment as outlined above, without peri-infarct ischemia.
2. Left ventricular cavity size was normal.  Left ventricular systolic function is preserved.  Left ventricular wall motion
demonstrates hypokinesis in the apicolateral segment as described above.  The left ventricular ejection fraction
assessed as 69%.
3. ECG response to exercise is nonischemic.
4. Chest pain was not present with exercise.

Prior Study for comparison:  None



Name: DAWARA, IMAD                                                     Dept. 705
M.R.#: M000347675

CARDIOLOGY FELLOW: Logan Bernhardt, D.O.

The stress portion of the study was supervised by Patricia Scordia, NP.

The Patient left the department in stable condition offering no complaints.

My signature attests to my involvement in the review and interpretation of the procedure.

Dictated By:    Mark Moshiyakhov, MD
e-Signed By:    Mark Moshiyakhov, MD                      08/17/23 1254

Dictated Date:  08/17/23

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Imad Dawara | **Visit Date:** | July 26, 2023 |
| **Patient ID:** | 405375 | **Provider:** | John L. Caplan, MD |
| **Sex:** | Male | **Location:** | Telehealth |
| **Birthdate:** | October 12, 1979 | **Location Address:** | 2073 Klockner Road |
| | | | Hamilton, NJ 08690-3414 |
| | | **Location Phone:** | (609) 584-1212 |

## Chief Complaint

ı   Follow-up of cardiac condition listed in the PMH section of the chart
ı   Chest Pain
ı   Shortness of breath
ı   Palpitations
ı   Dizziness

## History Of Present Illness
### TELEMEDICINE VISIT

Imad Dawara is a 43-year-old male who is who presents for a telemedicine visit.
The patient presents today for follow up for recent new symptom and review of recent cardiac testing.

#### HPI:

The patient Has a history of unstable angine/non ST elevation myocardial infarction with symptoms of chest pain/chest pressure radiating to the arm as well as to the jaw. There was associated shortness of breath and fat gue. Patient was transferred to Deborah heart and lung and underwent emergent cardiac catheterization demonstrating severe disease involving the circumflex as well as the left anterior descending artery He underwent drug-eluting stents to both vessels. He was loaded with Plavix and has been maintained on clopidogrel 75 mg daily. While hospitalized, he was observed to have nonsustained ventricular arrhythmias/PVCs. Chest x-ray was unremarkable. EKG demonstrated norma sinus rhythm with ST-T wave abnormalities. A subsequent echocardiogram and Doppler study demonstrated d astol c dysfunction. Eject on fraction was approximately 55%. Valvular structures appeared normal. Unfortunately, the patient cont nues to do poorly. He has been complaining of short less of breath on m nimal exertion There has been orthopnea and PND. In addition, he continues to have chest pressure/t ghtness with radiation to the neck, jaw and arms with ncreasing fat gue, tiredness and dizziness. The patient mentions that a week after the stents, he had similar symptomatology which precipitated a return visit to the emergency room He was observed and fe t a little bit better and was subsequently discharged. He did mention, that there was a question of performing another catheterization, however this was deferred. He has been hav ng more palpitations and fluttering sensations in addition to the associated chest pains and shortness of breath. I did ment on the idea of performing a 24 hour Holter monitoring to evaluate for ventricular arrhythmias as well as titrat ng his Toprol. However, given the nature of his current symptomato ogy and feeling poorly since the catheterization, I feel he needs immediate attention by being transferred to Deborah heart and lung for further care I recommend revisualization of the coronary anatomy and longer cardiac monitoring. I discussed my concerns to the prison staff. I feel, there is nothing I can do immediately to assist his current symptomatology. Of note. I did recommend stopping the medizine because I feel that his current symptoms could be rhythm related.

#### STATUS OF CHRONIC CONDITIONS

The patient's chronic conditions include Alcohol dependence Anxiety, ASHD, Glaucoma Hyperl pidemia, Mixed, Hypothyro dism, Old myocard a infarction, Peripheral vertigo, Renal calcul, S P PTCA Substance abuse, and Vitam n D deficiency The conditions listed have been stable except as mentioned in the HPI
No further comments were elicited upon interviewing the patient.

#### RECENT TESTING:

The following card ac test ng was reviewed with the patient dur ng the office visit. Echocardiogram and Was reviewed with the patient Preserved left ventricular systolic function

[Digital Signature Validated]

2-Aug-2023  12:44    Hamilton Cardiology Associates                      6095815738              p.3

[8/2/2023][Page 2]

The following testing/procedures were reviewed with the patient during the office visit. Cardiac catheterization and I was reviewed with the patient. Circumflex and LAD stents placed in the mid segments.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Alcohol dependence | | |
| Anxiety | | |
| ASHD | 6/11/23 | |
| Glaucoma | | |
| Hyperlipidemia, Mixed | | |
| Hypothyroidism | | |
| Nephrolithiasis | | multiple requiring lithotripsy |
| Nonsustained Ventricular Tachycardia | 6/11/23 | 19 beat run per tele, DHL |
| Old myocardial infarction | 6/11/23 | NSTEMI, DHL |
| Peripheral vertigo | | |
| Renal calculi | | |
| S/P PTCA | 6/11/23 | OM1 2.5 x 20mm Synergy DES & mLAD 3.5 x 20mm DES, DHL [DAPT x at least 1 yr] |
| Substance abuse | | |
| Vitamin D deficiency | | |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Lithotripsy | | |
| Percutaneous transluminal coronary angioplasty | 6/11/23 | OM1 2.5 x 20mm Synergy DES & mLAD 3.5 x 20mm DES, DHL [DAPT x at least 1 yr] |
| s/p cardiac catheterization | 6/11/23 | mLAD 80% (consistent w/ plaque rupture, TIMI II), LCx prox to OM1 bifurcation 80% (consistent w/ plaque rupture), RCA 10% diffuse, DHL |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| aspirin 81 mg tablet,delayed release | | take 1 tablet (81 mg) by oral route once day |
| atorvastatin 80 mg tablet | | take 1 tablet (80 mg) by oral route once day |
| clopidogrel 75 mg tablet | | take 1 tablet (75 mg) by oral route once daily |
| duloxetine 30 mg capsule,delayed release | | take 3 capsules (90 mg) by oral route once daily |
| metoprolol tartrate 100 mg tablet | | take 1 tablet (100 mg) by oral route once 2 times per day |
| mirtazapine 45 mg tablet | | take 1 tablet (45 mg) by oral route once daily before bedtime |
| tamsulosin 0.4 mg capsule | | take 1 capsule (0.4 mg) by oral route once day 1/2 hour following the same meal each day |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Ancef | | | |
| PENICILLINS | | | |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Coronary Artery Disease | | |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol Abuse | | --/-- | | |
| Opiates | | -/- | | |

[Digital Signature Validated

## Review of Systems

**Constitutional**
  ¡ **Admits** : fatigue, malaise
  ¡ **Denies** : diaphoresis
**Eyes**
  ¡ **Denies** : amaurosis fugax, all other
**HENT**
  ¡ **Denies** : all other
**Breasts**
  ¡ **Denies** : all other
**Cardiovascular**
  ¡ **Admits** : chest pain, dyspnea on exertion, orthopnea, paroxysmal nocturnal dyspnea, palpitations, lightheadedness
  ¡ **Denies** : syncope, lower extremity edema, all other
**Respiratory**
  ¡ **Denies** : shortness of breath, wheezing, all other
**Gastrointestinal**
  ¡ **Denies** : nausea, vomiting, abdominal pain, all other
**Genitourinary**
  ¡ **Denies** : all other
**Integument**
  ¡ **Denies** : all other
**Neurologic**
  ¡ **Denies** : memory difficulties, loss of balance, all other
**Musculoskeletal**
  ¡ **Denies** : muscular weakness, muscle cramps, all other
**Endocrine**
  ¡ **Denies** : decreased libido, weight gain, weight loss, all other
**Psychiatric**
  ¡ **Denies** : anxiety, depression, all other
**Heme-Lymph**
  ¡ **Denies** : easy bleeding, easy bruising, all other
**Allergic-Immunologic**
  ¡ **Denies** : all other
**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | Cuff D/FS ae | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | FR Unit: EO2 HO |
|------|------|-----|----------|------|-------------|-----|-----|----------|-----|-----|-----------|--------|--------|------------------|
| 07/26/2023 | 11:30 AM | 111/75 | Sitting | Brachial | | | | 94 R | | | | | | |

## Assessment

(1) Angina, Unstable   411.1/I20.0
persistent symptomatology despite recent drug-eluting stents to the circumflex and LAD. Because of the worsening symptoms including shortness of breath, chest pains radiating to the jaw and palpitations/lightheadedness. I have asked
¡ the patient to be transferred to the hospital for further evaluation.
(2) S/P PTCA   V45.82/Z98.61
¡ DES x2, DHL; drug-eluting stents to the mid LAD as well as circumflex vessels.
¡ (3) Renal calculi   592.0/N20.0
(4) Atherosclerosis of coronary artery of native heart with angina pectoris
¡ Atherosclerotic heart disease of native coronary artery with unspecified ang na pectoris   414.01/I25.119
(5) Dizziness   780.4/R42
¡ cannot rule out ventricular arrhythmias
(6) Palpitations   785.1/R00.2
Concern for ventricular arrhythmias. I am requesting patient be transferred to the hospital though, regardless, metoprolol
¡ should be titrated up as well as at least 24 hour Holter monitoring.

## Plan
**Medications**

[Digital Signature Validated

ⁱ Medications have been Reconciled

**Instructions**

Recommend Patient be transferred to the hospital for further evaluation and care. Will likely require revisualization of the
ⁱ coronary anatomy.

All prescribed medications were reconciled with the patient/patient representative during the office visit and reviewed in
detail, defining purpose and side effects. Continue prescribed medications at dosage and frequency as detailed above
ⁱ and/or in the medication list

ⁱ Please forward copies of any recent laboratory data

ⁱ Copies of the most recent EKG and/or cardiac testing are available upon request

I spent > 60 minutes on this date of service performing the following activities: obtaining history, performing
ⁱ examination, entering orders, documenting, and providing counseling and education.

ⁱ I reviewed old records and/or outside testing with the patient/patient representative during the office visit

Outside or old records and/or history were obtained from an additional person and the patient's current medical record
ⁱ was updated

**Disposition**

ⁱ Follow-up after procedure

ⁱ Follow-up in 6 months

**Electronically Signed by:** John L. Caplan, MD - Author on August 2, 2023 08:39:55 AM

[Digital Signature Validated



**Deborah** 300 Trenton Road
Browns Mills, NJ 08015
Heart and Lung Center 609-893-1200

Patient: IMAD DAWARA
Acct Num: D 103712954
Med Rec Num: 107394276
Location: 4C - 4 Deborah
Primary Provider: Lanigan,Kerry
Dated: 07/27/23

# Patient Visit Information

## Patient Instructions:

Received with this packet on 07/27/23 at 16:06
Chest Pain
Coronary Artery Disease
Shortness of Breath

## Care Plan Goals:

The ability to resume daily activities as detailed in the discharge plan and discharge instructions.

## Activity Restrictions or Additional Instructions:

Discharge Diagnosis:
Stable angina

## Follow-Ups:

IMAD DAWARA has been referred to the following clinics/specialists for follow-up care:

**1. PCP No  Date:**
   None
   None

## Prescriptions:

1. isosorbidemononitrate
       30 mg oral daily #30 tab
       30 mg
       tablet extended release 24 hr
       Refills: 0

## Additional Documents Given:

Patient Discharge Instructions
Home Medications List

**Deborah**
Heart and Lung Center
300 Trenton Road
Browns Mills, NJ 08015
609-893-1200

Home Medication List

Page: 1
Date: [illegible]

Patient: [illegible]
Medical Record Number: [illegible]
Account: [illegible]

Please review the sections of this list carefully, and if you have any questions regarding your medications or medical equipment supplies, contact your primary care physician.

---

### New Medications (1)
These are new medications to start taking at home.

1. isosorbide mononitrate *Imdur*
   30 mg oral daily
   Kerry Lanigan, MD
   Last Taken: Unknown

   30 mg tablet extended release 24 hr
   Next Due: 7/28  0900

   **℞**

   Prescription Printed To Be Given To Patient

---

### Continue Medications (6)
These are your current medications to keep taking at home.

2. aspirin
   81 mg oral daily
   Florence Unuigbe, MD
   Last Taken: 07/15/23 09:00

   81 mg tablet, delayed release (DR/EC)
   Next Due: 7/28  0900

3. clopidogrel [Plavix]
   75 mg oral daily
   Florence Unuigbe, MD
   Last Taken: 07/15/23 09:00

   75 mg tablet
   Next Due: 7/28  0900

4. atorvastatin
   80 mg oral nightly
   Florence Unuigbe, MD
   Last Taken: 07/15/23 21:00

   80 mg tablet
   Next Due: 7/28  2100

5. metoprolol tartrate
   50 mg oral twice a day
   Florence Unuigbe, MD

| | Home Medication List | Page: |
|---|---|---|
| **Deborah** 100 Trenton Road Browns Mills, NJ 08015 609-893-1200 Heart and Lung Center | | Date. |

Patient: ░░░░ ░░░░░░
Medical Record Number: ░░░░░░░░
Account: ░░░░░░░░░

**Continue Medications (6)**
These are your current medications to keep taking at home.

Last Taken: 07/14/23 09:00

50 mg tablet
**Next Due:** 7/26  0900

6.   nitroglycerin
     0.4 mg sublingual every 5 minutes as needed
     do not exceed 3 doses per episode
     PRN Reason: chest pain
     Florence Unaigbe, MD
     Last Taken: Unknown
     0.4 mg tablet, sublingual
     **Next Due:** as needed

7.   pantoprazole
     40 mg oral daily 0600
     Laura Choc, DO
     Last Taken: 07/26/23 06:00

     40 mg Tablet, Delayed Release (DR/EC)
     **Next Due:** as prescribed

| Deborah Heart and Lung Center | 100 Trenton Road Browns Mills, NJ 08015 609-893-1200 | Patient Discharge Instructions | Page: 1 of 2 Date: 07 27 14 14:14 |
|---|---|---|---|

DAWARA, IMAD
  Fac: Deborah Heart and Lung Center      Loc:4B - 4 Lester                    Bed:445B-A
  43 M 10/12/1979                 Med Rec Num:M000347675              Visit:V00 00073901
       Attending:Kerry Lanigan                                    Reg Date:07 26 23
           Reason:

## Activity/Diet

Activity                        Activity as tolerated
Diet                            Low cholesterol,Low sodium.

**\*\*\*If you need to return to Deborah Heart and Lung Center for follow-up, please call 609-621-2080 so that we can schedule your return appointment\*\*\***

**Call your Primary Physician or 911, or go to the Emergency Room if you have worsening symptoms including but not limited to:**

~ Leg Swelling
~ Shortness of Breath
~ Severe Wheezing
~ Fever above 100(F)
~ Chest or Upper Body Pain or Angina Unrelieved with 3 Nitroglycerin if prescribed

**Contact your DHLC Specialty Provider Kerry Lanigan, MD for these symptoms:**

~ Bleeding
~ Drainage
~ Redness
~ Fever above 100(F)
~ Swelling
~ Increased tenderness/pain

## SAFE & SECURE MEDICINE STORAGE and DISPOSAL:

Store medication in a cool, dry area away from light or as directed by your pharmacist or health care provider. Consider a lockbox to secure your opioid medications to prevent theft or accidental overdose.

Unused medications that remain in your medicine cabinet are susceptible to theft and misuse especially opioids. To prevent medications from getting into the wrong hands, New Jerseys Office of the Attorney General and Division of Consumer Affairs urge you to properly dispose of your expired and unwanted prescription medicine at a nearby Project Medicine Drop location.

~ DROP OFF IS SIMPLE, ANONYMOUS AND AVAILABLE 24 HOURS A DAY  365 DAYS A YEAR, NO QUESTIONS ASKED.

Simply bring in your prescription and over-the-counter medications and discard them in an environmentally safe manner. Always scratch out the identifying information on any medicine container you are discarding.

For a list of Project Medicine Drop locations, please visit www.NJConsumerAffairs.gov/meddrop.

## SMOKING CESSATION:

Smokers are advised to stop smoking. Non-smokers are advised to continue abstinence and avoid second-

Continued on Page 2

Page: 2 of 2

DAWARA, IMAD
Fac: Deborah Heart and Lung Center        Loc:4L - 4 Lesser        Bed:4459-A
43 M 10/12/1979                Med Rec Num:M000347675                Visit:V00020770954

hand smoke.

## CUSTOMER SATISFACTION SURVEY:

Thank you for allowing us to care for you. We hope that we have done everything possible to make your stay with us exceptional. Should you have any further questions regarding your care please do not hesitate to contact our customer service department at 609-735-2969. Your feedback is very important to us, as we continually strive to exceed our patients expectations. You may be contacted by Press Ganey, the company that provides us with our patient satisfaction results. Please take the time to share your thoughts about your experience at Deborah. Your opinion matters to us. All surveys are confidential.



ID: 69939 066
Name: DAWARA, IMAD
Age: 43 yr
Gender: Male

07/13/2023 12:03:43PM
P/PR: 112/138 ms
QRS: 88 ms
QT/QTc: 372/437 ms
P/QRS/T axis: 40/-6/49 deg
Heart rate: 83 bpm

sinus rhythm
moderate mid- and left-precordial repolarization disturbance, consider
ischemia or LV overload
Abnormal ECG
Unconfirmed Report

7/13/2022
69939-066
FTD Fort Dix

25 mm/s    10 mm/mV Frequency Response [0.5-35] Hz    Version 2.10.09



① 20-06-12 11:07 AM ET          Deborah Heart & Lung          → HONEY WALKER                          pg 1 of 8
                                    Sent 06/12/2023 11:06:26,  Page -  1

*LIVE* Deborah Heart and Lung Ctr $\cancel{FTD} \#69939\_066$

Patient Name:   Dawara,Imad          Account Number:     V00020643284       Page:  1
Birthdate:      10/12/1979           Medical Rec Number:  M000347675        Date:  06/12/23 11:01
Admit Date:     06/11/23             Length of Stay:      1                 User:  Anderson,Cheryl
Insurance/Policy Number:
NAPHCARE INC / 69939066
SELF PAY INSURANCE

## *Admission Review

Admission Review

**- Review Information**
**Review Date:** 06/12/23
**Reason for Admission:** NSTEMI
**Utilization Management RN:** Anderson,Cheryl
**Insurance:** NAPHCARE INC

**- Review Outcome**
**Next Review Date:** 06/12/23
**Review Outcome:** Inpatient Criteria Met
**Review Status:** *Complete

**- Payor Communication**
**Payor Comm Status:** PC | Pending
**Date Sent:** 06/12/23 (NAPHCARE)
**How Sent:** FAX

### Indicia Notes

Aggregate Interface Note

Warning: Potentially sensitive patient data is contained here. Follow patient
privacy policies.

Medical Record Number: M000347675
Patient Name: Dawara, Imad
Gender: Male
DOB: 10/12/1979
Insurance Plan Name: (No Entry)

Primary Insurance : None

Facility: Deborah Heart and Lung Center
Facility Phone: (No Entry)Encounter Codes:  (none)
Guideline 1 of 1  M-230  GLOS: 2 (DS)  Myocardial Infarction
[Version: MCG 26th Edition]
Next Review Date: (No Entry)
Added by: Anderson, Cheryl on 6/12/2023 10:53 AM EDT
Patient Status:

Patient Name:   Dawara,Imad
Birthdate:      10/12/1979
Admit Date:     06/11/23
Insurance/Policy Number:
NAPHCARE INC / 69939066
SELF PAY INSURANCE

Account Number:      V00020643384
Medical Rec Number:  M000347675
Length of Stay:      1

Page:  2
Date:  06/12/23 11:01
User:  Anderson,Cheryl

## *Admission Review

Clinical Indications for Admission to Inpatient Care
Status: Indications Met

Clinical Note #1
  6/12/2023 10:56 AM EDT by Anderson, Cheryl
 Subject: Admission
 Note Text:
    ADMITTED FROM THE ER AS INPT FOR NSTEMI

Most Recent Editor: Anderson, Cheryl    Most Recent Date: 6/12/2023 10:56 AM EDT
  (X) Admission is indicated for 1 or more of the following (1) (2) (3) (4)
  (5) (6) (7) (8) (9):
    (X) Acute myocardial infarction (MI) [A] [B] (not in context of cardiac
    procedure within last 48 hours), as indicated by ALL of the following
    (5) (12):
      (X) Elevated cardiac troponin level, [C] [D] [E] [F] as indicated by
      1 or more of the following :
        (X) Initial troponin elevated with subsequent increase or
        decrease in level of 20% or more (ie, indicative of acute
        myocardial injury)
        Text note: Troponin 0.07-> 3.05 [entered on 6/12/2023 10:56 AM
        EDT by Anderson, Cheryl]
      (X) Myocardial injury due to acute ischemia, as indicated by 1 or
      more of the following :
        (X) Symptoms consistent with myocardial ischemia (eg, chest
        pain, dyspnea)
        Text note: 10/10 left sided sub sternal chest pressure radiating
        to his shoulders, neck and left arm down to his fingers. Patient
        also states that in the past few weeks he has noticed some light
        dyspnea on exertion. [entered on 6/12/2023 10:56 AM EDT by
        Anderson, Cheryl]

Inpatient Progression

Care Day 1.   Care Date 6/11/2023   Level Of Care: ICU
[Status : Guideline Day 1 Met]
Clinical Note #1
  6/12/2023 10:59 AM EDT by Anderson, Cheryl
 Subject: Additional Clinical Information
 Note Text:
    PT TAKEN TO THE CATH LAB WHERE HE UNDERWENT PCI:

 Post Procedure Impressions:
 Severe mLCX lesion s/p IVUS guided PCI with DESx1
 Severe mLAD lesion s/p IVUS guided PCI with DESx1
 Complications (if none, enter "no complications"):
 None
 Recommendations:
 Load with plavix 300mg and continue 75mg daily as patient may have

Patient Name:    Dawara,Imad                    Account Number:     V00020643284          Page:  3
Birthdate:       10/12/1979                     Medical Rec Number:  M000347675           Date:   06/12/23 11:01
Admit Date:      06/11/23                        Length of Stay:     1                    User:   Anderson,Cheryl
Insurance Policy Number:
NAPHCARE INC / 69939066
SELF PAY INSURANCE

## *Admission Review

difficulty taking brilinta in prison
GDMT
Echocardiogram
Cardiac rehab

Most Recent Editor: Anderson, Cheryl    Most Recent Date: 6/12/2023 11:00 AM EDT

Clinical Status
    (X)* Clinical Indications met
Medications
    (X) Anticoagulants
    Text note: IV HEPARIN [entered on 6/12/2023 11:00 AM EDT by
    Anderson, Cheryl]

* Milestone

Deborah Heart and Lung Center
2 JO Trenton Road
Browns Mills, N.J. 08015-1799
(i09)893-6611

Dept. 805

DRMN:

Cardiology H&P

Patient's Name: Dawara,Imad                 Date of Birth: 10/12/1979
M.R.#: M000347675                           Admit/Service Date: 06/11/23
CPT Code:

## HPI
### Date of Service
Date of Service: 06/11/23
### History of Present Illness
History of present illness:

43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy brought in from prison for episode of left-sided chest pressure this morning. Patient reports that he was at prison speaking to a family member when he became very anxious. He subsequently developed 10/10 left sided sub sternal chest pressure radiating to his shoulders, neck and left arm down to his fingers. Patient states that he was given Tylenol to slightly relieve the chest pressure. He was given 1 dose of sublingual nitroglycerin which improved the chest pressure to a 3/10. In the ER, patient states that he still has substernal left-sided chest pressure rated at 3/10 with some left finger numbness. ECG: Respiratory sinus arrhythmia, early repolarization abnormality

Patient also states that in the past few weeks he has noticed some light dyspnea on exertion. Patient denies any palpitations, paroxysmal nocturnal dyspnea, leg swelling, syncope, fevers, recent infections.

Patient reports that he has no family history of heart attack or sudden cardiac death. Patient was a previous 25-pack-year smoker with extensive hookah smoking history as well. Denies any excessive alcohol use. He is not on any medications currently.

Patient bought up to floor and had recurrent 10/10 chest pressure requiring sublingual nitroglycerin x3 and nitropatch without minimal relief, so also given trial of IV morphine 2mg, followed by 4mg. ECG showed no new changes. However, telemetry showed 19 beats of NSVT. NSTEMI treatment started. Patient loaded with brilinta. Cath consent placed. Serial ecgs and troponins will be ordered. Patient reported persistent chest pain despite medical management so transferred to ICU for initiation of nitroglycerin drip. Troponin 0.07-> 3.05

## Exam
### Physical
Height,Weight,BMI,Vital Signs:
General: Uncomfortable appearing, anxious

Page: 1 of 3

Name: Dawara,Imad                                          Dept. 805
M.R.#: M000347675

---

HEENT: NCAT, no JVD
Cardiac: +S1S2, no murmurs, rubs or gallops
Chest: No tenderness on palpation of the precordium
Pulm: CTAB, no wheezes, rhonchi, rales
GI: soft, NTND, normal bowel sounds
Skin: warm, dry
Extremities: no lower extremity edema
Neuro: AAOx3

## A/P

### Assessment and plan
(1) Elevated troponin I level:
(2) Left chest pressure:
(3) NSTEMI (non-ST elevated myocardial infarction):

### Plan
§ NSTEMI

-- NPO after midnight
-- Asa, brilinta, lopressor
- Monitor on nitroglycerin gtt
- Heparin gtt
--ICU monitoring

## Quality Measures
\ VTE
Contraindication to VTE prophylaxis: N/A
Documentation of mechanical device: N/A
Deep vein thrombosis/Pulmonary embolism present on admission: No

## Provider Attestation
### Attestation
Provider attestation:
Patient was seen and examined by me personally.  Fellow's history and physical examination above
reviewed.  Agree with plan.  Briefly patient is a 43-year-old man with past medical history of kidney
stones who presented from correctional facility with complaints of chest pain radiating to left
shoulder, neck, and left arm.  Pain improved with nitroglycerin.  Initial twelve-lead electrocardiogram
showed normal sinus rhythm with minimal ST changes.  Laboratory findings were significant for
mildly elevated serum troponin markers.  Patient was initially admitted to telemetry floor but had
persistent chest discomfort and subsequent serum troponin markers increased to 3.05.  Additionally,
patient had an episode of ventricular tachycardia.  Patient was subsequently transferred to the
medical intensive care unit for further management of acute myocardial infarction.  He was loaded on
dual antiplatelet therapy and IV heparin anticoagulation was initiated.  IV nitroglycerin drip is being
started for pain management.  Bedside transthoracic echocardiographic examination was performed
revealing wall motion abnormalities involving the distal septum and the apex.  Given patient's
persistent chest pain with rising troponin markers, regional wall motion abnormalities on 2D
echocardiogram, and electrical instabilities, the decision was made to proceed with emergent cardiac
catheterization.  The case was discussed with interventional cardiology on-call team and Cath Lab was
activated.  Further recommendations are to follow.

Name: Dawara,Imad                                           Dept. 805
M.R.#: M000347675

---

## Heart Score Calculator
**Heart Score Calculator**
Chest Pain: Moderately Suspicious
ECG: Normal
Age: <45
Risk Factors: DM, smoker, HTN, dyslipidemia, fam hx CAD<55: 1-2 Risk Factors (previous smoking history )
Trop Heart Score Calculator: 1-3 x normal
Heart Score Calculator Total Score: 3
Chest Pain Score Value: Low Risk


Dictated By:      Mark Moshiyakhov,MD
e-Signed By:      Mark Moshiyakhov,MD               06/11/23 2319
                  Gin Den Chang, DO                 06/11/23 2248
Dictated Date:  06/11/23

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611


Dept. 805



DRMN:

Interven Card Brief Proc Note

Patient's Name: Dawara,Imad                Date of Birth: 10/12/1979
M.R.#: M000347675                          Admit/Service Date: 06/11/23
CPT Code:

_____

# Interven Card Brief Proc Note
**Procedure Data**
Indications:
NSTEMI
**Procedure Details**
Procedure details:
Left heart cath:

Access: Rt ridial
Dominance:right

RCA: Dominant. Mild luminal irregularities.
Left main: Large caliber vessel. Patent with mild luminal irregularities.  Distally bifurcates into 2
major vessels, left circumflex artery and LAD.
Left circumflex artery: Nondominant.  80% focal mid vessel lesion. Gives rise to 2 major obtuse
marginal arteries.
LAD: Proximal patent with mild luminal irregularities. 80% focal mid LAD lesion. Gives rise to 2 major
diagonal arteries.

**Intervention:**
Heparin given and ACT remained theraputic.

Vessel: mLAD
Guide: EBU 3.5
Wire: 0.014 Runthrough
Pre-dilated:2.5x15mm compliant
IVUS showed a reference diamated of 3.0mm distally, 3.5mm proximally
Stent: 3.5x20mm Synergy DES
Post-dilated:3.5x15mm NC
IVUS showed well exanded, apposed stent.

Vessel: LCX
Guide: EBU 3.5
Wire: .014 Runtrhough

Name: Dawara,Imad                                          Dept. 805
M.R.#: M000347675

Pre-dilated: 2.25x15mm compliant
Stent: 2.5x20mm Synergy
Post-dilated: 3.0x8mm NC
IVUS showed well exanded, apposed stent.

TIMI 3 flow in LAD and LCX. No post procedure complications.

Patent hemostasis achieved with TR band.
There were no immediate complications.
**Post Procedure**
Impressions:
Severe mLCX lesion s/p IVUS guided PCI with DESx1
Severe mLAD lesion s/p IVUS guided PCI with DESx1
Complications (if none, enter "no complications"):
None
Recommendations:
Load with plavix 300mg and continue 75mg daily as patient may have difficulty taking brilinta in
prison
GDMT
Echocardiogram
Cardiac rehab
Estimated blood loss (mL) - enter 0 if no EBL: 10
**Disclaimer**
Disclaimer:
Preliminary report only, this report is not final until signed by the Attending Interventionalist.

Dictated By:    Mouzamjha Faroqui, MD
e-Signed By:    Mouzamjha Faroqui, MD                    06/12/23 0739

Dictated Date:  06/11/23

Deborah **Heart and Lung** Center
**200 Trenton Road**
**Browns Mills, N.J. 08015-1799**
(609)**893-6611**

Dept. 805

DRMN:

Discharge Summary

Patient's Name: Dawara,Imad                 Date of Birth: 10/12/1979
M.R.#: M000347675                           Admit/Service Date: 06/11/23
CPT Code:

_____

## DS: Providers
**Provider**
Date/time of admission:
06/11/23 22:59

Attending provider:
Florence Unuigbe, MD

Referring provider:
Randall C Lewis, MD

Specialty attending: Raza,Muhammad, MD
Other specialty attending:
Dr moshiykhov, micu attending
Discharge Date: 06/13/23
Discharge Diagnosis:
N STEMI

## Discharge Plan
### Discharge Plan
Hospital Course:
43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy
brought in from prison for episode of left-sided chest pressure this morning.  Patient reports that he
was at prison speaking to a family member when he became very anxious.  He subsequently
developed 10/10 left sided sub sternal chest pressure radiating to his shoulders, neck and left arm
down to his fingers.  Patient states that he was given Tylenol to slightly relieve the chest pressure.
He was given 1 dose of sublingual nitroglycerin which improved the chest pressure to a 3/10.
Patient denied  family history of heart attack or sudden cardiac death.  Patient is an ex-smoker  with
25-pack-year smoker with extensive hookah smoking history as well.  Denies any excessive alcohol
use.
Patient initially bought up to floor and had recurrent 10/10 chest pressure requiring sublingual
nitroglycerin x3 and nitropatch without minimal relief, so also given trial of IV morphine 2mg,
followed by 4mg. ECG showed no new changes. However, telemetry showed 19 beats of NSVT.

Name: Dawara,Imad                                              Dept. 805
M.R.#: M000347675

---

NSTEMI treatment started. Patient loaded with brilinta.Continued on heparin drip as well as statins ,
aspirin and metoprolol. He was admitted as a critical care to MICU for nstemi with rising troponins
and initiation of nitro drip . Troponins maxed up to6.78 and flattened down.

On 6/11/23 ,He had cardiac catheterization with PCI with drug eluting stent to mLCx and mLAD, he
was loaded with plavix .
He was downgraded to the floor on 6/12/23 . He remains chest pain free vital signs are stable and he
has been deemed stable for discharge by interventionalist to return   back to the correctional facility.
Preliminary Transechocardiogram report as per r Moshiyakhov shows preserved LV function ,and can
be discharged.
I spoke with Correctional facility physician Dr Ahmedi  .
Patient vital signs remains stable and he does not require supplemental oxygen. it has been explained
to patient the need for  lifestyle modifications and follow ups, patient verbalized understanding.
This discharge and co-ordination of care took more than 35minutes. Thank you for allowing us
participate in the care of this patient.


Disposition (Required to Place Discharge Order): Xfer Court/Law Enforcement

Prescriptions:
New
  **aspirin 81 mg tablet,delayed release (DR/EC)**
   81 mg PO DAILY Qty: 90 0RF
  **atorvastatin 80 mg tablet**
   80 mg PO NIGHTLY Qty: 90 0RF
  **clopidogrel [Plavix] 75 mg tablet**
   75 mg PO DAILY Qty: 90 0RF
  **metoprolol tartrate 50 mg tablet**
   50 mg PO BID Qty: 180 0RF
  **nitroglycerin 0.4 mg tablet, sublingual**
   0.4 mg sublingual Q5M PRN (Reason: chest pain) Qty: 60 0RF
   Rx Instructions:
   do not exceed 3 doses per episode

Activity Restrictions/Additional Instructions:
**DIAGNOSES**
(1) NSTEMI (non-ST elevated myocardial infarction):
(2) Elevated troponin I level:
(3) Left chest pressure
(4) NSVT
(5) S/P PCI  to  LCx and LAD


PLEASE FOLLOW UP WITH YOUR DOCTOR AT THE CORRECTIONAL FACILITY
 PLEASE FOLLOW UP WITH CARDIOLOGY AT DEBORAH HOSPITAL OR YOUR CARDIOLOGIST WITHIN 2
WEEKS
 YOU ARE TO AVOID SMOKING AND STAY ON A HEART HEALTHY DIET
 YOU ARE TO REMAIN ON DUAL ANTIPLATELET  FOR AT LEAST 6- 12 MONTHS


In general, people who have angioplasty can walk around within 6 hours after the procedure. You

Name: Dawara,Imad                                              Dept. 805
M.R.#: M000347675

---

may be able to be up and walking earlier if the procedure was performed through the wrist. Complete recovery takes a week or less. Keep the area where the catheter was inserted dry for 24 to 48 hours.

If the provider put the catheter in through your groin:
- Walking short distances on a flat surface is OK. Limit going up and down stairs to around 2 times a day for the first 2 to 3 days.
- Don't do yard work, drive, squat, carry heavy objects, or play sports for at least 2 days, or until your health care provider tells you it is safe.

If the provider put the catheter in your arm or wrist:
- Don't lift anything heavier than 10 pounds (4.5 kilograms) (a little more than a gallon of milk) with the arm that had the catheter.
- Don't do any heavy pushing, pulling or twisting with that arm.

For a catheter in your groin, arm, or wrist:
- Avoid sexual activity for 2 to 5 days. Ask your provider when it will be OK to start again.
- Don't take a bath or swim for the first week. You may take showers, but make sure the area where the catheter was inserted does not get wet for the first 24 to 48 hours.
- You should be able to return to work in 2 to 3 days if you do not do heavy work.

You will need to care for your incision.
- Your provider will tell you how often to change your dressing.
- If your incision bleeds or swells up, lie down and put pressure on it for 30 minutes.

Angioplasty does not cure the cause of the blockage in your arteries. Your arteries may become narrow again. Eat a heart-healthy diet, exercise, stop smoking (if you smoke), and reduce stress to help lower your chances of having a blocked artery again. Your provider may give you medicine to help lower your cholesterol.

Most people take aspirin together with another antiplatelet medicine such as clopidogrel (Plavix), prasugrel (Efient), or ticagrelor (Brilinta) after this procedure. These medicines are blood thinners. They keep your blood from forming clots in your arteries and stent. A blood clot can lead to a heart attack. Take the medicines exactly as your provider tells you. Do not stop taking them without talking with your provider first.

You should know how to take care of your angina if it returns.

Make sure you have a follow-up appointment scheduled with your heart care provider (cardiologist).

Your provider may refer you to a cardiac rehabilitation program. This will help you learn how to slowly increase your exercise . You will also learn how to take care of your angina   .

# When to Call the Doctor

Contact your provider if:
- There is bleeding at the catheter insertion site that does not stop when you apply pressure.
- There is swelling at the catheter site.
- Your leg or arm below where the catheter was inserted changes color, becomes cool to touch, or is numb.
- The small incision for your catheter becomes red or painful, or yellow or green discharge is draining from it.
- You have chest pain or shortness of breath that does not go away with rest.
- Your pulse feels irregular -- very slow (fewer than 60 beats), or very fast (over 100 to 120

Name: Dawara,Imad                                                   Dept. 805
MLR.#: M000347675

---

    beats) a minute.
    • You have dizziness, fainting, or you are very tired.
    • You are coughing up blood or yellow or green mucus.
    • You have problems taking any of your heart medicines.
    • You have chills or a fever over 101°F (38.3°C).

Assessment (does not print on discharge packet):
See Discharge Diagnosis List.

Care Plan Goals:
The ability to resume daily activities as detailed in the discharge plan and discharge instructions.

Plan of Treatment (does not print on discharge packet):
See patient instructions and follow up plan for the specific plan of treatment.

Condition: Stable

Other Ambulatory Orders:
**Basic Metabolic Panel** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe
**Sched Cardiology Re Eval** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe
**Complete Blood Count Auto Diff** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe
**Magnesium** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe

Referrals:
No,PCP [Primary Care Provider] -

**Activity/Diet**
Activity: See below

Do not drive for the following # of days: 3

Don't lift,pull,push or move objects greater than 10 lbs for: 2 WEEKS

No lifting right/left elbow above right/left shoulder for:: 2 to 4 weeks

Diet: Low cholesterol, Low fat and Low sodium

**Wound Care Instructions**
Always keep the dressing dry: Yes

Name: Dawara,Imad                                          Dept. 805
M.R.#: M000347675

Shower in indicated # of days: 5

Do not remove steri-strips until they fall off: Yes

You may shower with steri-strips in place: Yes

Wash wounds with soapy washcloth using mild rubbing force: Yes

Cover with dressing ONLY IF drainage will soil clothing: Yes


# Exam
## Physical
Height,Weight,BMI,Vital Signs:

| | |
|---|---|
| Height | 175 cm |
| Weight on Admission | 94.3 kg |
| Current Weight | 93 kg |
| TEMP(s) | 36.4 C |
| Heart Rate | 84 |
| BP(s) | 118/76 |
| MAP(s) | 96 |
| Respiratory Rate | 20 |
| O2 Sat by Pulse Oximetry | 94 |

Const
Constitutional: Present alert & oriented x 3, well nourished and cooperative; Absent acute distress
**HEENT**
Head: Present normocephalic and atraumatic
Eye: Present EOMI and PERRL; Absent conjunctival icterus or conjunctival pallor
Pupils: bilateral: regular, round
Sclerae/Conjunctivae: bilateral: normal inspection
ENT: Present mucous membranes moist, nares patent and external ear normal
**Detailed ENT**
Nose: Absent nasal deviation
Nasal/Nares: bilateral: normal inspection
Oral mucosa: Present moist
**Neck**
Neck: Present supple, full ROM and trachea midline; Absent JVD or carotid bruit
**Cardiovasc**
Cardiovascular: Present RRR, S1 and S2; Absent JVD
**Detailed Cardiovasc**
Auscultation: Absent pericardial rub
**Respiratory**
Respiratory: Present equal expansion and symmetry of chest wall and clear to auscultation bilaterally;
Absent accessory muscle use, rales or rhonchi
**Chest Wall**
Chest wall: Absent tenderness
**Abdominal**
Abdominal: Present soft and normoactive bowel sounds; Absent tenderness, distended, guarding,
organomegaly or hernia

Name: Dawara,Imad                                         Dept. 805
M.R.#: M000347675

---

**Musc Skel**
Musculoskeletal: Absent joint effusion
**Extremities**
Extremities: Present full ROM, normal capillary refill and other (BILATERAL ANKLE CUFFS); Absent cyanosis, clubbing, edema, calf tenderness or varicosities
**Extremities Vascular**
Peripheral pulses: 2+: radial (L), 2+: radial (R), 2+: dorsalis pedis (L) and 2+: dorsalis pedis (R)
**Skin**
Skin: Present intact; Absent cyanosis or lesions
**Neuro**
Neurological: Present alert, oriented X3, CN II-XII intact, moving all extremities, hearing grossly intact and normal speech; Absent facial asymmetry
**Psychiatric**
Psychiatric: Present normal affect; Absent suicidal ideation or homicidal ideation

## A/S: Data
Results

06/13/23 06:00

$$8.5 \underset{42.1}{\overset{14.5}{\diagup\diagdown}} 210$$

06/13/23 06:00

| 139 | 106 | 14 |
|-----|-----|-----|
| 3.7 | 26 | 0.9 |

Pending studies at discharge:
OFFICIAL TTE  READING
Most recent labs:

|                 | 06/12/23 03:39 | 06/12/23 21:34 |
|-----------------|----------------|----------------|
| PT              |                | 13.0 H         |
| INR             |                | 1.16 H         |
| Hemoglobin A1c  | 5.8            |                |

**Imaging and Cardiology**
Cardiac catheterization:
    Additional comments:

Interven Card Brief Proc Note

Patient's Name: Dawara,Imad                        Date of Birth: 10/12/1979
M.R.#: M000347675                                  Admit/Service Date: 06/11/23
CPT Code:

---

# Interven Card Brief Proc Note
**Procedure Data**
Indications:

Name: Dawara,Imad                                          Dept. 805
M.R.#: M000347675

NSTEMI
**Procedure Details**
Procedure details:
Left heart cath:

Access: Rt ridial
Dominance: right

RCA: Dominant. Mild luminal irregularities.
Left main: Large caliber vessel.  Patent with mild luminal irregularities.  Distally bifurcates into 2
major vessels, left circumflex artery and LAD.
Left circumflex artery: Nondominant.  80% focal mid vessel lesion. Gives rise to 2 major obtuse
marginal arteries.
LAD: Proximal patent with mild luminal irregularities. 80% focal mid LAD lesion. Gives rise to 2 major
diagonal arteries.

**Intervention:**
Heparin given and ACT remained theraputic.

Vessel: mLAD
Guide: EBU 3.5
Wire: 0.014 Runthrough
Pre-dilated:2.5x15mm compliant
IVUS showed a reference diamated of 3.0mm distally, 3.5mm proximally
Stent: 3.5x20mm Synergy DES
Post-dilated:3.5x15mm NC
IVUS showed well exanded, apposed stent.

Vessel: LCX
Guide: EBU 3.5
Wire: .014 Runtrhough
Pre-dilated: 2.25x15mm compliant
Stent: 2.5x20mm Synergy
Post-dilated: 3.0x8mm NC
IVUS showed well exanded, apposed stent.

TIMI 3 flow in LAD and LCX. No post procedure complications.

Patent hemostasis achieved with TR band.
There were no immediate complications.
**Post Procedure**
Impressions:
Severe mLCX lesion s/p IVUS guided PCI with DESx1
Severe mLAD lesion s/p IVUS guided PCI with DESx1
Complications (if none, enter "no complications"):
None
Recommendations:
Load with plavix 300mg and continue 75mg daily as patient may have difficulty taking brilinta in
prison
GDMT
Echocardiogram
Cardiac rehab

Name: Dawara,Imad                                                    Dept. 805
M.R.#: M000347675

Estimated blood loss (mL) - enter 0 if no EBL: 10
**Disclaimer**
Disclaimer:
Preliminary report only, this report is not final until signed by the Attending Interventionalist.

Dictated By:     Mouzamjha Faroqui, MD
e-Signed By:     Mouzamjha Faroqui, MD                          06/12/23 0739

Dictated Date:  06/11/23
Chest x-ray:
     Additional comments:

Patient's Name: Dawara,Imad                          Date of Birth: 10/12/1979
M.R.#: H030046293                                    Admit/Service Date: 06/11/23

Ordering Physician: Randall Lewis M.D.
Date of Service: 06/11/23
Procedure(s): XR chest 1V portable
Accession Number(s): G0000949633
Account Number: CH0014929740
CPT Code: 71045
Patient Status: REG ER

PROCEDURE:
XR chest 1V portable

REASON FOR EXAM:
Chest pain.

COMPARISON:
None

TECHNIQUE:
Portable AP view of the chest was obtained at .

FINDINGS:
The lungs are grossly clear without consolidation, mass, pleural effusion or pneumothorax.

The cardiac silhouette or heart is unremarkable in size and contour. No vascular congestion or hilar enlargement is demonstrated.

Bony structures of the chest or thoracic spine are unremarkable.  No significant degenerative disc disease.

No significant interval changes from the prior study.

IMPRESSION:
Unremarkable portable chest radiograph.  No pulmonary mass, consolidation or pleural effusions.

Transcribed By: Fluency Reports
Dictated By:     William W Qiu,MD                          Date:     06/12/23

Name: Dawara,Imad                                          Dept. 805
M.R.#: M000347675

Signed By:     William W Qiu,MD                            06/12/23 0908

## DS: Summary
### Status at Discharge
Cognitive/behavioral status at discharge:
A+OX3
Functional status at discharge: independent ambulation
Overall status at discharge: patient is back to baseline
### Smoking Cessation
Time spent discussing smoking cessation with patient: 3 to 10 minutes

## Quality Reporting
### Quality: VTE
VTE Discharge Instructions: N/A
### Quality: PCI Patients
Did patient have a PCI this admission?: Yes
Patient prescribed aspirin?: RX or already taking
Patient prescribed P2Y12 Inhibitor?: RX or already taking
Patient prescribed statin?: RX or already taking
### Quality: CABG Patients
Did patient have CABG this admission?: No
### Quality: CHF/MI/ICD Patients
LV function (LVEF): unknown (PRELIMNARY READ BY DR MOSHIYAKHOV VERBAL> 50%)
HF/ CAD patients: Betablocker prescribed?: Rx or currently taking
7 Day Follow Up Visit: Documented on chart

Dictated By:     Florence Unuigbe, MD
e-Signed By:     Florence Unuigbe, MD                      06/13/23 1233

Dictated Date:  06/13/23

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611

F+D #-69939-066

Dept. 805

DRMN:

Discharge Summary

Patient's Name: Dawara,Imad                    Date of Birth: 10/12/1979
MLR.#: M000347675                              Admit/Service Date: 06/11/23
CPT Code:

## DS: Providers
**Provider**
Date/time of admission:
06/11/23 22.59

Attending provider:
Florence Unuigbe, MD

Referring provider:
Randall C Lewis, MD

Specialty attending: Raza,Muhammad, MD
Other specialty attending:
cr moshiykhov, micu attending
Discharge Date: 06/13/23
Discharge Diagnosis:
N STEMI

## Discharge Plan
### Discharge Plan
Hospital Course:
43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy brought in from prison for episode of left-sided chest pressure this morning. Patient reports that he was at prison speaking to a family member when he became very anxious. He subsequently developed 10/10 left sided sub sternal chest pressure radiating to his shoulders, neck and left arm down to his fingers. Patient states that he was given Tylenol to slightly relieve the chest pressure. He was given 1 dose of sublingual nitroglycerin which improved the chest pressure to a 3/10. Patient denied family history of heart attack or sudden cardiac death. Patient is an ex-smoker with 35-pack-year smoker with extensive hookah smoking history as well. Denies any excessive alcohol use.
Patient initially bought up to floor and had recurrent 10/10 chest pressure requiring sublingual nitroglycerin x3 and nitropatch without minimal relief, so also given trial of IV morphine 2mg, followed by 4mg. ECG showed no new changes. However, telemetry showed 19 beats of NSVT.

Page: 1 of 9

Name: Dawara,Imad                                    Dept. 805
M.R.#: M000347675

NSTEMI treatment started. Patient loaded with brilinta.Continued on heparin drip as well as statins ,
aspirin and metoprolol. He was admitted as a critical care to MICU  for nstemi with rising troponins
and initiation of nitro drip  . Troponins maxed up to6.78  and flattened down.

On 6/11/23 ,He had cardiac catheterization with PCI with drug eluting stent to mLCx and mLAD, he
was loaded  with plavix .
He was downgraded to the floor on 6/12/23 . He remains chest pain free vital signs are stable and he
has been deemed stable for discharge by interventionalist to return   back to the correctional facility.
Preliminary Transechocardiogram report as per r Moshiyakhov shows preserved LV function ,and can
be discharged.
. spoke with Correctional facility physician Dr Ahmedi  .

Patient vital signs remains stable and he does not require supplemental oxygen. it has been explained
to patient the need for  lifestyle modifications and follow ups, patient verbalized understanding.
This discharge and co-ordination of care took more than 35minutes. Thank you for allowing us
participate in the care of this patient.


Disposition (Required to Place Discharge Order): Xfer Court/Law Enforcement

Prescriptions:
New
 aspirin 81 mg tablet,delayed release (DR/EC)
 81 mg PO DAILY Qty: 90 0RF
 atorvastatin 80 mg tablet
 80 mg PO NIGHTLY Qty: 90 0RF
 clopidogrel [Plavix] 75 mg tablet
 75 mg PO DAILY Qty: 90 0RF
 metoprolol tartrate 50 mg tablet
 50 mg PO BID Qty: 180 0RF
 nitroglycerin 0.4 mg tablet, sublingual
 0.4 mg sublingual Q5M PRN (Reason: chest pain) Qty: 60 0RF
 Rx Instructions:
 do not exceed 3 doses per episode

Activity Restrictions/Additional Instructions:
**DIAGNOSES**
(1) NSTEMI (non-ST elevated myocardial infarction):
(2) Elevated troponin I level:
(3) Left chest pressure
(4) NSVT
(5) S/P PCI  to  LCx and LAD


PLEASE FOLLOW UP WITH YOUR DOCTOR AT THE CORRECTIONAL FACILITY
PLEASE FOLLOW UP WITH CARDIOLOGY AT DEBORAH HOSPITAL OR YOUR CARDIOLOGIST WITHIN 2
WEEKS
YOU ARE TO AVOID SMOKING AND STAY ON A HEART HEALTHY DIET
YOU ARE TO REMAIN ON DUAL ANTIPLATELET  FOR AT LEAST 6- 12 MONTHS


In general, people who have angioplasty can walk around within 6 hours after the procedure. You

Name: Dawara,Imad                                            Dept. 805
M.R.#: M000347675

may be able to be up and walking earlier if the procedure was performed through the wrist. Complete recovery takes a week or less. Keep the area where the catheter was inserted dry for 24 to 48 hours.

If the provider put the catheter in through your groin:
- Walking short distances on a flat surface is OK. Limit going up and down stairs to around 2 times a day for the first 2 to 3 days.
- Don't do yard work, drive, squat, carry heavy objects, or play sports for at least 2 days, or until your health care provider tells you it is safe.

If the provider put the catheter in your arm or wrist:
- Don't lift anything heavier than 10 pounds (4.5 kilograms) (a little more than a gallon of milk) with the arm that had the catheter.
- Don't do any heavy pushing, pulling or twisting with that arm.

For a catheter in your groin, arm, or wrist:
- Avoid sexual activity for 2 to 5 days. Ask your provider when it will be OK to start again.
- Don't take a bath or swim for the first week. You may take showers, but make sure the area where the catheter was inserted does not get wet for the first 24 to 48 hours.
- You should be able to return to work in 2 to 3 days if you do not do heavy work.

You will need to care for your incision.
- Your provider will tell you how often to change your dressing.
- If your incision bleeds or swells up, lie down and put pressure on it for 30 minutes.

Angioplasty does not cure the cause of the blockage in your arteries. Your arteries may become narrow again. Eat a heart-healthy diet, exercise, stop smoking (if you smoke), and reduce stress to help lower your chances of having a blocked artery again. Your provider may give you medicine to help lower your cholesterol.

Most people take aspirin together with another antiplatelet medicine such as clopidogrel (Plavix), prasugrel (Efient), or ticagrelor (Brilinta) after this procedure. These medicines are blood thinners. They keep your blood from forming clots in your arteries and stent. A blood clot can lead to a heart attack. Take the medicines exactly as your provider tells you. Do not stop taking them without talking with your provider first.

You should know how to take care of your angina if it returns.

Make sure you have a follow-up appointment scheduled with your heart care provider (cardiologist).

Your provider may refer you to a cardiac rehabilitation program. This will help you learn how to slowly increase your exercise . You will also learn how to take care of your angina  .

# When to Call the Doctor

Contact your provider if:
- There is bleeding at the catheter insertion site that does not stop when you apply pressure.
- There is swelling at the catheter site.
- Your leg or arm below where the catheter was inserted changes color, becomes cool to touch, or is numb.
- The small incision for your catheter becomes red or painful, or yellow or green discharge is draining from it.
- You have chest pain or shortness of breath that does not go away with rest.
- Your pulse feels irregular -- very slow (fewer than 60 beats), or very fast (over 100 to 120

Name: Dawara,Imad                              Dept. 805
M.R.#: M000347675

---

beats) a minute.
- You have dizziness, fainting, or you are very tired.
- You are coughing up blood or yellow or green mucus.
- You have problems taking any of your heart medicines.
- You have chills or a fever over 101°F (38.3°C).

Assessment (does not print on discharge packet):
See Discharge Diagnosis List.

Care Plan Goals:
The ability to resume daily activities as detailed in the discharge plan and discharge instructions.

Plan of Treatment (does not print on discharge packet):
See patient instructions and follow up plan for the specific plan of treatment.

Condition: Stable

Other Ambulatory Orders:
Basic **Metabolic Panel** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe
Sched **Cardiology Re Eval** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe
**Complete Blood Count Auto Diff** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe
**Magnesium** (Routine) Timeframe: 2 Weeks
   Facility: Deborah Heart and Lung Center - Location: Discharged Patient
   Ordered By: Florence Unuigbe

Referrals:
No,PCP [Primary Care Provider] -

**Activity/Diet**
Activity: See below

Do not drive for the following # of days: 3

Don't lift,pull,push or move objects greater than 10 lbs for: 2 WEEKS

No lifting right/left elbow above right/left shoulder for: 2 to 4 weeks

Diet: Low cholesterol, Low fat and Low sodium

**Wound Care Instructions**
Always keep the dressing dry: Yes

Name: Dawara,Imad                                  Dept. 805
M.R.#: M000347675

Shower in indicated # of days: 5

Do not remove steri-strips until they fall off: Yes

You may shower with steri-strips in place: Yes

Wash wounds with soapy washcloth using mild rubbing force: Yes

Cover with dressing ONLY IF drainage will soil clothing: Yes

## Exam
### Physical
Height,Weight,BMI,Vital Signs:

| | |
|---|---|
| Height | 175 cm |
| Weight on Admission | 94.3 kg |
| Current Weight | 93 kg |
| TEMP(s) | 36.4 C |
| Heart Rate | 84 |
| BP(s) | 118/76 |
| BAF(s) | 96 |
| Respiratory Rate | 20 |
| O2 Sat by Pulse Oximetry | 94 |

**Const**
Constitutional: Present alert & oriented x 3, well nourished and cooperative; Absent acute distress
**HEENT**
Head: Present normocephalic and atraumatic
Eye: Present EOMI and PERRL; Absent conjunctival icterus or conjunctival pallor
Pupils: bilateral: regular, round
Sclerae/Conjunctivae: bilateral: normal inspection
ENT: Present mucous membranes moist, nares patent and external ear normal
**Detailed ENT**
Nose: Absent nasal deviation
Nasal/Nares: bilateral: normal inspection
Oral mucosa: Present moist
**Neck**
Neck: Present supple, full ROM and trachea midline; Absent JVD or carotid bruit
**Cardiovasc**
Cardiovascular: Present RRR, S1 and S2; Absent JVD
**Detailed Cardiovasc**
Auscultation: Absent pericardial rub
**Respiratory**
Respiratory: Present equal expansion and symmetry of chest wall and clear to auscultation bilaterally;
Absent accessory muscle use, rales or rhonchi
**Chest Wall**
Chest wall: Absent tenderness
**Abdominal**
Abdominal: Present soft and normoactive bowel sounds; Absent tenderness, distended, guarding,
organomegaly or hernia

Name: Dawara,Imad                                      Dept. 805
M.R.#: M000347675

---

**Musc Skel**
Musculoskeletal: Absent joint effusion
**Extremities**
Extremities: Present full ROM, normal capillary refill and other (BILATERAL ANKLE CUFFS); Absent
cyanosis, clubbing, edema, calf tenderness or varicosities
**Extremities Vascular**
Peripheral pulses: 2+: radial (L), 2+: radial (R), 2+: dorsalis pedis (L) and 2+: dorsalis pedis (R)
**Skin**
Skin: Present intact; Absent cyanosis or lesions
**Neuro**
Neurological: Present alert, oriented X3, CN II-XII intact, moving all extremities, hearing grossly
intact and normal speech; Absent facial asymmetry
**Psychiatric**
Psychiatric: Present normal affect; Absent suicidal ideation or homicidal ideation

## D/S: Data
**Results**

06/13/23 06:00

8.5 \ 14.5 / 210
     / 42.1 \

06/13/23 06:00

139 | 106 | 14
3.7 | 26 | 0.9

Pending studies at discharge:
OFFICIAL TTE READING
Most recent labs:

|                | 06/12/23 03:39 | 06/12/23 21:34 |
|----------------|----------------|----------------|
| PT             |                | 13.0 H         |
| INR            |                | 1.16 H         |
| Hemoglobin A1c | 5.8            |                |

**Imaging and Cardiology**
Cardiac catheterization:
     Additional comments:

Interven Card Brief Proc Note

Patient's Name: Dawara,Imad              Date of Birth: 10/12/1979
M.R.#: M000347675                        Admit/Service Date: 06/11/23
CPT Code:

---

# Interven Card Brief Proc Note
**Procedure Data**
Indications:

Name: Dawara,Imad                                         Dept. 805
M.R.#: M000347675

---

NSTEMI
**Procedure Details**
Procedure details:
Left heart cath:

Access: Rt ridial
Dominance:right

RCA: Dominant. Mild luminal irregularities.
Left: main: Large caliber vessel. Patent with mild luminal irregularities.  Distally bifurcates into 2
major vessels, left circumflex artery and LAD.
Left circumflex artery: Nondominant.  80% focal mid vessel lesion. Gives rise to 2 major obtuse
marginal arteries.
LAD: Proximal patent with mild luminal irregularities. 80% focal mid LAD lesion. Gives rise to 2 major
diagonal arteries.

**Intervention:**
Heparin given and ACT remained theraputic.

Vessel: mLAD
Guide: EBU 3.5
Wire: 0.014 Runthrough
Pre-dilated:2.5x15mm compliant
IVUS showed a reference diamated of 3.0mm distally, 3.5mm proximally
Stent: 3.5x20mm Synergy DES
Post-dilated:3.5x15mm NC
IVUS showed well exanded, apposed stent.

Vessel: LCX
Guide: EBU 3.5
Wire: .014 Runtrhough
Pre-dilated: 2.25x15mm compliant
Stent: 2.5x20mm Synergy
Post-dilated: 3.0x8mm NC
IVUS showed well exanded, apposed stent.

TIMI 3 flow in LAD and LCX. No post procedure complications.

Patent hemostasis achieved with TR band.
There were no immediate complications.
**Post Procedure**
Impressions:
Severe mLCX lesion s/p IVUS guided PCI with DESx1
Severe mLAD lesion s/p IVUS guided PCI with DESx1
Complications (if none, enter "no complications"):
None
Recommendations:
Load with plavix 300mg and continue 75mg daily as patient may have difficulty taking brilinta in
prison
GDMT
Echocardiogram
Cardiac rehab

Name: Dawara,Imad                                                Dept. 805
M.R.#: M000347675

Estimated blood loss (mL) - enter 0 if no EBL: 10
**Disclaimer**
Disclaimer:
Preliminary report only, this report is not final until signed by the Attending Interventionalist.

Dictated By:    Mouzamjha Faroqui, MD
e-Signed By:    Mouzamjha Faroqui, MD                            06/12/23 0739

Dictated Date: 06/11/23
Chest x-ray:
        Additional comments:

Patient's Name: Dawara,Imad                        Date of Birth: 10/12/1979
M.R.#. H030046293                                  Admit/Service Date: 06/11/23

Ordering Physician: Randall Lewis M.D.
Date of Service: 06/11/23
Procedure(s): XR chest 1V portable
Accession Number(s): G0000949633
Account Number: CH0014929740
CPT Code: 71045
Patient Status: REG ER

PROCEDURE:
XR chest 1V portable

REASON FOR EXAM:
Chest pain.

COMPARISON:
None

TECHNIQUE:
Portable AP view of the chest was obtained at .

FINDINGS:
The lungs are grossly clear without consolidation, mass, pleural effusion or pneumothorax.

The cardiac silhouette or heart is unremarkable in size and contour. No vascular congestion or hilar enlargement is
demonstrated.

Bony structures of the chest or thoracic spine are unremarkable. No significant degenerative disc disease.

No significant interval changes from the prior study.

IMPRESSION:
Unremarkable portable chest radiograph. No pulmonary mass, consolidation or pleural effusions.

Transcribed By: Fluency Reports
Dictated By:    William W Qiu,MD                    Date:    06/12/23

                                                    Page: 8 of 9

Name: Dawara,Imad                                                    Dept. 805
M.R.#: M000347675

Signed By:     William W Qiu,MD                          06/12/23 0908

## DS: Summary
**Status at Discharge**
Cognitive/behavioral status at discharge:
A--OX3
Functional status at discharge: Independent ambulation
Overall status at discharge: patient is back to baseline
**Smoking Cessation**
Time spent discussing smoking cessation with patient: 3 to 10 minutes

## Quality Reporting
**Quality: VTE**
VTE Discharge Instructions: N/A
**Quality: PCI Patients**
Did patient have a PCI this admission?: Yes
Patient prescribed aspirin?: RX or already taking
Patient prescribed P2Y12 Inhibitor?: RX or already taking
Patient prescribed statin?: RX or already taking
**Quality: CABG Patients**
Did patient have CABG this admission?: No
**Quality: CHF/MI/ICD Patients**
LV function (LVEF): unknown (PRELIMNARY READ BY DR MOSHIYAKHOV VERBAL> 50%)
HF/ CAD patients: Betablocker prescribed?: Rx or currently taking
7 Day Follow Up Visit: Documented on chart

Dictated By:     Florence Unuigbe, MD
eSigned By:     Florence Unuigbe, MD                     06/13/23 1233

Dictated Date:  06/13/23

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(309)893-6611


Dept. 805


DRMN:

Cardiology H&P

Patient's Name: Dawara,Imad                    Date of Birth: 10/12/1979
M.R.#: M000347675                              Admit/Service Date: 06/11/23
CPT Code:

## HPI
**Date of Service**
Date of Service: 06/11/23
**History of Present Illness**
History of present illness:
43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy brought in from prison for episode of left-sided chest pressure this morning. Patient reports that he was at prison speaking to a family member when he became very anxious. He subsequently developed 10/10 left sided sub sternal chest pressure radiating to his shoulders, neck and left arm down to his fingers. Patient states that he was given Tylenol to slightly relieve the chest pressure. He was given 1 dose of sublingual nitroglycerin which improved the chest pressure to a 3/10. In the ER, patient states that he still has substernal left-sided chest pressure rated at 3/10 with some left finger numbness. ECG: Respiratory sinus arrhythmia, early repolarization abnormality

Patient also states that in the past few weeks he has noticed some light dyspnea on exertion. Patient denies any palpitations, paroxysmal nocturnal dyspnea, leg swelling, syncope, fevers, recent infections.

Patient reports that he has no family history of heart attack or sudden cardiac death. Patient was a previous 25-pack-year smoker with extensive hookah smoking history as well. Denies any excessive alcohol use. He is not on any medications currently.

Patient bought up to floor and had recurrent 10/10 chest pressure requiring sublingual nitroglycerin x3 and nitropatch without minimal relief, so also given trial of IV morphine 2mg, followed by 4mg. ECG showed no new changes. However, telemetry showed 19 beats of NSVT. NSTEMI treatment started. Patient loaded with brilinta. Cath consent placed. Serial ecgs and troponins will be ordered. Patient reported persistent chest pain despite medical management so transferred to ICU for initiation of nitroglycerin drip. Troponin 0.07-> 3.05


## Exam
**Physical**
Height,Weight,BMI,Vital Signs:
General: Uncomfortable appearing, anxious

Name: Dawara,Imad                              Dept. 805
M.R.#: M000347675

---

HEENT: NCAT, no JVD
Cardiac: +S1S2, no murmurs, rubs or gallops
Chest: No tenderness on palpation of the precordium
Pulm: CTAB, no wheezes, rhonchi, rales
GI: soft, NTND, normal bowel sounds
Skin: warm, dry
Extremities: no lower extremity edema
Neuro: AAOx3


## A/P

### Assessment and plan
1) Elevated troponin I level:
2) Left chest pressure:
3) NSTEMI (non-ST elevated myocardial infarction):

Plan
- NSTEMI

- NPO after midnight
- Asa, brilinta, lopressor
- Monitor on nitroglycerin gtt
- Heparin gtt
- ICU monitoring

## Quality Measures
VTE
Contraindication to VTE prophylaxis: N/A
Documentation of mechanical device: N/A
Deep vein thrombosis/Pulmonary embolism present on admission: No

## Provider Attestation

### Attestation
Provider attestation:
Patient was seen and examined by me personally. Fellow's history and physical examination above reviewed. Agree with plan. Briefly patient is a 43-year-old man with past medical history of kidney stones who presented from correctional facility with complaints of chest pain radiating to left shoulder, neck, and left arm. Pain improved with nitroglycerin. Initial twelve-lead electrocardiogram showed normal sinus rhythm with minimal ST changes. Laboratory findings were significant for mildly elevated serum troponin markers. Patient was initially admitted to telemetry floor but had persistent chest discomfort and subsequent serum troponin markers increased to 3.05. Additionally, patient had an episode of ventricular tachycardia.. Patient was subsequently transferred to the medical intensive care unit for further management of acute myocardial infarction. He was loaded on dual antiplatelet therapy and IV heparin anticoagulation was initiated. IV nitroglycerin drip is being started for pain management. Bedside transthoracic echocardiographic examination was performed revealing wall motion abnormalities involving the distal septum and the apex. Given patient's persistent chest pain with rising troponin markers, regional wall motion abnormalities on 2D echocardiogram, and electrical instabilities, the decision was made to proceed with emergent cardiac catheterization. The case was discussed with interventional cardiology on-call team and Cath Lab was activated. Further recommendations are to follow.

Name: Dawara,Imad                            Dept. 805
M.R.#: M000347675

## Heart Score Calculator
**Heart Score Calculator**
Chest Pain: Moderately Suspicious
ECG: Normal
Age: <45
Risk Factors: DM, smoker, HTN, dyslipidemia, fam hx CAD<55: 1-2 Risk Factors (previous smoking history )
Trop Heart Score Calculator: 1-3 x normal
Heart Score Calculator Total Score: 3
Chest Pain Score Value: Low Risk


Dictated By:    Mark Moshiyakhov,MD
e-Signed By:   Mark Moshiyakhov,MD          06/11/23 2319
               Gin Den Chang, DO         06/11/23 2248
Dictated Date:  06/11/23

**Deborah Heart and Lung Center**
**200 Trenton Road**
**Browns Mills, N.J. 08015-1799**
**(609)893-6611**

**Dept. 700**

DRMN:

Patient's Name: Dawara,Imad                Date of Birth: 10/12/1979
M.R.#: H030046293                          Admit/Service Date: 06/11/23

Ordering Physician: Randall Lewis M.D.
Date of Service: 06/11/23
Procedure(s): XR chest 1V portable
Accession Number(s): G0000949633
Account Number: CH0014929740
CPT Code: 71045
Patient Status: REG ER

PROCEDURE:
XR chest 1V portable

REASON FOR EXAM:
Chest pain.

COMPARISON:
None

TECHNIQUE:
Portable AP view of the chest was obtained at .

FINDINGS:
The lungs are grossly clear without consolidation, mass, pleural effusion or pneumothorax.

The cardiac silhouette or heart is unremarkable in size and contour. No vascular congestion
or hilar enlargement is demonstrated.

Bony structures of the chest or thoracic spine are unremarkable.  No significant degenerative
disc disease.

No significant interval changes from the prior study.

IMPRESSION:

1 of 2

Name: Dawara, Imad                                                               Dept. 700
M.R.#: H030046293

_____

Unremarkable portable chest radiograph. No pulmonary mass, consolidation or pleural
effusions.

Transcribed By: Fluency Reports
Dictated By:     William W Qiu, MD                    Date:    06/12/23

Signed By:     William W Qiu, MD                                06/12/23 0908

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611

Dept. 709

DRMN:

Account Number: V00020643284          CPT Code: 93308
IS IN

TRANSTHORACIC ECHOCARDIOGRAM REPORT

Patient Name: Imad Dawara Date of Exam: 6/11/2023
Medical Rec #: M000347675 Location:   MICU
Accession #:  G0000949666 BP:        0/0 mmHg
Date of Birth: 10/12/1979 Age:   43 years Gender: O
Height:      0.00 cm   Weight: 0.00 kg BSA:   0.00 m2

Indications: NSTEMI      Diagnosis:
Sonographer:  GC        Fellow:   Gin Den Chang
Ordering Phys: Gin Den Chang Report CC'd: ,

M-Mode: 2D: S Doppler: Color Flow:
Key: S = Satisfactory; TL = Technically difficult and sub-optimal images; NP = Not performed

FINDINGS:

Left Ventricle: Normal left ventricular chamber size. Normal left ventricular wall thickness. Hypokinetic distal
anteroseptal wall and apex. Normal contractility of the inferolateral wall. The remaining myocardial walls were not
visualized. Left ventricular systolic function and ejection fraction cannot be accurately determined, however visually
appear preserved.

Left Atrium: Grossly normal-appearing left patient.

Right Ventricle: Grossly nonnal but poorly visualized right ventricle.

Right Atrium: Right atrium was not visualized.

Aortic Valve: Grossly normal but poorly visualized aortic valve.

Mitral Valve: Grossly normal-appearing mitral valve.

Tricuspid Valve: Tricuspid valve was not visualized.

Pulmonic Valve: Pulmonic valve was not visualized.

Aorta: Grossly normal-appearing aortic root and proximal ascending aorta. The remainder of the aorta was not



1 of 2

Name: Dawara,Imad                                      Dept. 709
M.R.#: M000347675

───────────────────────────────────────────────

visualized.

Pulmonary Artery: Pulmonary artery was not visualized.

Pericardium: No pericardial effusion.

CONCLUSIONS:

1. Limited 2D echocardiographic examination performed bedside by on-call cardiology fellow.
2. No ventricular chamber size with normal myocardial wall thickness. Hypokinetic distal anteroseptal wall and the apex. Left ventricular systolic function and ejection fraction cannot be accurately determined secondary to limited views obtained, however visually appear preserved.
3. Grossly normal-appearing left atrium.
4. Grossly normal but poorly visualized right ventricle.
5. Grossly normal-appearing mitral and aortic valves.
6. No pericardial effusion.

Mark Moshiyakhov MD, FACC.
Electronically signed by MOSHIYAKHM Mark Moshiyakhov MD, FACC
Signature Date/Time: 6/13/2023 at 5:54:17 PM


*** Final ***



**Deborah Heart and Lung Center**
**200 Trenton Road**
**Browns Mills, N.J. 08015-1799**
**(609)893-6611**

**Dept. 700C**

DRMN:

Patient's Name: DAWARA,IMAD                                    Date of Birth: 10/12/1979
M.R.#: H030046293                                   Admit/Service Date: 06/09/22
_____

Ordering Physician: John Lacorazza
Date of Service: 06/10/22
Procedure(s): CT abdomen pelvis wo con
Accession Number(s): G0000772003
Account Number: CH0014511695
CPT Code: 74176
Patient Status: REG ER

PROCEDURE:
CT abdomen pelvis wo con

REASON FOR EXAM:
Flank pain, kidney stone suspected

COMPARISON:
None.

TECHNIQUE:
CT scan of the abdomen and pelvis was performed without. Contiguous axial images were
obtained from the lung bases to the symphysis pubis. The reformatted coronal and sagittal
post-contrast views of the abdomen and pelvis were also obtained.

FINDINGS:
The lung bases are clear bilaterally.  No focal infiltrates, pleural or pericardial effusion is
identified.  There is no gross hiatal hernia.

The liver is normal in size without focal hepatic lesion.  The gallbladder is contracted without
radiopaque gallstones.  The adrenal glands are normal in size and configuration.  The spleen
and pancreas are unremarkable.

The kidneys are normal in size, shape, orientation and position bilaterally.  A 0.1 cm ureteral
calculus is noted in the right distal ureter near the ureterovesical junction or UVJ.  There is no

Page: 1 of 2

Name: DAWARA,IMAD                                                    Dept. 700C
M.R.#: H030046293

significant right hydronephrosis or hydroureter. Multiple nonobstructing renal calculi are
noted in both kidneys, measuring up to 1.2 cm in the right kidney and 0.3 cm in the left
kidney. No radiopaque left ureteral calculi are seen. No hydronephrosis is present in the left
kidney. The perinephric space and pararenal spaces are unremarkable.

The gastrointestinal tract is grossly unremarkable. There is no evidence of bowel
obstruction, diverticulosis or diverticulitis. The appendix is not definitely visualized.
However, there is no secondary evidence of inflammatory change to suggest appendicitis.

The abdominal aorta appears normal in caliber and course without aneurysmal dilatation.
The inguinal regions appear unremarkable. There is no gross inguinal hernia, hematoma or
lymphadenopathy. The retroperitoneal space is unremarkable.

The urinary bladder is mildly contracted. No radiopaque bladder calculi are seen. The wall
of the bladder is unremarkable. There are no filling defects or intravesicular lesions. The
ureters are not dilated.

No free fluid, focal fluid collection or free air is seen in the abdomen or pelvis. The prostate
is not enlarged with calcification.

The visualized osseous structures of the lumbosacral spine and pelvis are unremarkable.
There is no compression fracture, expansile or lytic osseous lesion.

IMPRESSION:
1. A 0.1 cm calculus in right distal ureter near the UVJ, and bilateral renal calculi. No
significant hydronephrosis and hydroureter.
2. No evidence of bowel obstruction. No free fluid or free air.

The preliminary interpretation was provided by Dr. Chiou, Peter from Virtual Radiologic at
06/10/2022 0230 hours Eastern time and there is no discrepancy with final interpretation.

Transcribed By: Fluency Reports
Dictated By:     William W Qiu,MD              Date:    06/10/22

Signed By:       William W Qiu,MD                       06/10/22 0920

Page: 2 of 2

```
RUN DATE: 06/14/23                    Deborah Heart and Lung LAB - LIVE          PAGE 1
RUN TIME: 0004                        Summary Discharge Report for LIS ELR

                                                 LOCATION
```

| | | | | ACCT: V00020643284 | LOC: INT | | U: M000347675 |
|---|---|---|---|---|---|---|---|
| PATIENT: **Dawara, Imad** | | | | AGE/SX: 43/M | ROOM: 3436 | | REG: 06/11/23 |
| REG DR:  Florence Unuigbe, MD | | | | STATUS: DIS IN | BED: A | | DIS: 06/13/23 |

| Test | Day | Date | Time | Result | | Reference | Units |
|---|---|---|---|---|---|---|---|
| => WBC | 2 | JUN 12 | 0339 | 9.9 | | (4.8-10.8) | 10E3/uL |
| => WBC | 3 | JUN 13 | 0600 | 8.5 | | (4.8-10.8) | 10E3/uL |
| => RBC | 2 | JUN 12 | 0339 | 4.56 | L | (4.60-6.20) | 10E6/uL |
| => RBC | 3 | JUN 13 | 0600 | 4.84 | | (4.60-6.20) | 10E6/uL |
| => HGB | 2 | JUN 12 | 0339 | 14.0 | | (13.6-18.0) | g/dL |
| => HGB | 3 | JUN 13 | 0600 | 14.5 | | (13.6-18.0) | g/dL |
| => HCT | 2 | JUN 12 | 0339 | 39.6 | L | (42.0-52.0) | % |
| => HCT | 3 | JUN 13 | 0600 | 42.1 | | (42.0-52.0) | % |
| => MCV | 2 | JUN 12 | 0339 | 86.9 | | (80.0-94.0) | fl |
| => MCV | 3 | JUN 13 | 0600 | 87.0 | | (80.0-94.0) | fl |
| => MCH | 2 | JUN 12 | 0339 | 30.8 | | (27.0-31.0) | pg |
| => MCH | 3 | JUN 13 | 0600 | 30.1 | | (27.0-31.0) | pg |
| => MCHC | 2 | JUN 12 | 0339 | 35.2 | | (33.0-37.0) | g/dL |
| => MCHC | 3 | JUN 13 | 0600 | 34.6 | | (33.0-37.0) | g/dL |
| => RDW | 2 | JUN 12 | 0339 | 13.0 | | (11.4-14.5) | % |
| => RDW | 3 | JUN 13 | 0600 | 13.9 | | (11.4-14.5) | % |
| => Plt | 2 | JUN 12 | 0339 | 211 | | (150-450) | 10E3/uL |
| => Plt | 3 | JUN 13 | 0600 | 210 | | (150-450) | 10E3/uL |
| => MPV | 2 | JUN 12 | 0339 | 7.9 | | (7.4-10.4) | fl |
| => MPV | 3 | JUN 13 | 0600 | 8.1 | | (7.4-10.4) | fl |
| => Neut % (Auto) | 2 | JUN 12 | 0339 | 68.7 | | (42.2-75.2) | % |
| => Neut % (Auto) | 3 | JUN 13 | 0600 | 60.8 | | (42.2-75.2) | % |
| => Lymp % (Auto) | 2 | JUN 12 | 0339 | 21.6 | | (20.5-51.1) | % |
| => Lymp % (Auto) | 3 | JUN 13 | 0600 | 27.0 | | (20.5-51.1) | % |
| => Mono % (Auto) | 2 | JUN 12 | 0339 | 8.6 | | (1.7-9.3) | % |
| => Mono % (Auto) | 3 | JUN 13 | 0600 | 10.1 | H | (1.7-9.3) | % |
| => Eos % (Auto) | 2 | JUN 12 | 0339 | 0.7 | | (0-7) | % |
| => Eos % (Auto) | 3 | JUN 13 | 0600 | 1.7 | | (0-7) | % |
| => Baso % (Auto) | 2 | JUN 12 | 0339 | 0.4 | | (0-2) | % |
| => Baso % (Auto) | 3 | JUN 13 | 0600 | 0.4 | | (0-2) | % |
| => Neut # (Auto) | 2 | JUN 12 | 0339 | 6.8 | | (1.5-8.0) | 10E3u/L |
| => Neut # (Auto) | 3 | JUN 13 | 0600 | 5.2 | | (1.5-8.0) | 10E3u/L |
| => Lymph # (Auto) | 2 | JUN 12 | 0339 | 2.1 | | (1.5-6.8) | 10E3/uL |
| => Lymph # (Auto) | 3 | JUN 13 | 0600 | 2.3 | | (1.5-6.8) | 10E3/uL |
| => Mono # (Auto) | 2 | JUN 12 | 0339 | 0.8 | H | (0.1-0.6) | 10E3/uL |
| => Mono # (Auto) | 3 | JUN 13 | 0600 | 0.9 | H | (0.1-0.6) | 10E3/uL |
| => Eos # (Auto) | 2 | JUN 12 | 0339 | 0.1 | | (0.0-0.7) | 10E3/uL |
| => Eos # (Auto) | 3 | JUN 13 | 0600 | 0.1 | | (0.0-0.7) | 10E3/uL |
| => Baso # (Auto) | 2 | JUN 12 | 0339 | 0.0 | | (0-0.2) | 10E3/uL |
| => Baso # (Auto) | 3 | JUN 13 | 0600 | 0.0 | | (0-0.2) | 10E3/uL |
| => NRBC | 2 | JUN 12 | 0339 | 0 | | (0-0) | /100 WBC |
| => NRBC | 3 | JUN 13 | 0600 | 0 | | (0-0) | /100 WBC |
| => PT | 2 | JUN 12 | 2134 | 13.0 | H | (9.4-12.5) | seconds |
| => INR | 2 | JUN 12 | 2134 | 1.16 | H | (0.85-1.10) | |
| => PTT | 1 | JUN 11 | 2059 | 29.9 | | (25.2-36.5) | seconds |

| Patient: Dawara, Imad | Age/Sex: 43/M | AcctV00020643284 UnitM000347675 |
|---|---|---|

```
RUN DATE: 06/14/23              Deborah Heart and Lung LAB - LIVE              PAGE 2
RUN TIME: 0004                 Summary Discharge Report for LIS ELR

                                        LOCATION
```

| Patient: Davara, Imad | | | | V00020643284 | (Continued) | |
|---|---|---|---|---|---|---|
| Test | Day | Date | Time | Result | Reference | Units |
| => PTT | 2 | JUN 12 | 0339 | >150.0(a) #H* | (25.2-36.5) | seconds |
| => PTT | 3 | JUN 13 | 0600 | 29.4 | (25.2-36.5) | seconds |
| => ACT | 2 | JUN 12 | 0041 | 220(b)     H | (82-152) | Seconds |
| => ACT | 2 | JUN 12 | 0055 | 341(b)     H | (82-152) | Seconds |
| => ACT | 2 | JUN 12 | 0124 | >1000(b)   H | (82-152) | Seconds |
| => MRSA Screen | 1 | JUN 11 | 1928 | (c) | (Negative) | |
| => Rapid CoVID Ag | 1 | JUN 11 | 1928 | (d) | (Negative) | |
| => Glucose | 2 | JUN 12 | 0339 | 104 | (74-106) | mg/dL |
| => Glucose | 3 | JUN 13 | 0600 | 87 | (74-106) | mg/dL |
| => BUN | 2 | JUN 12 | 0339 | 16 | (7-26) | mg/dL |
| => BUN | 3 | JUN 13 | 0600 | 14 | (7-26) | mg/dL |
| => Creat | 2 | JUN 12 | 0339 | 0.9 | (0.7-1.2) | mg/dL |
| => Creat | 3 | JUN 13 | 0600 | 0.9 | (0.7-1.2) | mg/dL |
| => EGFR | 2 | JUN 12 | 0339 | >60(f) | (> OR =60) | (NOTE) |
| => EGFR | 3 | JUN 13 | 0600 | >60(f) | (> OR =60) | (NOTE) |
| => BUN/Creat Ratio | 2 | JUN 12 | 0339 | 17.8 | (10.0-20.0) | Ratio |
| => BUN/Creat Ratio | 3 | JUN 13 | 0600 | 15.6 | (10.0-20.0) | Ratio |
| => Sodium | 2 | JUN 12 | 0339 | 137 | (136-144) | mmol/L |
| => Sodium | 3 | JUN 13 | 0600 | 139 | (136-144) | mmol/L |

```
NOTES:  (a)  Results called to and read back by SMITH TAYLOR
             at 0619 on 06/12/23.  Called by Devang Dave.
        (b)  The iSTAT ACTk cartridges have not been validated for use in
             monitoring patients that are on Angiomax (bivalirudin).
             Results should be correlated to other clinical indicators,
             and interpreted with discretion
        (c)  Negative
             No MRSA DNA detected; MRSA nasal colonization unlikely.
        (d)  Negative
             See also (e)
        (e)  Test performed using the Abbott Binax Now Rapid CoVID-19
             test.
             Positive results are indicative of the presence of SARS-CoV
             and/or SARS-CoV-2; clinical correlation with patient history
             and other diagnostic information is necessary to determine
             patient infection status. Positive results do not rule out
             bacterial infection or co-infection with other viruses.
             Negative results do not preclude SARS-CoV-2 infection and
             should not be used as the sole basis for patient management
             decisions. Negative results must be combined with clinical
             observations, patient history, and epidemiological
             information.
             This test has been authorized by the FDA under an Emergency
             Use Authorization (EUA) for use by authorized laboratories.
             Please review the "Fact Sheets" for health care providers
             and patients.
        (f)  eGFR units: mL/min/1.73 meters squared
             CKD-EPI creatinine equation (2009)
```

| Patient: Davara, Imad | Age/Sex: 43/M | AcctV00020643284 UnitM000347675 |
|---|---|---|

RUN DATE: 06/14/23                 Deborah Heart and Lung LAB - LIVE                PAGE 3
RUN TIME: 0004                     Summary Discharge Report for LIS ELR

LOCATION

Patient: Dawara,Imad                          V00020643284      (Continued)

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| =) Potassium | 2 | JUN 12 | 0339 | 4.4 | (3.6-5.1) | mmol/L |
| =) Potassium | 3 | JUN 13 | 0600 | 3.7 | (3.6-5.1) | mmol/L |
| =) Chloride | 2 | JUN 12 | 0339 | 110 | (100-111) | mmol/L |
| =) Chloride | 3 | JUN 13 | 0600 | 106 | (100-111) | mmol/L |
| =) CO2 | 2 | JUN 12 | 0339 | 23 | (22-32) | mmol/L |
| =) CO2 | 3 | JUN 13 | 0600 | 26 | (22-32) | mmol/L |
| =) Gap | 2 | JUN 12 | 0339 | 4.0  L | (5.0-19.0) | |
| =) Gap | 3 | JUN 13 | 0600 | 7.0 | (5.0-19.0) | |
| =) Calcium | 2 | JUN 12 | 0339 | 8.5  L | (8.9-10.3) | ng/dL |
| =) Calcium | 3 | JUN 13 | 0600 | 8.7  L | (8.9-10.3) | ng/dL |
| =) MG | 2 | JUN 12 | 0339 | 2.3 | (1.7-2.5) | ng/dL |
| =) MG | 3 | JUN 13 | 0600 | 1.8 | (1.7-2.5) | ng/dL |
| =) HGB A1C | 2 | JUN 12 | 0339 | 5.8 | (4.0-6.0) | % |
| =) Troponin I | 1 | JUN 11 | 2059 | 3.05(g)  H | (<0.03) | ng/mL |
| =) Troponin I | 2 | JUN 12 | 0339 | 6.78(i)  H | (<0.03) | ng/mL |
| =) Troponin I | 2 | JUN 12 | 1010 | 6.75(j)  H | (<0.03) | ng/mL |
| =) TSH | 1 | JUN 11 | 2059 | 3.44 | (0.45-5.33) | uIU/mL |

NOTES:  (g)  Results called to and read back by  DR CHANG
             at 2202 on 06/11/23.  Called by Kimberly Heinz, MLT.
             See also (h)
        (h)  <0.03 ng/mL = not associated with myocardial damage
             0.03-0.5 ng/mL = high
             >0.5 ng/mL = critical high

             Elevated cardiac troponin I (cTn-I) may be an indicator of
             ischemic myocardial damage.  Non-acute coronary syndromes
             such as myocarditis, or other syndromes such as renal
             failure, pulmonary embolus, pneumonia, sepsis, stroke or
             skeletal muscle damage may also cause elevated cTn-I.

             An elevated cTn-I level alone is not sufficient to make a
             diagnosis of acute MI   cTn-I values must be used in
             conjunction with the patient's clinical findings.  In accord
             with published recommendations, serial testing of cTn-I at
             baseline, 3-6 hours and 6-8 hours, for up to 12-24 hours, is
             recommended to corroborate a single cTn-I result.
        (i)  Results called to and read back BY STEPHANIE CINEUS RN
             at 0455 on 06/12/23.  Called by Frank M Matyjasik.
             See also (h)
        (j)  Results called to and read back by DIVYA SOMA
             at 1059 on 06/12/23.  Called by Erin Delaney, MLT.
             See also (h)

Patient: Dawara,Imad                 Age/Sex: 43/M      Acct V00020643284  Unit M000247675

Fax Server          6/12/2023 2:18:51 PM   PAGE   2/016   Fax Server

*PTD # 69939-066*

**DHL**                    200 Trenton Rd                    (609)735-2950
                          Browns Mills, NJ  080151705

━━━━━━━━━━━━━━━━━━━━━━ **Patient Information** ━━━━━━━━━━━━━━━━━━━━━━

Patient Name:   DAWARA, IMAD                          Sex:   Male
Home Address: 5756 HARTFORD ST AND POINTSVILLE RD     DOB:   10/12/1979
              FORT DIX, NJ  08640                     Age:   43 Years
Home Phone:   (609)723-1100                           Religion: None/No Preference
Employer Name: Not Employed                           SSN:
Employer Phone:

━━━━━━━━━━━━━━━━━━━━━━ **Guarantor Information** ━━━━━━━━━━━━━━━━━━━━━━

Guarantor Name: IMAD DAWARA                           Sex:   Male
Patient's Reltn:   Self                               DOB:
Billing Address:  5756 HARTFORD ST AND POINTSVILLE R  Age:   43 Years
                  FORT DIX, NJ  08640                 SSN:
Billing Phone: (609)723-1100
Employer Name: Not Employed
Employer Phone:

━━━━━━━━━━━━━━━━━━━━━━ **Contact Information** ━━━━━━━━━━━━━━━━━━━━━━

*Emergency Contact*                           *Next of Kin*
Contact Name:   NONE NONE                      Contact Name:
Patient's Reltn:  Other                        Patient's Reltn:
Sex:                                           Sex:
Home Phone:                                    Home Phone:

━━━━━━━━━━━━━━━━━━━━━━ **Primary Insurance** ━━━━━━━━━━━━━━━━━━━━━━

Subscriber Name: DAWARA, IMAD                 Insurance Name: FORT DIX INMATES
Patient's Reltn: Self                         Claim Address:
Sex:   Male
DOB:                                          Insurance Phone:
Age:   43 Years                               Policy Number: 69939066
Employer Name:  Not Employed                  Group Number:
Employer Phone:                               Authorization Number:
Financial Class: Commercial                   Authorization Phone:
                                              Authorization Contact:

━━━━━━━━━━━━━━━━━━━━━━ **Secondary Insurance** ━━━━━━━━━━━━━━━━━━━━━━

Subscriber Name:                              Insurance Name:
Patient's Reltn:                              Claim Address:
Sex:
DOB:                                          Insurance Phone:
Age:                                          Policy Number:
Employer Name:                                Group Number:
Employer Phone:                               Authorization Number:
Financial Class:                              Authorization Phone:
                                              Authorization Contact:

━━━━━━━━━━━━━━━━━━━━━━ **Encounter Information** ━━━━━━━━━━━━━━━━━━━━━━

Reg Dt/Tm: 06/11/2023 16:49      Patient Type: Emergency          Admit Type: Emergency
Est Dt of Arrival:               Medical Service:  Emergency Medicin  Admit Source: Self (Non-HC Facilit
Inpt Adm Dt/Tm:                  Location: DHL ED                 Advance Directive:
Disch Dt/Tm: 06/11/2023 18:50    Room/Bed: Wtng/ED / A            Reg Clerk:  Carmen Gonzalez
Observation Dt/Tm:               Isolation:                       Admit Physician:
VIP Indicator:                   Disease Alert:                   Attend Physician: Randall Lewis
Admit Reason: CHEST PAIN                                          PCP:

# DAWARA, IMAD
## Male /  43 Years
**MRN:** HHD030046293                    **FIN:** CHS014929740

Page 1 of 15



**Capital Health at Deborah - Emergency Services**

capitalhealth

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **DAWARA, IMAD** | | | | |
| MRN: | HHD030046293 | | | Admit: | 6/11/2023 |
| FIN: | CHS014929740 | | | Disch: | 6/11/2023 |
| DOB/Age/Sex: | 10/12/1979   43 years | | Male | Admitting: | |
| Location: | DHL ED; Wtng/ED; A | | | Attending: | Lewis MD,Randall C |

## ED Triage Notes

| | |
|---|---|
| Document Type: | ED Triage Part 1 - Adult - Text |
| Service Date/Time: | 6/11/2023 16:52 EDT |
| Result Status: | Auth (Verified) |

**ED Triage Part 1 - Adult Entered On: 06/11/2023 16:55 EDT**
**Performed On: 06/11/2023 16:52 EDT by Wills RN, Kaitlyn**

**ED Triage**
Chief Complaint : BIB EMS for chest pain under the left side of his chest that began when he was watching Tv. +Dizziness. denies nausea, vomiting, or diarrhea. pain worsens with movement.
Mode of Arrival : Ground ambulance
Infectious Disease Documentation : Document assessment

Wills RN, Kaitlyn - 06/11/2023 16:52 EDT
(As Of: 06/11/2023 16:55:24 EDT)

**Allergies (Active)**
Ancef
Estimated Onset Date:  Unspecified ; Created By:  Peters RN, Martha; Reaction Status:  Active ; Category:  Drug ; Substance: Ancef ; Type:  Allergy ; Severity:  Moderate ; Updated By: Peters RN, Martha; Reviewed Date:  06/09/2022 23:59 EDT

ED Document Triage Assessment :  Document triage assessment

Wills RN, Kaitlyn - 06/11/2023 16:52 EDT
(As Of: 06/11/2023 16:55:24 EDT)

**Problems(Active)**

| | |
|---|---|
| Anxiety (SNOMED CT :81133019 ) | Name of Problem:  Anxiety ; Recorder:  Wills RN, Kaitlyn; Confirmation:  Confirmed ; Classification:  Patient Stated ; Code:  81133019 ; Contributor System:  PowerChart ; Last Updated:  06/11/2023 16:53 EDT ; Life Cycle Date: 06/11/2023 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT |
| Dizziness (SNOMED CT :2156535017 ) | Name of Problem:  Dizziness ; Recorder:  Wills RN, Kaitlyn; Confirmation:  Confirmed ; Classification:  Patient Stated ; Code:  2156535017 ; Contributor System:  PowerChart ; Last Updated:  06/11/2023 16:53 EDT ; Life Cycle Date: 06/11/2023 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT |
| Hypothyroidism (SNOMED CT :68268011 ) | Name of Problem:  Hypothyroidism ; Recorder:  Wills RN, Kaitlyn; Confirmation:  Confirmed ; Classification:  Patient |

Fax Server                6/12/2023 2:18:51 PM   PAGE   4/016   Fax Server

**Capital Health at Deborah - Emergency Services**

Patient Name  DAWARA, IMAD                    FIN:      CHS014929740
       DOB: 10/12/1979                   Attending:  Lewis MD,Randall C

## ED Triage Notes

Stated ; Code:  68268011 ; Contributor System:  PowerChart ;
Last Updated:  06/11/2023 16:53 EDT ; Life Cycle Date:
06/11/2023 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED
CT

Diagnoses(Active)
Chest pain                Date:  06/11/2023 ; Diagnosis Type:  Reason For Visit ;
                   Confirmation:  Complaint of ; Clinical Dx:  Chest pain ;
                   Classification:  Nursing ; Clinical Service:  Non-Specified ;
                   Code:  PNED ; Probability:  0 ; Diagnosis Code:
                   8E095FBB-BBCA-40DB-90A7-E99D6615CA20

Is the patient able to answer BH Concerns questions appropriately :  Yes
Little interest or pleasure in doing things in last 2 weeks :  Not at all
Feeling down, depressed, or hopeless in last 2 weeks :  Not at all
Patient Health Questionnaire 2 item total score :  0 Score
Temperature Oral :  36.9 degC(Converted to: 98.4 degF)
Systolic :  108 mmHg
Diastolic :  76 mmHg
MAP :  86 mmHg
Preferred Spoken Language :  English
ED Isolation Status :  N/A
Peripheral Pulse Rate :  65 bpm
Respiratory Rate :  21 br/min (HI)
SpO2 :  99 %
O2 Therapy :  Room air
Pain Present :  No actual or suspected pain
Able to obtain weight at this time :  Yes
                                          Wills RN, Kaitlyn - 06/11/2023 16:52 EDT

DCP GENERIC CODE
Tracking Acuity :  3 - Urgent
Tracking Group :  ED Deborah Tracking Group
                                          Wills RN, Kaitlyn - 06/11/2023 16:52 EDT

Triage Disposition :  Taken to exam area
Weight Measured :  96.3 kg(Converted to: 212 lb 5 oz)
Provider Notified :  Lewis MD, Randall C
                                          Wills RN, Kaitlyn - 06/11/2023 16:52 EDT

Assessment
Level of Consciousness :  Alert
Orientation :  Oriented x 3
ED ID Band in Place :  Yes
Work of Breathing :  Unlabored
Respiratory Pattern Details :  Eupnea
Skin Color General :  Normal
Skin Temperature :  Warm
Skin Description :  Dry
                                          Wills RN, Kaitlyn - 06/11/2023 16:52 EDT

ID Risk Screen

Fax Server          6/12/2023 2:18:51 PM  PAGE   5/016  Fax Server

## Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD                          FIN:     CHS014929740
DOB: 10/12/1979                          Attending:  Lewis MD,Randall C

### ED Triage Notes

Recent Travel History : No recent travel
Family Member/
Household/Contact Travel History : No recent travel
Have you been tested for Covid-19? : No
Have you received the Covid-19 Vaccine? : No
Are you interested in receiving the Covid-19 vaccine during this visit? (18 years and older) : No
ED Covid Booster Status : No
ED Covid Booster Interest : No

Wills RN, Kaitlyn - 06/11/2023 16:52 EDT

**ED EMS/Police Log**
ED BLS EMS DEB Top : Mcguire/Ft Dix EMS

Wills RN, Kaitlyn - 06/11/2023 16:52 EDT

---

Document Type:                          ED Triage Part 2 - Adult - Text
Service Date/Time:                      6/11/2023 16:55 EDT
Result Status:                          Auth (Verified)

ED Triage Part 2 - Adult Entered On: 06/11/2023 16:58 EDT
Performed On: 06/11/2023 16:55 EDT by Wills RN, Kaitlyn

**General Information**
Advance Directive : No
Reason Unable to Obtain Current Visit Information : None

Wills RN, Kaitlyn - 06/11/2023 16:55 EDT

**Medication List**

(As Of: 06/11/2023 16:58:11 EDT)

Home Meds
tamsulosin                  : tamsulosin ; Status:  Documented ; Ordered As Mnemonic:
                            tamsulosin 0.4 mg oral capsule ; Simple Display Line:  0
                            Refill(s) ; Catalog Code:  tamsulosin ; Order Dt/Tm:
                            06/11/2023 16:58:05 EDT

DULoxetine                  : DULoxetine ; Status:  Documented ; Ordered As Mnemonic:
                            DULoxetine 30 mg oral delayed release capsule ; Simple
                            Display Line:  0 Refill(s) ; Catalog Code:  DULoxetine ; Order
                            Dt/Tm:  06/11/2023 16:57:31 EDT

mirtazapine                 : mirtazapine ; Status:  Documented ; Ordered As Mnemonic:
                            mirtazapine 15 mg oral tablet ; Simple Display Line:  0 Refill(s)
                            ; Catalog Code:  mirtazapine ; Order Dt/Tm:  06/11/2023
                            16:57:46 EDT

Falls Risk : Not a fall risk
Domestic Concerns : None

---

### Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD                          FIN:        CHS014929740
     DOB: 10/12/1979                             Attending:  Lewis MD,Randall C

## *ED Triage Notes*

Immunizations Current :  Unknown
Last Tetanus :  Unknown
Social History :  Document Social History with Smoking
Pre-arrival Interventions :  Yes
Pregnancy Status :  N/A
Menstrual History :  N/A
Triage Interventions :  Document triage interventions
Procedure History :  Document procedure history

Wills RN, Kaitlyn - 06/11/2023 16:55 EDT

**Social History**
Social History

(As Of: 06/11/2023 16:58:11 EDT)

Tobacco:

Smoking tobacco use: Never (less than 100 in lifetime).  (Last
Updated: 06/11/2023 16:55:36 EDT by Wills RN, Kaitlyn)

Electronic Cigarette/Vaping:

Electronic Cigarette Use: Never.  (Last Updated: 06/11/2023
16:55:37 EDT by Wills RN, Kaitlyn)

Alcohol:

Use: Never.  (Last Updated: 06/11/2023 16:55:39 EDT by Wills
RN, Kaitlyn)

Substance Use:

Use: Never.  (Last Updated: 06/11/2023 16:55:40 EDT by Wills
RN, Kaitlyn)

**Pre-Arrival Interventions**
ED Prior To Arrival Medications :  ASA 81mg x 4, NTG SL x 1

Wills RN, Kaitlyn - 06/11/2023 16:55 EDT

**Triage Interventions**
Triage Interventions :  Other: vitals obtained, ekg obtained. md at bedside.
Triage Disposition :  Taken to exam area

Wills RN, Kaitlyn - 06/11/2023 16:55 EDT

**Procedure History**

Procedure History

(As Of: 06/11/2023 16:58:11 EDT)

Anesthesia Minutes:  0 ; Procedure Name:  None ; Procedure
Minutes:  0 ; Last Reviewed Dt/Tm:  06/11/2023 16:56:13 EDT

Fax Server                    6/12/2023 2:18:51 PM   PAGE    7/016    Fax Server

### Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD                          FIN:      CHS014929740
           DOB: 10/12/1979                          Attending: Lewis MD,Randall C

## ED Disposition Documentation

Document Type:                                  ED Disposition Documentation - Text
Service Date/Time:                              6/11/2023 18:50 EDT
Result Status:                                  Auth (Verified)

ED Disposition Documentation Entered On: 06/11/2023 19:01 EDT
Performed On: 06/11/2023 18:50 EDT by McCloud RN, Brittney

**Disposition Documentation**
Trauma Team Response :  No Trauma Team Response
Disposition :  Transfer to Acute Care Facility
ED Transfer Documentation Conditional :  Open transfer documentation

McCloud RN, Brittney - 06/11/2023 19:00 EDT

**Transfer**
Reason for Transfer :  Requires higher level of care
Transfer Requirements Met :  Patient has received a medical screening, Patient will be transferred by qualified personnel and
transportation equipment as required, including the use of necessary appropriate life support measures, Receiving facility has
agreed to accept transfer and to provide appropriate medical treatments, Receiving facility has available space and qualified
personnel for the treatment of the patient, Risks and benefits of transfer explained to patient
Date/Time Transfer Accepted :  06/11/2023 18:41 EDT
Accepting Physician :  Poulathas
Date/Time Physician Accepted Patient :  06/11/2023 18:41 EDT
ED Transfer To Locations Master List :  Deborah Heart & Lung Center
Nurse Receiving Report :  Kim Walden Rn
Date/Time Nurse Received Report :  06/11/2023 18:41 EDT
Data Sent with Patient :  Chart copy, Demographic sheet, X-ray reports/Copies, Other: emtala
Accompanied by :  Nurse

McCloud RN, Brittney - 06/11/2023 19:00 EDT

Document Type:                                  ED Disposition Documentation - Text
Service Date/Time:                              6/11/2023 18:38 EDT
Result Status:                                  Auth (Verified)

ED Disposition Documentation Entered On: 06/11/2023 18:38 EDT
Performed On: 06/11/2023 18:38 EDT by Wills RN, Kaitlyn

**Disposition Documentation**
Trauma Team Response :  No Trauma Team Response
Procedural Sedation :  No
Disposition :  Transfer to Acute Care Facility
ED Transfer Documentation Conditional :  Open transfer documentation

Wills RN, Kaitlyn - 06/11/2023 18:38 EDT

**Transfer**
Reason for Transfer :  Requires higher level of care

Fax Server          6/12/2023 2:18:51 PM   PAGE   8/016   Fax Server

### Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD                    FIN:       CHS014929740
DOB: 10/12/1979                               Attending: Lewis MD, Randall C

## ED Disposition Documentation

Transfer Requirements Met : Patient has received a medical screening, Patient will be transferred by qualified personnel and transportation equipment as required, Including the use of necessary appropriate life support measures, Receiving facility has agreed to accept transfer and to provide appropriate medical treatments, Receiving facility has available space and qualified personnel for the treatment of the patient, Risks and benefits of transfer explained to patient, Risks and benefits of transfer explained to legal representative
Date/Time Transfer Accepted : 06/11/2023 18:10 EDT
Accepting Physician : Dr. Poulathas
Date/Time Physician Accepted Patient : 06/11/2023 18:10 EDT
ED Transfer To Locations Master List : Deborah Heart & Lung Center
Nurse Receiving Report : Kim Walden, RN
Date/Time Nurse Received Report : 06/11/2023 18:38 EDT
Data Sent with Patient : Chart copy, Demographic sheet, EKG copy, Lab results, X-ray reports/Copies
Accompanied by : Nurse

Wills RN, Kaitlyn - 06/11/2023 18:38 EDT

## ED Note Physician

Document Type:                        ED Note Physician
Service Date/Time:         .          6/11/2023 17:02 EDT
Result Status:                        Auth (Verified)

### Basic Information
Time Seen:
Lewis MD, Randall C / 06/11/2023 16:53

### Chief Complaint
31B EMS for chest pain under the left side of his chest that began when he was watching TV. +Dizziness. denies nausea, vomiting, or diarrhea. pain worsens with movement.

### History of Present Illness
GENERAL MEDICAL L5

HISTORY OF PRESENT ILLNESS: Patient is a 43 Years old Male who that he was watching TV this afternoon when he started having pain in the left side of his chest. The pain is a sharp pain that starts in the left lateral chest and radiates to the sternum. The patient states it was 7 out of 10. The patient states the pain is made worse with movement. The patient also states that history of anxiety has been very anxious. The patient denies jaw pain. Patient denies associated nausea vomiting or diaphoresis. Patient denies feeling short of breath. Patient Nuys cough or congestion.

REVIEW OF SYSTEMS: Other than the symptoms associated with the present events, he following is reported with regard to recent health: General: (-) fever. HENT: (-) congestion. Respiratory: (-) cough. Cardiovascular: (+)moderate chest pain. GI: (-) abdominal pain. GU: (-) urinary complaints. Musculoskeletal: (-) other aches or pains. Endocrine: (-) generalized weakness. Neurological (-) localized weakness. Psychiatric: (-) emotional stress.

PHYSICAL EXAMINATION:
GENERALIZED APPEARANCE: The patient appears anxious and uncomfortable_.
SKIN: Warm, dry; (-) cyanosis; (-) rash.
HEAD: (-) scalp swelling, (-) tenderness.
EYES: (-) conjunctival pallor, (-) scleral icterus.

### Problem List/Past Medical History
Ongoing
  Anxiety
  Dizziness
  Hypothyroidism
Historical
  No qualifying data

### Procedure/Surgical History
None

### Allergies
Ancef

### Social History
Alcohol
  Use: Never, 06/11/2023
Electronic Cigarette/Vaping
  Electronic Cigarette Use: Never, 06/11/2023
Substance Use
  Use: Never, 06/11/2023
Tobacco
  Smoking tobacco use: Never (less than 100 in lifetime)., 06/11/2023

### Family History
The family history is noncontributory

### Lab Results
| CBC and Differential | LATEST RESULTS | HISTORICAL RESULTS |
| --- | --- | --- |

---

Report Request ID: 33142226          Page 7 of 15          Print Date/Time:   6/12/2023 14:16 EDT

Fax Server          8/12/2023 2:18:51 PM  PAGE   9/016   Fax Server

## Capital Health at Deborah - Emergency Services

Patient Name  DAWARA, IMAD                    FIN:      CHS014929740
DOB: 10/12/1979                               Attending:  Lewis MD, Randall C

### ED Note Physician

ENMT: Pharynx: (-) erythema; airway patent: (-) stridor; mucous membranes moist.
LYMPHATIC/NECK: (-) tenderness, (-) stiffness, (-) lymphadenopathy, (-) thyromegaly.
CHEST AND RESPIRATORY: (-) rales, (-) rhonchi, (-) wheezes; breath sounds equal
bilaterally.
HEART AND CARDIOVASCULAR: (-) irregularity; (-) murmur, (-) gallop.
ABDOMEN AND GI: Soft; (-) tenderness, (-) guarding, (-) rebound, (-) palpable
masses, (-) CVA tenderness.
MUSCULOSKELETAL/EXTREMITIES: (-) joint swelling, (-) deformity, (-) edema, (-)calf
tenderness, (+) distal pulses (+) symmetric.
NEURO AND PSYCH: Alert, oriented, normal strength. Sensation grossly _ intact. Moving
all extremities.

----------------------------------------------------------------------
The diagnostic results contained in this document reflect the information available to the
physician at the time of the patient encounter.
Final results, when completed, will be found in the patient's permanent hospital medical
chart.
----------------------------------------------------------------------

**DIAGNOSTICS:**
EKG is sinus arrhythmia, early repolarization changes
Pulse ox: 99_% on RA_ indicating _adequate oxygenation

**EMERGENCY DEPARTMENT COURSE AND TREATMENT:** Patient's condition remained
stable_ during Emergency Department evaluation. Decision made to obtain prior medical
records.
Orders written. Patient treated with _p.o. aspirin was given by the EMS.

After the evaluation in the Emergency Department, my clinical impression is elevated
troponin and chest pain_.

TRANSFER - Based upon the information available at the time of transfer, the medical
benefits reasonably expected from the provision of medical treatment at _elevated
outweigh the increased risk to the patient for transfer from this facility because _elevated
troponin and chest pain. I have described the inherent risks and benefits of the transfer to
the patient, and patient agrees to transfer. I have spoken to Dr. _Polouthus_ who has
agreed to accept transfer of the patient and provide further medical treatment at the
receiving facility. At the time of transfer, copies of all medical records sent which related to
the emergency condition for which the individual presented. These records include
observations of signs or symptoms, preliminary clinical impression, treatment provided,
results of any completed test and an informed written consent to the transfer.

## Physical Exam

### Vitals & Measurements
T: 36.9 °C (Oral)  HR: 65(Peripheral)  RR: 21  BP: 108/76  SpO2: 99%
WT: 96.300 kg  WT: 96.3 kg

| | | | | | |
|---|---|---|---|---|---|
| WBC | | 12.1 | | | 7.4 10E3/uL |
| | | 10E3/uL | | | |
| | | High | | | |
| RBC | | 5.22 | | | 4.65 |
| | | 10E6/uL | | | 10E6/uL |
| Hgb | | 15.7 | | | 13.9 |
| Hct | | 45.0 % | | | 45.9 % Low |
| MCV | | 86.3 fL | | | 87.5 fL |
| MCH | | 30.1 pg | | | 29.9 pg |
| MCHC | | 34.9 | | | 34.1 |
| RDW-CV | | 12.8 % | | | 12.8 % |
| MPV | | 7.9 fL | | | 7.7 fL |
| Platelets | | 231 | | | 201 10E3/uL |
| | | 10E3/uL | | | |
| Neutro Auto | | 74.0 % | | | 38.3 % Low |
| Lymph Auto | | 17.6 % | | | 45.9 % |
| | | Low | | | |
| Mono Auto | | 8.1 % | | | 11.0 % High |
| Eos, Auto | | 0.5 % | | | 3.8 % |
| Basophil Auto | | 0.4 % | | | 0.8 % |
| Neutro Abs Manual (ANC) | | 8.9 High | | | 2.8 |
| Lymph Abs Manual | | 2.0 10E3/uL | | | 3.4 10E3/uL |
| Mono Abs Manual | | 1.0 10E3/uL High | | | 0.8 10E3/uL High |
| Eos Abs Manual | | 0.1 10E3/uL | | | 0.3 10E3/uL |
| Baso Abs Manual | | 0.1 10E3/uL | | | 0.1 10E3/uL |
| NRBC Abs Auto | | 0 /100(WBCs) | | | 0 /100(WBCs) |

Fax Server          6/12/2023 2:18:51 PM   PAGE   10/016   Fax Server

## Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD              FIN:        CHS014929740
DOB: 10/12/1979                  Attending:  Lewis MD,Randall C

## *ED Note Physician*

### Assessment/Plan
1. Angina at rest

### Follow Up
No qualifying data available

### Medication Reconciliation
Unchanged
DULoxetine (DULoxetine 30 mg oral delayed release capsule)
mirtazapine (mirtazapine 15 mg oral tablet)
tamsulosin (tamsulosin 0.4 mg oral capsule)

| Coagulation | | LATEST RESULTS | |
|---|---|---|---|
| Prothrombin Time | | | 12.4 seconds |
| INR | | | 1.11 High |
| D Dimer, (Quant.) | | | <500.00 ng/mL |

| Routine Chemistry | | LATEST RESULTS | | HISTORICAL RESULTS |
|---|---|---|---|---|
| Sodium Level | | 136 mmol/L | | 130 mmol/L |
| Potassium Level | | 3.4 mmol/L Low | | 3.6 mmol/L |
| Chloride Level | | 105 mmol/L | | 105 mmol/L |
| CO2 | | 24 mmol/L | | 23 mmol/L |
| Glucose Level | | 105 mg/dL | | 107 mg/dL High |
| BUN | | 16 mg/dL | | 14 mg/dL |
| Creatinine | | 1.1 mg/dL | | 0.9 mg/dL |
| Calcium Level Total | | 9.1 mg/dL | | 9.0 mg/dL |
| Protein Total | | 7.6 g/dL | | 7.0 g/dL |
| Albumin Level | | 4.0 g/dL | | 3.6 g/dL |
| Bilirubin Total | | 1.6 mg/dL | | 1.0 mg/dL |
| Alkaline Phosphatase | | 45 | | 40 |
| AST | | 21 | | 17 |
| ALT | | 23 | | 22 Low |
| Estimated Glomerular Filtration Rate | | >60 | | >60 |
| Anion Gap | | 7.0 | | 11.0 |
| Magnesium Level | | 1.7 mg/dL | | |

Fax Server          6/12/2023 2:18:51 PM   PAGE   11/016   Fax Server

**Capital Health at Deborah - Emergency Services**

Patient Name: DAWARA, IMAD                           FIN:          CHS014929740
DOB: 10/12/1979                                      Attending:  Lewis MD,Randall C

### ED Note Physician

| | | |
|---|---|---|
| BUN/Creatinin e Ratio | 14.5 | 15.6 |
| Globulin | 3.6 g/dL | 3.4 g/dL |

| Cardiac Isoenzymes | LATEST RESULTS | |
|---|---|---|
| Troponin-I | | 0.07 ng/mL  High |
| B-Type Natriuretic Peptide | | 13 pg/mL |

**Diagnostic Results**
No qualifying data available.

Electronically Signed on 06/11/23 06:29 PM

Lewis MD, Randall C

### Cardiology Procedures

Document Type:                          ECG ROUTINE
Service Date/Time:                      6/11/2023 16:55 EDT
Result Status:                          Auth (Verified)
Document Subject:                       ECG 12 lead EKG
Sign Information:

**ECG 12 lead EKG**
H\Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
609)893-6611

       Dept. 709
\N\[ rep ct ivnm suf]
| rep ct add1]
| rep ct add2]
| rep ct add3]

       DRMN: [ rep ct mne]

Patient's Name: Dawara,Imad                    Date of Birth:
10/12/1979
M.R.#: H030046293                   Date: 06/11/23

**Capital Health at Deborah - Emergency Services**

Patient Name: DAWARA, IMAD                          FIN:         CHS014929740
        DOB: 10/12/1979                          Attending:   Lewis MD, Randall C

## Cardiology Procedures

Ordering Physician: Randall Lewis, MD
Date of Service: 06/11/23
Procedure(s): ECG 12 lead EKG
Accession Number(s): G0000949632
Account Number: CH0014929740
CPT Code: 93005
REG ER

Test Date:   2023-06-11        Test Time:   16:55:04
                Interpretive Statements
SINUS ARRHYTHMIA
MINIMAL ST ELEVATION, INFERIOR LEADS
No previous ECG available for comparison
Electronically Signed On 6-11-2023 23:36:05 EDT by MARK MOSHIYAKHOV, MD

Dictated By:   Mark Moshiyakhov, MD
e-Signed By:   Mark Moshiyakhov, MD        06/11/23 2336

## Chemistry

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Routine Chemistry

| Procedure | Collected Date: 6/11/2023 Collected Time: 17:00 EDT | Units | Reference Range |
|---|---|---|---|
| Sodium Level | 136 | mmol/L | [136-144] |
| Potassium Level | 3.4 L | mmol/L | [3.6-5.1] |
| Chloride Level | 105 | mmol/L | [100-111] |
| CO2 | 24 | mmol/L | [22-32] |
| Glucose Level | 105 | mg/dL | [74-106] |
| BUN | 16 | mg/dL | [7-26] |
| Creatinine | 1.1 | mg/dL | [0.7-1.2] |
| Calcium Level Total | 9.1 | mg/dL | [8.9-10.3] |
| Protein Total | 7.6 | g/dL | [6.1-8.1] |
| Albumin Level | 4.0 | g/dL | [3.5-4.3] |
| Bilirubin Total | 1.6 | mg/dL | [0.4-2.0] |
| Alkaline Phosphatase | 46 | | [38-126] |
| AST | 21 | | [15-41] |
| ALT | 23 | | [17-63] |
| Estimated Glomerular Filtration Rate | >60 i | | [> OR =60] |
| Anion Gap | 7.0 | | [5.0-19.0] |
| Magnesium Level | 1.7 | mg/dL | [1.7-2.5] |
| BUN/Creatinine Ratio | 14.5 | | [10.0-20.0] |

Fax Server          6/12/2023 2:18:51 PM   PAGE   13/016   Fax Server

**Capital Health at Deborah - Emergency Services**

Patient Name: DAWARA, IMAD                    FIN:        CHS014929740
         DOB: 10/12/1979                      Attending:  Lewis MD, Randall C

*Chemistry*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### Routine Chemistry

|                    | Collected Date: 6/11/2023 |       |                  |
|--------------------|---------------------------|-------|------------------|
|                    | Collected Time: 17:00 EDT |       |                  |
| Procedure          |                           | Units | Reference Range  |
| Globulin           | 3.6                       | g/dL  | [1.4-4.8]        |

Result Comments
i1    Estimated Glomerular Filtration Rate
      eGFR units: mL/min/1.73 meters squared
      CKD-EPI creatinine equation (2009)

### Cardiac Markers

|                           | Collected Date: 6/11/2023 |       |                  |
|---------------------------|---------------------------|-------|------------------|
|                           | Collected Time: 17:00 EDT |       |                  |
| Procedure                 |                           | Units | Reference Range  |
| Troponin-I                | 0.07 H f2                 | ng/mL | [<0.03]          |
| B-Type Natriuretic Peptide| 13 f3                     | pg/mL | [1-100]          |

Result Comments
f2    Troponin-I
      <0.03 ng/mL = not associated with myocardial damage
      0.03-0.5 ng/mL = high
      >0.5 ng/mL = critical high

      Elevated cardiac troponin I (cTn I) may be an indicator of
      ischemic myocardial damage. Non-acute coronary syndromes
      such as myocarditis, or other syndromes such as renal
      failure, pulmonary embolus, pneumonia, sepsis, stroke or
      skeletal muscle damage may also cause elevated cTn-I.

      An elevated cTn-I level alone is not sufficient to make a
      diagnosis of acute MI. cTn-I values must be used in
      conjunction with the patient's clinical findings. In accord
      with published recommendations, serial testing of cTn-I at
      baseline, 3-6 hours and 6-8 hours, for up to 12-24 hours, is
      recommended to corroborate a single cTn-I result.
f3    B-Type Natriuretic Peptide
      BNP levels are reported to increase with age in the general
      population, with the highest levels seen in individuals
      greater than 75 years of age.
      REFERENCE: J. Am. Coll. Cardiol. 2002; 40(5):976-982

Fax Server                    6/12/2023 2:18:51 PM   PAGE   14/016   Fax Server

### Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD                        FIN:        CHS014929740
        DOB: 10/12/1979                            Attending:  Lewis MD,Randall C

## Coagulation-Thrombosis

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

| Collected Date | 6/11/2023 | | |
| Collected Time | 17.00 EDT | | |
| Procedure | | Units | Reference Range |
| Prothrombin Time | 12.4 | seconds | [9.4-12.5] |
| INR | 1.11 H | | [0.85-1.10] |
| D Dimer,(Quant.) | <500.00 i4 | ng/mL | [<500.00] |

Result Comments
i4    D Dimer, (Quant.)
      The D-dimer assay is intended for use as an aid in the
      diagnosis of acute DVT or PE.  In patients with a low to
      moderate clinical risk assessment and a D-Dimer result <500
      ng/mL, the likelihood of PE or DVT is very low.  However, a
      thromboembolic event should not be excluded solely on the
      basis of the D-Dimer level.  Increased levels of D-Dimer are
      associated with PE, DVT, DIC, malignancies, inflammation,
      sepsis, surgery, trauma, pregnancy, anticoagulation therapy,
      cirrhosis, and advancing patient age.

## Hematology

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

### CBC and Differential

| Collected Date | 6/11/2023 | | |
| Collected Time | 17:00 EDT | | |
| Procedure | | Units | Reference Range |
| WBC | 12.1 H | 10E3/uL | [4.8-10.8] |
| RBC | 5.22 | 10E6/uL | [4.60-6.20] |
| Hgb | 15.7 | | [13.6-18.0] |
| Hct | 45.0 | % | [42.0-52.0] |
| MCV | 86.3 | fL | [80.0-94.0] |
| MCH | 30.1 | pg | [27.0-31.0] |
| MCHC | 34.9 | | [33.0-37.0] |
| RDW-CV | 12.8 | % | [11.4-14.5] |
| MPV | 7.9 | fL | [7.4-10.4] |
| Platelets | 231 | 10E3/uL | [150-450] |
| Neutro Auto | 74.0 | % | [42.2-75.2] |
| Lymph Auto | 17.0 L | % | [20.5-51.1] |
| Mono Auto | 8.1 | % | [1.7-9.3] |
| Eos, Auto | 0.5 | % | [0-7] |
| Basophil Auto | 0.4 | % | [0-2] |
| Neutro Abs Manual (ANC) | 8.9 H | | [1.5-8.0] |
| Lymph Abs Manual | 2.0 | 10E3/uL | [1.5-6.8] |

---

Fax Server                6/12/2023 2:18:51 PM   PAGE   15/016   Fax Server

## Capital Health at Deborah - Emergency Services

Patient Name: DAWARA, IMAD                         FIN:        CHS014929740
        DOB: 10/12/1979                            Attending:  Lewis MD,Randall C

### *Hematology*

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

#### CBC and Differential

| Procedure | Collected Date: 6/11/2023 Collected Time: 17:00 EDT | Units | Reference Range |
|---|---|---|---|
| Mono Abs Manual | 1.0 H | 10E3/uL | [0.1-0.6] |
| Eos Abs Manual | 0.1 | 10E3/uL | [0.0-0.7] |
| Baso Abs Manual | 0.1 | 10E3/uL | [0-0.2] |
| NRBC Abs Auto | 0 | /100(WBCs) | [0-0] |

### *Diagnostic Radiology*

Document Type:                                 XR Chest 1 View Portable
Service Date/Time:                             6/12/2023 09.04 EDT
Result Status:                                 Auth (Verified)
Document Subject:                              XR chest 1V portable
Sign Information:

**XR chest 1V portable**
H\Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611


      Dept. 700
'NM[ rep ct ivnm suf]
   rep ct add1]
   rep ct add2]
   rep ct add3]

        DRMN: [ rep ct mne]


Patient's Name: Dawara,Imad     Date of Birth: 10/12/1979
M R.#: H030046293     Admit/Service Date: 06/11/23
_____

Ordering Physician: Randall Lewis M.D
Date of Service: 06/11/23
Procedure(s): XR chest 1V portable
Accession Number(s): G0000949633
Account Number: CH0014929740
CPT Code: 71045
Patient Status: REG ER

**Capital Health at Deborah - Emergency Services**

Patient Name: DAWARA, IMAD                          FIN:        CHS014929740
     DOB: 10/12/1979                           Attending:  Lewis MD,Randall C

## Diagnostic Radiology

PROCEDURE:
XR chest 1V portable

REASON FOR EXAM:
Chest pain.

COMPARISON:
None

TECHNIQUE:
Portable AP view of the chest was obtained at .

FINDINGS:
The lungs are grossly clear without consolidation, mass, pleural effusion or pneumothorax.

The cardiac silhouette or heart is unremarkable in size and contour. No vascular congestion or hilar enlargement is demonstrated.

Bony structures of the chest or thoracic spine are unremarkable.  No significant degenerative disc disease.

No significant interval changes from the prior study.

IMPRESSION:
Unremarkable portable chest radiograph.  No pulmonary mass, consolidation or pleural effusions.

Transcribed By:  Fluency Reports
Dictated By:   William W Qiu,MD        Date:  06/12/23


Signed By:   William W Qiu, MD     06/12/23 0908

**Deborah.** Heart and Lung Center

*New Jersey Universal Transfer Form*
(Items 1 - 29 must be completed)

FCI FTD 69939

Dawara, Imad
06/20/23 M    43   DOB:10/12/1979
MR# M000347675
Acct# V00020672051

1. Transfer From: DHLC
   Transfer To: Law Enforcement Facility

2. Date of Transfer: 6/22/23    Time of Transfer: _____ ☐ AM ☐ PM

3. Patient Name: Dawara, Imad (Last, First, MI)    Date of Birth (mm/cd/yyyy): 10/12/79   ☐ M ☐ F

4. Language: ☐ English ☐ Other: _____

5. Physician Name: Dr. Lee    Phone: 609-893-1011

6. Code Status: ☐ DNR ☐ DNH ☐ DNJ ☐ Out of Hospital DNR Attached
   Check if Contact Person is
   ☐ Health Care Representative/Proxy

7. Contact Person: _____    Relationship: _____ ☐ Legal Guardian
   Name of ☐ Health Care Representative/Proxy or ☐ Legal Guardian if not contact person: _____
   Phone (day): _____    Phone (night): _____    Cellphone: _____

8. Reason for Transfer (include brief medical history and recent changes in physical function or cognition): _____
   cost of care

   VIS: BP 119/82 P 68 R 19 T 36.8°C PAIN: ☐ None ☐ Yes–Rating ____ Site ____ Treatment ____

9. Primary Diagnosis: Chest Pain    ☐ Pacemaker
   Secondary Diagnosis: Coronary Artery Disease.    ☐ Internal Defib.
   Mental Health Diagnosis (if applicable): _____

10. Restraints: ☐ No ☑ Yes (describe) Pt is a Prisoner.

11. Respiratory Needs: ☐ None ☐ Oxygen-Device _____ ☐ Flow Rate _____
    ☐ CPAP ☐ BPAP ☐ Trach ☐ Vent ☐ Related details attached ☐ Other _____

12. Isolation/Precaution: ☐ None ☐ MRSA ☐ VRE ☐ ESBL ☐ C-Diff ☐ Other _____
    Site _____    Comments _____    ☐ Colonized

13. Allergies: ☐ None ☑ Yes, List Cefazolin, Penicillin.

14. Sensory: Vision ☑ Good ☐ Poor ☐ Blind ☐ Glasses
    Hearing ☑ Good ☐ Poor ☐ Deaf *Hearing Aid* ☐ Left ☐ Right
    Speech ☐ Clear ☐ Difficult ☐ Aphasia

15. Skin Condition: ☑ No Wound ☐ YES: Pressure, Surgical, Vascular, Diabetic, Other

16. Diet: ☑ Regular ☐ Tube Feed ☐ Mechanically Altered Diet ☐ Thicken Liquids
    ☑ Special (describe) 2 gm Na, Low Chol, Low Fat

17. IV Access: ☑ None ☐ PICC ☐ Saline Lock ☐ IVAD ☐ AV Shunt ☐ Other _____

18. Personal Items Sent With Patient: ☐ None ☐ Glasses ☐ Walker ☐ Cane
    Hearing Aid: ☐ Left ☐ Right  Dentures: ☐ Upper/Partial ☐ Lower/Partial ☐ Other: _____

19. Attached Documents: *Must Attach Current Medication Information*
    ☑ Face Sheet ☐ MAR ☐ Medication Reconciliation ☐ TAR ☐ POS ☑ Diagnostic Studies ☑ Labs ☐ Operative Report ☐ Respiratory Care
    ☐ Advance Directive ☐ Code Status ☐ Discharge Summary ☐ PT Note ☐ OT Note ☐ ST Note ☐ HXIPE
    ☐ Other: Progress

20. At Risk Alerts: ☑ None ☐ Falls ☐ Pressure Ulcer
    ☐ Aspiration ☐ Wanders ☐ Elopement ☐ Seizure
    Harm to: ☐ N/A ☐ Self ☐ Others
    Weight Bearing Status: Left Leg: ☐ Limited ☑ Full
    Right Leg: ☐ Limited ☑ Full

21. Mental Status: ☑ Alert ☐ Forgetful ☐ Oriented
    ☐ Unresponsive ☐ Disoriented ☐ Depressed
    ☐ Other _____

22. ☐ PASRR Level I Completed

23. Function:        Self    With Help    Not Able
    Walk             ☑        ☐           ☐
    Transfer         ☑        ☐           ☐
    Toilet           ☑        ☐           ☐
    Feed             ☑        ☐           ☐

24. Immunizations/Screening:
    ☐ Flu Date _____ ☐ Tetanus Date _____
    ☐ Pneumo Date _____ ☐ PPD+/- Date _____
    ☐ Other _____ Date _____

25. Bowel: ☑ Continent ☐ Incontinent Last BM 6/22
    Comments _____

26. Bladder: ☑ Continent ☐ Incontinent ☐ Foley Catheter
    Comments _____

27. Sending Facility Contact: DHLC  Unit: 4C  Phone: 609-893-1011
    Rec'g Facility Contact (if known): Law Enforcement Facility  Unit: ____  Phone: 9987

28. Form Prefilled By (if applicable): _____ Title: ____ Unit: ____  Phone: _____

29. Form Completed By: N. Borgiano  Title: RN  Phone: _____

MRD#7–10/2011 MediaB8/18

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611

Dept. 805

DRMN:

History & Physical

Patient's Name: Dawara,Imad                     Date of Birth: 10/12/1979
M.R.#: M000347675                               Admit/Service Date: 06/21/23
CPT Code:

## HPI
**Date of Service**
Date of Service: 06/20/23
**Chief Complaint**
Chief complaint: Chest pain
**History of Present Illness**
History of present illness:

43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy brought in from prison for complaint of persistent shortness of breath over the last week. Patient was recently admitted to DHLC on 6/11 when he presented with left-sided chest pressure. At that time, patient had complained of radiating pain to the shoulders, neck and left arm. Of note patient is an ex-smoker with 25-pack-year smoking history and extensive hookah smoking as well. During his last admission, patient was initially admitted to the medical intensive care unit for recurring 10 out of 10 chest pressure requiring multiple doses of nitroglycerin and ultimately a nitroglycerin infusion. His EKG at that time did not show any ischemic changes, however on telemetry he had a 19 beat run of NSVT. Patient was then loaded with Brilinta and started on a heparin drip. His troponin continued to rise and peaked at 6.78 before trending down. On 6/11/23 , he underwent cardiac catheterization and PCI with drug eluting stent to mLCx and mLAD. He was loaded with Plavix during the case and continued on it thereafter. Transthoracic echocardiogram at the time revealed a preserved ejection fraction. Patient reports strict compliance with his aspirin and Plavix since discharge. He describes his shortness of breath as progressively worsening over the last week. He states that even sitting at rest having a conversation has made him short of breath. He is unable to walk around and run without experiencing the shortness of breath. Patient also complains of chest heaviness in the center of his chest that radiates up to his jaw. He states this started after he got to the emergency department today. He notes that this pain is much milder than what he was experiencing upon his previous presentation.

In the emergency department, patient's vital signs were stable. He is resting comfortably on room air without requiring any supplemental oxygen. Laboratory review reveals grossly unremarkable CBC, CMP, D-dimer, CK and BNP. His initial troponin was negative at 0.02. Chest x-ray was also obtained and was unremarkable. No evidence of pulmonary mass, consolidation or pleural effusions were noted. His EKG is nonischemic. Patient will be admitted to the telemetry floors for further work-up of his shortness of breath and chest pain.

Page: 1 of 5

Name: Dawara,Imad                          Dept. 805
M.R.#: M000347675

## Review of Systems
**Review of Systems**
Review of systems: All systems were reviewed & are negative except as noted in the HPI

## PMFSH
**Social History**
Smoking status: Former smoker
Substance use type: does not use

## Medications/Allergies
**Medications/Allergies**
Home medications:

### Home Medications

| Medication | Instructions | Recorded | Confirmed | Type |
|---|---|---|---|---|
| aspirin 81 mg tablet,delayed release | 81 mg PO DAILY #90 tabs | 06/13/23 | | Rx |
| atorvastatin 80 mg tablet | 80 mg PO NIGHTLY #90 tabs | 06/13/23 | | Rx |
| clopidogrel 75 mg tablet (Plavix) | 75 mg PO DAILY #90 tabs | 06/13/23 | | Rx |
| metoprolol tartrate 50 mg tablet | 50 mg PO BID #180 tabs | 06/13/23 | | Rx |
| nitroglycerin 0.4 mg sublingual tablet | 0.4 mg sublingual Q5M PRN chest pain #60 tabs | 06/13/23 | | Rx |

Allergies/adverse reactions:

cefazolin [From Ancef] Allergy (Verified 06/11/23 19:26)
          SWELLING OF LIP/TONGUE/THROAT
Penicillins Allergy (Verified 06/11/23 19:26)
          SWELLING OF LIP/TONGUE/THROAT

Active medications:

### Active Medications

| Generic Name | Dose Route | Start | Last Admin |
|---|---|---|---|
| Trade Name | Freq PRN Reason | Stop | Dose Admin |

Name: Dawara,Imad                    Dept. 805
M.R.#: M000347675

| | | | |
|---|---|---|---|
| Acetaminophen | 650 mg | 06/20/23 20:12 | |
| Acetaminophen 325 Mg Tablet | PO Q4HRS PRN Fever Over 38 C | | |
| Acetaminophen | 650 mg | 06/20/23 20:12 | |
| Acetaminophen 325 Mg Tablet | PO Q4HRS PRN Pain, Mild 1-3 (CPOT 1-2) | | |
| Al Hydrox/Mg Hydrox/Simethicone | 30 ml | 06/20/23 20:12 | |
| Aluminum/Magnesium/Simethicone Oral Susp 30 Ml Udc | PO Q4HRS PRN Indigestion | | |
| Aspirin | 81 mg | 06/20/23 20:25 | |
| Aspirin Ec 81 Mg Tablet | PO DAILY SCH | | |
| Atorvastatin Calcium | 80 mg | 06/20/23 21:00 | |
| Atorvastatin 80 Mg Tablet | PO NIGHTLY SCH | | |
| Clopidogrel Bisulfate | 75 mg | 06/20/23 20:25 | |
| Clopidogrel 75 Mg Tablet | PO DAILY SCH | | |
| Heparin Sodium (Porcine) | 5,000 unit | 06/20/23 22:00 | |
| Heparin For Dvt Prophy 5,000 Units/1 Ml Syringe/Vial | SUBCUT 0600,1400,2200 SCH | | |
| Sodium Chloride | 500 mls @ 0 mls/hr IV PRN PRN Other - Type In Comments KVO | 06/20/23 20:12 07/20/23 20:12 | |
| Magnesium Hydroxide | 30 ml | 06/20/23 20:12 | |
| Magnesium Hydroxide Oral Susp 30 Ml Udc | PO NIGHTLY PRN Constipation | | |
| Nitroglycerin | 0.4 mg | 06/20/23 20:17 | |
| Nitroglycerin Sl 0.4 Mg Tablet | SUBLINGUAL Q5MIN PRN Angina | | |

Page: 3 of 5

Name: Dawara,Imad                                   Dept. 805
M.R.#: M000347675

| Perflutren Lipid Microsphere | 0 ml | 06/20/23 20:19 | |
| Perflutren Lipid Microsphere 1.5 Ml Vial | IV | 06/22/23 20:18 | |
| | .DURING ECHO PRN Other - Type In Comments | | |
| Sodium Chloride | 5 ml | 06/20/23 22:00 | |
| Sodium Chloride 0.9% Flush 10 Ml Syringe | IV Q8HR SCH | | |

## Exam
**Physical**
Narrative:

General: NAD, comfortable
HEENT: NCAT, MMM, PERRLA, no JVD
Lungs: CTAB, no w/r/r
Cardio: RRR, S1S2, no m/r/g
GI: Soft NTND, +bowel sounds, no guarding, rebound or rigidity
MSK: Moves all extremities, no swelling
Skin: Warm, perfused, dry, intact, no rashes
Neuro: A&O x3, strength +5/5 all 4 extremities, normal sensation

## A/P
**Problem List**
(1) Chest pain:
(2) CAD (coronary artery disease):
(3) History of percutaneous coronary intervention:
(4) GERD (gastroesophageal reflux disease):

**Plan**

**Assessment:**
43-year-old incarcerated male with past medical history of multiple kidney stones requiring lithotripsy brought in from prison for complaint of persistent shortness of breath over the last week. He will be admitted to telemetry for further work up.

**Plan:**
Admitted to telemetry
Continue troponin trend to peak; latest 0.02
Continue Aspirin, Plavix, and Atorvastatin
Obtain formal 2D echocardiogram to rule out pericardial effusion
Daily EKGs
Currently chest pain-controlled
Sublingual nitro if recurrent chest pain
NPO after midnight
Continue remainder of home medications

Name: Dawara,Imad                                      Dept. 805
M.R.#: M000347675

---

HOLD PM & AM BB dose

DVT prophylaxis: Heparin drip
Full code

To be discussed with attending physician.

I saw and examined the patient. Fellow H&P reviewed. Case discussed with fellow. I agree with the assessment and plan with the included additions.

Pt seen and examined. Denies additional episodes of chest pain. Lab work remains stable. 2D ECHO pending. Cardiology following. Continue to trend troponin. Continue Aspirin, Plavix and statin

Pt could have a component of GERD will start protonix daily

Further Recommendations to follow

## Quality Measures
### VTE
Contraindication to VTE prophylaxis: N/A
Documentation of mechanical device: N/A
Deep vein thrombosis/Pulmonary embolism present on admission: No

Dictated By:     Sabaa Ahmed, DO
e-Signed By:    Sabaa Ahmed, DO                 06/20/23 2052
                Laura Chec, DO                  06/21/23 1413
Dictated Date:  06/20/23

Deborah Heart and Lung Center
200 Trenton Road
Browns Mills, N.J. 08015-1799
(609)893-6611

**Dept. 709**

DRMN:

Account Number: V00020672051          CPT Code: 93306
ADM OBSo

TRANSTHORACIC ECHOCARDIOGRAM REPORT

Patient Name: Imad Dawara Date of Exam: 6/21/2023
Medical Rec #: M000347675 Location:    Echo Lab
Accession #:  G0000955662 BP:          118/86 mmHg
Date of Birth: 10/12/1979 Age:   43 years Gender: M
Height:     177.80 cm  Weight: 94.35 kg BSA:   2.12 m2

Indications:  Shortness of breath - R06.02 Diagnosis:
Sonographer:  KQ                    Fellow:    none None
Ordering Phys: 02062 Jeffrey Gojaniuk      Report CC'd: ,

M-Mode: 2D: S Doppler: Color Flow:
Key: S = Satisfactory; TL = Technically difficult and sub-optimal images; NP = Not performed

QUANTITATIVE DATA SUMMARY:
M-Mode Measurements: Left Ventricle: Data   Normal
LA:      3.40 cm
Ao:      3.70 cm
Right Ventricle: Data  Normal
TAPSE:     1.0 cm (>=1.7)

2D MEASUREMENTS:
Left Ventricle: Data   Normal
IVSd:      0.89 cm
LVPWd:      0.88 cm
LVIDd:     4.68 cm
LVIDs:     3.45 cm
LV FS:     26.3 %  (>30%)
LV EF:     51.5 %  (>50%)

Right Ventricle:  Data  Normal
RV S' Vmax      0.12 m/s

LV SYSTOLIC FUNCTION (MOD):
          Normal(M)  Normal(F)



1 of 3

Name: Dawara,Imad                    Dept. 709
M.R.#: M000347675

EF-A4C View: 66.1 %
EF-A2C View: 60.9 %
LVEDV:     84.8 ml (<=74ml/m2) (<=61ml/m2)
LVESV:     31.6 ml (<=31ml/m2) (<=24ml/m2)
EF-Biplane: 62.7 %

LV DIASTOLIC FUNCTION:
MV Peak E:   39.8 cm/s
MV Peak A:   72.8 cm/s
E/A Ratio:   0.5
Septal e':   7.7 cm/s
Septal a':   9.6 cm/s
Lateral e':   10.6 cm/s
Lateral a':  9.5 cm/s
Septal e'/a': 0.8
Lateral e'/a': 1.1
Septal E/e':  5.2
Lateral E/e': 3.8
E/e' avg:   4.5
MV Decel Time: 227 msec
LV IVRT:   85 msec
MV A Dur:   87 msec

MITRAL VALVE:

MV A dur: 87 msec

AORTIC VALVE:
AoV Max Vel: 0.90 m/s
AoV Peak PG: 3.3 mmHg
LVOT Max Vel: 0.91 m/s
LVOT VTI:   15.3 cm
LVOT Peak PG: 3 mmHg
LVOT Mean PG: 2.0 mmHg

PULMONIC VALVE:
PV Max Vel: 0.7 m/s
PV Max PG:  1.9 mmHg

FINDINGS:

Left Ventricle: Normal left ventricular chamber size. Normal left ventricular wall thickness. Mild inferoseptal hypokinesis. Mild true apical hypokinesis. Normal motion of the remaining walls. Overall normal left ventricular systolic function. Visually estimated ejection fraction = 55-60%. Normal indices of diastolic function.

Left Atrium: Normal-appearing left atrium.

Right Ventricle: Normal right ventricular size and function. TAPSE 1.88 cm.

Right Atrium: Normal right atrial size.



2 of 3

Name: Dawara,Imad                                   Dept. 709
M.R.#: M000347675

Aortic Valve: Normal-appearing trileaflet aortic valve. No aortic stenosis. No aortic insufficiency.

Mitral Valve: Grossly normal mitral valve. Trace mitral regurgitation.

Tricuspid Valve: Grossly normal tricuspid valve. Trace tricuspid regurgitation.

Pulmonic Valve: Poorly visualized pulmonic valve.

Aorta: Poorly visualized aorta.

Pulmonary Artery: Unable to calculate pulmonary artery systolic pressure due to lack of adequate tricuspid regurgitant Doppler signal.

Pericardium: No pericardial effusion.


CONCLUSIONS:
Technically adequate echocardiographic study.

1. Normal left ventricular chamber size. Normal left ventricular wall thickness. Mild inferoseptal hypokinesis. Mild true apical hypokinesis. Normal motion of the remaining walls. Overall normal left ventricular systolic function. Visually estimated ejection fraction = 55-60%. Normal indices of diastolic function.
2. Normal-appearing left atrium.
3. Normal right ventricular size and function. TAPSE 1.88 cm.
4. Normal-appearing trileaflet aortic valve. No aortic stenosis. No aortic insufficiency.
5. Grossly normal mitral valve. Trace mitral regurgitation.
6. Compared to the previous echocardiogram report 6/12/2023: No significant change.

Justin Szawlewicz MD, FACC.
Electronically signed by SZAWLEWICJ Justin Szawlewicz MD, FACC
Signature Date/Time: 6/21/2023 at 5:16:39 PM


*** Final ***



3 of 3

Pat ID M000347675

RX
DX

06/21/2023 20:37:41
10/12/1979 43 yrs

Dawara, Imad
Male
Account # V00020672051

Deborah
Dept        4L
Room      4459-A
Tech       20242

| Rate | 67 |
| PR | 149 |
| QRSd | 91 |
| QT | 385 |
| QTc | 407 |
| --Axis-- | |
| P | 32 |
| QRS | -7 |
| T | 7 |

SINUS RHYTHM
NONSPECIFIC T ABNRM, ANTEROLATERAL LEADS
Compared to ECG 06/13/2023 04:15:18
ST (T wave) deviation no longer present

Req Provider:
Visit #:        V00020672051
Order #:        G0000955083
Chest Pain:   no
Right Side:

- Abnormal ECG -

Unconfirmed Diagnosis



Philips PageWriter TC-4L          25 mm/sec                    10.00 mm/mV              F 60~ 0.50 - 150 Hz W

| Pat ID M000347675 | 06/21/2023 20:37:41 | Dawara, Imad | Deborah | |
|---|---|---|---|---|
| RX | 10/12/1979 43 yrs | Male | Dept | 4L |
| DX | | Account # V00020672051 | Room | 4459-A |
| | | | Tech | 20242 |

| Rate | 67 | SINUS RHYTHM | Req Provider: | |
|---|---|---|---|---|
| PR | 149 | NONSPECIFIC T ABNRM, ANTEROLATERAL LEADS | Visit #: | V00020672051 |
| QRSd | 91 | Compared to ECG 06/13/2023 04:15:18 | Order #: | G0000955083 |
| QT | 385 | ST (T wave) deviation no longer present | Chest Pain: | no |
| QTc | 407 | | Right Side: | |
| --Axis-- | | | | |
| P | 32 | | | |
| QRS | -7 | | | |
| T | 7 | | | |

- Abnormal ECG -                                                                                    Unconfirmed Diagnosis



Philips PageWriter TC-4L          25 mm/sec                    10.00 mm/mV            F 60~ 0.50 - 150 Hz W