EXHIBIT C

Symptom Event Diary

(Sept. 8th through Sept. 21st)

Kit Name: ePatch V2 MB 14-Day Patch(1(
Monitor S/N: 21512626
Date Created: 08/23/2023

PBK2614677

## Holter symptom event diary
Please complete and return with kit.

Patient name: Dawara, Imad
DOB: 10/12/1979
MRN: M000347675
Physician name: Langan
Hospital/clinic: DHLC
Start date: 9/8/23   Start time: _____ AM/PM
Removal date: 9/22/23  Removal time: _____ AM/PM
Sensor serial number: 14 days Fri
Help @ 1-877-593-6421 or www.myheartmonitor.com
Do not cover this barcode

PHILIPS

DI001542857

### Symptom event diary
Date: 9-8-2023   Time: _____ AM/PM

**Symptom events**
- ☑ Shortness of breath   7:17 pm
- ☐ Dizziness/lightheadedness
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure   7:16 pm
- ☐ Nausea
- ☐ Tired/fatigue
- ☐ Anxiety
- ☑ Other   chest pain most of the ti...

**Activity during symptom event**
- ☑ Daily routine
- ☑ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☑ Walking
- ☐ Taking medication
- ☐ Eating
- 1 ☐ Other _____

| Symptom event diary | Symptom event diary |
|---|---|
| Date: 9-9-2023  Time:     AM/PM | Date: 9-10-2023  Time:     AM/PM |

**Symptom events (9-9-2023)**
- ☑ Shortness of breath   6:36 Am
- ☑ Dizziness/lightheadedness  6:36 – 11:33 – 14:22
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☑ Neck, jaw or arm pain, tingling  7:18 Am
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  6:36 Am  11:33 Am  14:23 – 15:14
- ☐ Nausea
- ☐ Tired/fatigue
- ☐ Anxiety
- ☑ Other  Shortness of breath all the time

**Activity during symptom event**
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☑ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating
- 2 ☐ Other

**Symptom events (9-10-2023)**
- ☑ Shortness of breath  11:35 most of the time
- ☑ Dizziness/lightheadedness
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  5:08 – 8:09  11:35  18:15 – 24:21
- ☐ Nausea
- ☑ Tired/fatigue  21:21
- ☐ Anxiety
- ☐ Other  Shortness of breath and chest p- all th-

**Activity during symptom event**
- ☑ Daily routine
- ☑ Sitting
- ☐ Exercising
- ☑ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating
- 3 ☑ Other  Talking

## Symptom event diary

**Date:** 9-11-2023   **Time:** ___   (AM)/PM

### Symptom events
- ☑ Shortness of breath  8:25-8:39-8:49-10:18
- ☑ Dizziness/lightheadedness  8:25-8:49
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☑ Neck, jaw or arm pain, tingling  8:39
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  8:25-8:39-8:49  10:18-20:11
- ☐ Nausea
- ☑ Tired/fatigue  10:18
- ☐ Anxiety
- ☑ Other  chest pain and shortness most tim

### Activity during symptom event
- ☑ Daily routine
- ☑ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☑ Walking
- ☐ Taking medication
- ☐ Eating
- ☑ Other  Talking

---

## Symptom event diary

**Date:** 9-12-2023   **Time:** ___   AM

### Symptom events
- ☑ Shortness of breath  8:52 - 16:09 - 17:
- ☐ Dizziness/lightheadedness
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  8:52 - 14:30 - 16:  17:01 - 18:20
- ☐ Nausea
- ☐ Tired/fatigue
- ☐ Anxiety
- ☑ Other  same from yesterday

### Activity during symptom event
- ☑ Daily routine  AT 8:30
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating
- ☐ Other

RECEIVED NOV - 2 2023 CLERK, U.S. DISTRICT COURT - DNJ

## Symptom event diary

**Date:** 9-13-2023        **Time:** _____ AM/PM

### Symptom events
- ☑ Shortness of breath  11:06 - 11:35 - 14:17
- ☑ Dizziness/lightheadedness  18:16
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  11:35 - 14:17 - 18:16
- ☐ Nausea
- ☑ Tired/fatigue
- ☐ Anxiety
- ☑ Other  same from yesterday

### Activity during symptom event
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating
- 6  ☐ Other _____

Do not cover this barcode



DI001542857


PHILIPS

**For assistance, contact patient services:**
**1- 877-593-6421 or**
**www.myheartmonitor.com**

ePatch is a Registered Trademark of Braemar Manufacturing, LLC

©2023 Koninklijke Philips N.V. All rights reserved.
220-0432-01 Rev K   Date: March 2023

## Symptom event diary

**Date:** 9-14-2023   **Time:**  AM/PM

### Symptom events
- ☑ Shortness of breath  10:24 - 10:43 · 11:59 - 17:15
- ☑ Dizziness/lightheadedness    23:32
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  10:24 - 10:43; 11:59
- ☐ Nausea    17:15 - 23:32
- ☐ Tired/fatigue
- ☐ Anxiety
- ☐ Other _Shortness of breath and chest pain most of the time_

### Activity during symptom event
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating
- 7  ☐ Other

---

## Symptom event diary

**Date:** 9-15-2023   **Time:**  A

### Symptom events
- ☑ Shortness of breath  10:34 - 11:23 - 13:
- ☑ Dizziness/lightheadedness  14:19 - 14:4
- ☐ Heart fluttering, racing    18:37
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  10:34 - 11:23 - 1
- ☐ Nausea    14:19 - 14:44 &
- ☐ Tired/fatigue
- ☐ Anxiety
- ☑ Other _Same as yesterday_

### Activity during symptom event
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating
- 8  ☐ Other

## Symptom event diary

Date: 9-16-2023    Time:                AM/PM

**Symptom events**
- ☑ Shortness of breath   9:08 - 10:34 - 11:15 - 12:02
- ☑ Dizziness/lightheadedness    19:25
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure   9:08 - 10:34 - 11:15 - 12:02
- ☐ Nausea                     19:25
- ☐ Tired/fatigue
- ☐ Anxiety
- ☐ Other  Same

**Activity during symptom event**
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating

9   ☐ Other

---

## Symptom event diary

Date: 9-17-2023    Time:                A

**Symptom events**
- ☑ Shortness of breath   15:52 - 8:43 - 1
- ☑ Dizziness/lightheadedness   16:48 - 17:
- ☐ Heart fluttering, racing     20:25
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure  8:43 - 11:15 - 15
- ☐ Nausea                  16:48 - 17:22
- ☐ Tired/fatigue              20:25
- ☐ Anxiety
- ☐ Other  Same

**Activity during symptom event**
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating

10   ☐ Other

## Symptom event diary

Date: 9-18-2023   Time: _____ AM/PM

**Symptom events**
- ☑ Shortness of breath   7:58 - 8:51 - 10:09
- ☑ Dizziness/lightheadedness   10:43 - 12:01
- ☐ Heart fluttering, racing   17:05 - 17:47
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure   7:58 - 8:51 - 10:09
- ☐ Nausea   10:43 - 12:01 - 17:05
- ☐ Tired/fatigue   17:47
- ☐ Anxiety
- ☑ Other   Same

**Activity during symptom event**
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating

11  ☐ Other _____

## Symptom event diary

Date: 9-19-2023   Time: _____ A

**Symptom events**
- ☑ Shortness of breath   7:30 - 11:02 - 16:
- ☑ Dizziness/lightheadedness   17:16 - 19:
- ☐ Heart fluttering, racing
- ☐ Heart skipping or pounding
- ☐ Neck, jaw or arm pain, tingling
- ☐ Fainting/loss of consciousness
- ☑ Chest pain or pressure   7:30 - 11:02 - 16
- ☐ Nausea   17:16 - 19:33
- ☐ Tired/fatigue
- ☐ Anxiety
- ☑ Other _____

**Activity during symptom event**
- ☑ Daily routine
- ☐ Sitting
- ☐ Exercising
- ☐ Sleeping
- ☐ Climbing stairs
- ☐ Walking
- ☐ Taking medication
- ☐ Eating

12  ☐ Other _____

### Symptom event diary

**Date:** 9-20-2023  **Time:** ____ AM/PM

**Symptom events**
- [x] Shortness of breath  9:57 - 10:14 - 11:41
- [x] Dizziness/lightheadedness  13:39 - 14:59
- [ ] Heart fluttering, racing        16:12 - 21:16
- [ ] Heart skipping or pounding
- [ ] Neck, jaw or arm pain, tingling
- [ ] Fainting/loss of consciousness
- [x] Chest pain or pressure  9:57 - 10:14 - 11:41
- [ ] Nausea  13:39 - 14:59 - 16:12
- [ ] Tired/fatigue  21:16
- [ ] Anxiety
- [ ] Other ____

**Activity during symptom event**
- [x] Daily routine
- [ ] Sitting
- [ ] Exercising
- [ ] Sleeping
- [ ] Climbing stairs
- [ ] Walking
- [ ] Taking medication
- [ ] Eating
- 13 [ ] Other ____

### Symptom event diary

**Date:** 9-29-2023  **Time:** ____ AM

**Symptom events**
- [x] Shortness of breath  7:43 - 9:35 - 16
- [x] Dizziness/lightheadedness  14:26 - 18:3
- [ ] Heart fluttering, racing              19:3
- [ ] Heart skipping or pounding
- [ ] Neck, jaw or arm pain, tingling
- [ ] Fainting/loss of consciousness
- [x] Chest pain or pressure  7:43 - 9:35 - 16
- [ ] Nausea  14:26 - 18:31 - 1
- [ ] Tired/fatigue
- [ ] Anxiety
- [ ] Other ____

**Activity during symptom event**
- [x] Daily routine
- [ ] Sitting
- [ ] Exercising
- [ ] Sleeping
- [ ] Climbing stairs
- [ ] Walking
- [ ] Taking medication
- [ ] Eating
- 14 [ ] Other ____