UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IMAD DAWARA,

        Petitioner,

v.

WARDEN,

        Respondent.

Civil Action No. 23-21817 (RBK)

DECLARATION OF CYNTRENA CROSS-PEART

I, Cyntrena Cross-Peart do hereby declare, certify and state as follows:

1.    I am a Senior Attorney Advisor at the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"). I have held this position since April 2021. I have been employed with the United States Department of Justice ("DOJ)", Federal Bureau of Prisons ("BOP") since February 2003.

2.    I am aware that on or around November 2, 2023, Imad Dawara, Register Number 69939-066 ("Petitioner"), a filed a petition for writ of habeas corpus. Petitioner is a federal inmate currently incarcerated at FCI Fort Dix.  See **Exhibit 1** SENTRY Public Information Inmate Data.

3.    In the petition, Petitioner challenges the BOP's decision to not place him on home confinement pursuant to the Coronavirus Aid, Relief, and Economic Security ("CARES") Act. Specifically, Petitioner contends the BOP erroneously classified him as being convicted of a "crime of violence" which rendered him

1

ineligible for placement on home confinement under the CARES Act.

4. As part of my official duties, I have access to BOP files maintained in the ordinary course of business on inmates incarcerated within the Federal Bureau of Prisons. I make this declaration in connection with the Respondent's response to the petition for writ of habeas corpus filed by Petitioner.

5. The Bureau of Prisons has established an administrative remedy procedure through which an inmate can seek formal review of any complaint regarding any aspect of his imprisonment. See 28 C.F.R. § 542, et seq.

6. The deadline for completion of informal resolution and submission of a formal written Administrative Remedy Request, on the appropriate form (BP-9), is 20 calendar days following the date on which the basis for the Request occurred. See 28 C.F.R. § 542.14a.

7. In order to exhaust administrative remedies, an inmate must first present his complaint to the Warden of the institution where he is confined. He may then further appeal an adverse decision to the Regional Director within 20 calendar days of the date the Warden signed the response. An inmate who is not satisfied with the Regional Director's response may submit an appeal to the Central Office, General Counsel, within 30 calendar days of the date the Regional Director signed the response. No administrative remedy appeal is considered to have been finally exhausted until it has been denied by the Bureau of Prisons' Central Office. For a DHO appeal, the inmate shall appeal directly to the Regional Director, and does not

2

have to initially file with the Warden.  See 28 C.F.R. §542.14 (d) (2).

8. In the ordinary course of business, computerized indexes of all administrative appeals filed by inmates are maintained so that rapid verification may be made as to whether an inmate has exhausted administrative appeals on a particular issue. On or about January 19, 2024, I accessed the computerized indexes of all administrative remedies filed by Petitioner. See **Exhibit 1,** SENTRY Administrative Remedy Generalized Retrieval.

9. Petitioner's computerized index reflects on July 26, 2023, Petitioner filed Administrative Remedy Case No. 1170112-F1, requesting to be placed on home confinement via the CARES Act. On November 15, 2023, the Warden at FCI Fort denied Petitioner's request. See **Exhibit 1** at p. 4.

10. On August 31, 2023, Petitioner appealed the Warden's decision in Administrative Remedy Case No. 1170112-F1 (Case No. 1170112-R1) to the BOP's Regional Office in Philadelphia, Pennsylvania. On December 22, 2023, Petitioner's appeal in Case No 1170112-R1 was denied. See **Exhibit 1** at p. 4.

11. Petitioner's computerized index does not reflect that Petitioner has filed an administrative appeal with the BOP's Central Office in Washington, D.C. regarding the Regional Office's decision in Administrative Remedy Case No. 1170112-R1. See **Exhibit 1.**

12. Program Statement 5100.08, Inmate Security Designation and

Custody Classification[1] is the BOP's policy that provides the procedure regarding the Bureau of Prisons inmate classification system. The Bureau's classification, designation, and redesignation procedures are consistent with the statutory authority contained in 18 U.S.C. § 3621(b). All classification, designation, and redesignation decisions are made without favoritism given to an inmate's social or economic status.

13.     As reflected in Program Statement 5100.08, a classification of "Serious History of Violence" is made when there has been a finding of guilt made reflecting that an individual engaged in aggressive or intimidating behavior which is likely to cause serious bodily harm or death (e.g., aggravated assault, domestic violence, intimidation involving a weapon, incidents involving arson or explosives, rape, etc.). See Program Statement 5100.08, Chapter 4, Page 10, at p. 37.

14.     Petitioner's Public Information Inmate Data reflects on June 22, 2021, he was sentenced to a 108-month term of imprisonment after being convicted of Conspiracy to Commit Arson, and Conspiracy to Defraud the United States in violation of 18 U.S.C. §844(n) and 18 U.S.C. § 371. See **Exhibit 2.**

15.     As further reflected in Program Statement 5100.08, the BOP's offense severity scale classifies the offense of arson as a "Greatest Severity" offense due to the substantial risk of death or bodily injury posed by the offense. See Program Statement 5100.08, Appendix A, Page 1 at p. 99.

---

[1] See Program Statement 5100.08, accessible at https://www.bop.gov/policy/progstat/5100_008cn.pdf.

16.     Attached hereto, please find true and correct copies of the following documents:

- Exhibit 1 - SENTRY Administrative Remedy Generalized Retrieval; and
- Exhibit 2 – SENTRY  Public Information Inmate Data.

I declare that any and all records attached to this declaration are true and accurate copies maintained in the ordinary course of business by the Federal Bureau of Prisons. I further declare that the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. §1746.

*Cyntrena Cross-Peart*  January 19, 2024
Cyntrena Cross-Peart  Date
Senior Attorney Advisor
FCI Fort Dix

# Exhibit 1

```
FTDCW            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-19-2024
PAGE 001 OF                                                          15:49:32
       FUNCTION: L-P SCOPE: REG    EQ 69939-066    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___       ___       ___       ___       ___       ___
        TYPE: ___       ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




















G0002       MORE PAGES TO FOLLOW . . .
```

```
 FTDCW           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-19-2024
PAGE 002 OF      *           FULL SCREEN FORMAT               *      15:49:32


REGNO: 69939-066 NAME: DAWARA, IMAD
RSP OF...: FTD UNT/LOC/DST: 13 RDAP              QTR.: S01-364L   RCV OFC: FTD
REMEDY ID: 1136185-F1    SUB1: 32EM SUB2:        DATE RCV:   09-28-2022
UNT  RCV..:UNIT 5841    QTR RCV.: W03-204L       FACL RCV: FTD
UNT  ORG..:UNIT 5841    QTR ORG.: W03-204L       FACL ORG: FTD
EVT FACL.: FTD    ACC LEV:  FTD  1 NER  1            RESP DUE:  MON  11-07-2022
ABSTRACT.: REQUESTS COPIES OF PSR
STATUS DT: 11-14-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-05-2022
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
 WED 10-12-2022    CORR PGM     RB    10-05-2022     INV          11-09-2022




REGNO: 69939-066 NAME: DAWARA, IMAD
RSP OF...: FTD UNT/LOC/DST: 13 RDAP              QTR.: S01-364L   RCV OFC: NER
REMEDY ID: 1136185-R1    SUB1: 32EM SUB2:        DATE RCV:   12-05-2022
UNT  RCV..:UNIT 5841    QTR RCV.: W03-204L       FACL RCV: FTD
UNT  ORG..:UNIT 5841    QTR ORG.: W03-204L       FACL ORG: FTD
EVT FACL.: FTD    ACC LEV:  FTD  1 NER  1            RESP DUE:  FRI  02-03-2023
ABSTRACT.: REQUESTS COPIES OF PSR
STATUS DT: 02-15-2023  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-27-2023
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
FTDCW            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     01-19-2024
PAGE 003 OF      *            FULL SCREEN FORMAT              *       15:49:32


REGNO: 69939-066 NAME: DAWARA, IMAD
RSP OF...: FTD UNT/LOC/DST: 13 RDAP           QTR.: S01-364L   RCV OFC: BOP
REMEDY ID: 1136185-A1    SUB1: 32EM SUB2:     DATE RCV:   02-02-2023
UNT  RCV..:13 RDAP      QTR RCV.: S02-193L    FACL RCV: FTD
UNT  ORG..:UNIT 5841    QTR ORG.: W03-204L    FACL ORG: FTD
EVT FACL.: FTD    ACC LEV:   FTD  1 NER  1         RESP DUE:
ABSTRACT.: REQUESTS COPIES OF PSR
STATUS DT: 02-24-2023   STATUS CODE: REJ STATUS REASON: RAP RSA
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 02-24-2023
REMARKS..:




REGNO: 69939-066 NAME: DAWARA, IMAD
RSP OF...: FTD UNT/LOC/DST: 13 RDAP           QTR.: S01-364L   RCV OFC: FTD
REMEDY ID: 1170112-F1    SUB1: 31ZM SUB2:     DATE RCV:   07-26-2023
UNT  RCV..:13 RDAP      QTR RCV.: S02-193L    FACL RCV: FTD
UNT  ORG..:13 RDAP      QTR ORG.: S02-193L    FACL ORG: FTD
EVT FACL.: FTD    ACC LEV:   FTD  1 NER  1         RESP DUE: TUE 08-15-2023
ABSTRACT.: REQUESTS H/C VIA CARES ACT
STATUS DT: 08-14-2023   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-28-2023
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
FRI 08-04-2023     CORR PGM     BV    07-28-2023    INV         08-15-2023













G0002        MORE PAGES TO FOLLOW . . .
```

```
FTDCW             *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-19-2024
PAGE 004 OF 004 *             FULL SCREEN FORMAT                *       15:49:32


REGNO: 69939-066 NAME: DAWARA, IMAD
RSP OF...: FTD UNT/LOC/DST: 13 RDAP            QTR.: S01-364L    RCV OFC: NER
REMEDY ID: 1170112-R1     SUB1: 31ZM SUB2:     DATE RCV:   08-31-2023
UNT  RCV..:13 RDAP       QTR RCV.: S02-193L     FACL RCV: FTD
UNT  ORG..:13 RDAP       QTR ORG.: S02-193L     FACL ORG: FTD
EVT FACL.: FTD    ACC LEV:  FTD  1 NER  1        RESP DUE:  MON  10-30-2023
ABSTRACT.: REQUESTS H/C VIA CARES ACT
STATUS DT: 12-22-2023  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-15-2023
REMARKS..:






                   5 REMEDY SUBMISSION(S) SELECTED
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Exhibit 2

```
 FTDCW            *         PUBLIC INFORMATION          *     01-19-2024
PAGE 001          *            INMATE DATA              *     16:04:12
                            AS OF 01-19-2024


REGNO..: 69939-066 NAME: DAWARA, IMAD

                       RESP OF: FTD
                       PHONE..: 609-723-1100    FAX: 609-724-7557
                                                RACE/SEX...: WHITE / MALE
                                                AGE:   44
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 06-16-2027                         PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 FTDCW           *           PUBLIC INFORMATION          *      01-19-2024
PAGE 002         *              INMATE DATA              *      16:04:12
                             AS OF 01-19-2024

REGNO..: 69939-066 NAME: DAWARA, IMAD

                   RESP OF: FTD
                   PHONE..: 609-723-1100    FAX: 609-724-7557
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-16-2025

FINAL STATUTORY RELEASE FOR INMATE.: 06-16-2027 VIA GCT REL
           WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 06-16-2026 VIA FSA REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: DPAE2:19CR414-001 &
JUDGE...........................: SANCHEZ
DATE SENTENCED/PROBATION IMPOSED: 06-22-2021
DATE COMMITTED..................: 07-07-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:    $200.00        $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO     AMOUNT: $22,214,945.52

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   125     18:844 OTHER THAN F3,H,I
OFF/CHG: 18:844(N) CONSPIRACY TO COMMIT ARSON CT.1 (19-CR-414-1);18:371
         CONSPIRACY TO DEFRAUD THE UNITED STATES CT.1 (20-CR-104-1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    108 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 02-18-2018




G0002       MORE PAGES TO FOLLOW . . .
```

```
 FTDCW            *          PUBLIC INFORMATION          *     01-19-2024
PAGE 003 OF 003  *             INMATE DATA               *     16:04:12
                            AS OF 01-19-2024

REGNO..: 69939-066 NAME: DAWARA, IMAD

                    RESP OF: FTD
                    PHONE..: 609-723-1100   FAX: 609-724-7557
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-21-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-21-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-22-2021
TOTAL TERM IN EFFECT............:    108 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      9 YEARS
EARLIEST DATE OF OFFENSE........: 02-18-2018

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-16-2019    06-21-2021

TOTAL PRIOR CREDIT TIME.........: 615
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 486
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 06-16-2027
ELDERLY OFFENDER TWO THIRDS DATE: 10-15-2025
EXPIRATION FULL TERM DATE.......: 10-14-2028
TIME SERVED.....................:      4 YEARS       3 MONTHS       4 DAYS
PERCENTAGE OF FULL TERM SERVED..:  47.3
PERCENT OF STATUTORY TERM SERVED:  55.5

PROJECTED SATISFACTION DATE.....: 06-16-2026
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```